ORIGINAL

FILED
SEP 14 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated,** | 05- 992L |
| **Plaintiffs,** | **Case No.:** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

## CLASS ACTION COMPLAINT

Plaintiffs, ROBERT and DIANE ALLISON, individually and on behalf of all others similarly situated, bring this complaint against The United States of America, and for their cause allege the following:

### PARTIES

1. Plaintiffs ROBERT and DIANE ALLISON are adult residents of Sedgwick County, Kansas, and own in fee simple since before 1996 a residential parcel abutting the railroad right-of-way, described as 12420 E. Castlewood Circle, Bridgewood Addition, Wichita, Kansas, Sedgwick County Parcel ID # 112100410100900 (**Exh. A**).

### JURISDICTION AND VENUE

2. Jurisdiction and venue are proper in this Court under 28 U.S. C. § 1491(a)(1) and the Fifth Amendment to the United States Constitution.

### FACTS

3. Plaintiffs Allison own real property in fee simple abutting a railroad right-of-way that stretches 9.78 miles from between milepost 494.22 at 159th Street East that marks the Sedgwick

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

County/Butler County line, to milepost 504.05 near Hydraulic Street, downtown Wichita, Kansas. The St. Louis Wichita and Western Railway Company and the Kansas Midland Railway Company originally acquired the typically 100-foot wide right-of-way from 1879 to 1887. Both companies later became the St. Louis-San Francisco Railway Company (SLSF). SLSF merged into the Burlington Northern Railroad Company (BNRC) in 1980. BNRC and the Atchison Topeka and Santa Fe Railway Company merged in 1995 to become Burlington Northern and Santa Fe Railway Company (BNSF), the most current operator. More than 100 land owners abut that 9.78-mile railroad right-of-way, joinder of whom would be impracticable. Common questions of law or fact exist amongst the land owners and each suffers same or similar injury.

5. The land in question is subject to a right-of-way easement established for railroad purposes only and may be used for railroad purposes only.

6. The National Trail System Act of 1983, 16 U.S.C. § 1247(d) ("NTSA"), allows conversion of easements established for railroad purposes to nature trails upon termination of the railroad's service obligations, and does not construe such conversion as a regulatory abandonment of the right-of-way. Here, the 9.78 mile segment is part of a 16.91 mile stretch that BNSF ceased to operate approximately by year end 2000. BNSF filed an abandonment exemption, and on 14 March 2003 the Surface Transportation Board authorized the exemption, including this 9.78 mile stretch of railroad. The City of Wichita filed a request for issuance of a Notice of Interim Trail Use (NITU) for this 9.78 mile stretch. In its 22 April 2003 decision, the STB issued that NITU that, after an amendment, subsequently culminated in a contract converting the railroad right-of-way to trail use on 24 March 2005.

7. Under Kansas law, the railroad right-of-way was extinguished, *i.e.*, legally abandoned, when the railroad ceased its railroad purpose. At that point the property interest in the right-of-way

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

reverted to the Plaintiffs and the additional land owners along the right-of-way. The conversion of that right-of-way to a trail under the NTSA preempted Plaintiffs' and the additional land owners' rights under state law and imposed an additional burden on the property.

8. The United States has neither condemned the right-of-way property nor paid the land owners for conversion.

**CLAIM FOR RELIEF**

9. The Fifth Amendment bars the government from taking private property without paying just compensation. As well, 28 U.S.C. § 1491(a) mandates relief to any person with a valid constitutional claim against the United States. Here, absent payment of just compensation, statutory conversion of the right-of-way property interest to trail use is an unconstitutional taking of the property rights of Plaintiffs and the additional land owners; imposes an additional burden on the property; and subjects the remaining property to total loss of privacy, trespass, and theft as a result of the proximity of the adjoining trail. Therefore, Plaintiffs and the additional land owners are entitled to just compensation.

**PRAYER**

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, pray that this Court will enter judgment as follows:

1. Declare and certify this action as a proper class action and Plaintiffs as the proper class representatives;

2. Find, adjudge, and decree that the United States converted Plaintiffs' property;

3. Find, adjudge, and decree that that conversion was an unconstitutional taking that deprived Plaintiffs of their property without just compensation;

4. Find, adjudge, and decree that Plaintiffs are entitled to damages as determined at trial;

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

5. Find, adjudge, and decree that Plaintiffs are entitled to recover their costs and fees according to law; and

6. Award such other and further relief as this Court may deem necessary, proper, and/or appropriate.

Dated: 13 September 2005.

Respectfully submitted,

Deborah B. McIlhenny, KS #18721,
Admitted to practice COFC, 10.01.2003
Mark B. Hutton, KS #10112
Admitted to practice COFC, 10.17.1990
HUTTON & HUTTON LAW FIRM, L.L.C.
P.O.B. 638
8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638
316.688.1166 (telephone)
316.686.1077 (fax)
Debs.McIlhenny@huttonlaw.com

*With*

Larry D. Toomey, KS #11959
Terry C. Pilgreen, KS #09306
TOOMEY PILGREEN, L.L.C.
O'Rourke Title Bldg., Second Floor
229 E. William
Wichita, KS 67202
316.264.3700 (telephone)
316.264.3898 (fax)

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

A. SETTLEMENT STATEMENT

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

OMB No. 2502-0265

B. TYPE OF LOAN

| | | |
|---|---|---|
| 1. [ ] FHA 2. ☐ FmHA 3. ☒ CONV.UNINS. 4. ☐ VA 5. ☐ CONV.INS. | 6. File Number: 960186 | 7. Loan Number: 3403651 | 8. Mortgage Insurance Case Number: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | | |
|---|---|---|
| D. NAME AND ADDRESS OF BORROWER:<br>Robert D. Allison<br>Dianne Allison<br>12420 Castlewood Circle<br>Wichita, kansas 67206 | E. NAME AND ADDRESS OF SELLER/TAX I.D.No.:<br>Refinance | F. NAME AND ADDRESS OF LENDER:<br>Norwest Mortgage Inc.<br>8606 West 13th Street<br>Wichita, Kansas 67212 |
| G. PROPERTY LOCATION:<br>12420 Castlewood Circle<br>Wichita, Kansas 67206 | H. SETTLEMENT AGENT:<br>LAWYERS TITLE INSURANCE CORPORATION | |
| | PLACE OF SETTLEMENT:<br>P.O. Box 770<br>Wichita, Kansas 67201 | I. SETTLEMENT DATE:<br>07/23/96 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | [redacted] | 403. | |
| 104. Prairie State Bank Payoff | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | [redacted] | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | [redacted] | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Application Deposit | [redacted] | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | [redacted] | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | [redacted] | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | [redacted] | 602. Less reductions in amount due seller (line 520) | |
| 303. CASH (☒ FROM) (☐ TO) BORROWER | [redacted] | 603. CASH (☐ TO) (☐ FROM) SELLER | |

Previous edition is obsolete.

HUD-1 (8-87)
RESPA, HB 4305.2

## Sedgwick County, Kansas
## Real Property Appraisal / Tax Information for

# 12420 E CASTLEWOOD CR

as of Tuesday, September 13, 2005

**Property Owner Name:** ALLISON, ROBERT D & DIANNE
**Legal Description:** LOT 9 BLOCK 1 CRESTVIEW COUNTRY CLUB ESTATES BRIDGEWOOD ADDITION
**Key Number:** C 52946 **Parcel Id:** 112100410100900
**Tax Unit:** 6723 WICHITA **2004 Mill Levy** 113.387
**School District:** USD 259 **Land Use:** SINGLE FAMILY

**Lot Square Feet:** 31813 **Year Built:** 1996 **Style:** Ranch **Exterior Walls:** Wood Frame
**No. of Bedrooms:** 3

**Living Area Square Feet:** 1716 **Value Per Sq Ft:** $103.44
**Lower Level Finished Area:** **Basement Finished Area:** 0

**2004 General Tax:** $2268.57
**2004 Special Tax:** $3.06
**2004 TOTAL TAX:** $2271.63

**Appraisal and Assessment Values**
Values reflect current year plus previous two years if available.

| Appraisal Value | | | | |
|---|---|---|---|---|
| **Year** | **Class** | **Land** | **Improvements** | **Total** |
| 2005 | RESIDENTIAL URBAN | $34200 | $143300 | $177500 |
| 2004 | RESIDENTIAL URBAN | $34200 | $143300 | $177500 |
| 2003 | RESIDENTIAL URBAN | $34200 | $138100 | $172300 |
| **Assessment Value** | | | | |
| **Year** | **Class** | **Land** | **Improvements** | **Total** |
| 2005 | RESIDENTIAL URBAN | $3933 | $16479 | $20412 |
| 2004 | RESIDENTIAL URBAN | $3933 | $16479 | $20412 |
| 2003 | RESIDENTIAL URBAN | $3933 | $15881 | $19814 |

**2005 Special Tax**

| Specials Breakdown | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Code** | | | **Cert #** | **Description** | **2005 Payment** | **2005 Thru Payout** | **Beg Yr** | **End Yr** |

| | Principal | + | Interest | = | TOTAL |
|---|---|---|---|---|---|
| Total Specials Due for 2005 | $0 | | $0 | | $0 |

**Disclaimer: The value per square foot is the total appraised value divided by the square foot living area. When comparing this figure with other properties please be mindful of differences in physical characteristics (like basement finish, detached structures, and lot size.)**

Thank you for using the Sedgwick County Tax and Appraisal web application. The purpose of this report is to allow Sedgwick County property owners the ability to check both the Tax information and Appraisal value of their property.

If you have questions about your property in regards to the valuation and/or taxes and how to appeal them, please call the Appraiser's Information & Assistance Line at (316) 660-9250

This report is not intended to be used as a commercial service for the purpose of profit. If you wish to obtain more detailed property information, please contact Cindy Etter or visit the Subscriber Access Network Web Site.

Cindy Etter
Subscriber Access Consultant
538 N. Main
Wichita, KS 67203
(316) 660-9860
cetter@sedgwick.gov

The RIGHTs to view this information are in compliance with Kansas statutes that address access to public records granted to the Department of Information and Operations by the governmental entity responsible for the individual databases being accessed. Sedgwick County Division of Information and Operations cannot accept responsibility for the timeliness nor the accuracy of any data being provided via the Internet.

<<Back Print this page


CONTINENTAL PIPELINE CO. EASEMENT
127 th. STREE
TALLOWOOD DRIVE
CASTLEWOOD COURT
CASTLEWOOD DRIVE
CASTLEWOOD COURT
CASTLEWOOD CIRCLE
BUILDING SETBACK
RESERVE A FLOODWAY
20' UTILITY EASEMENT
10' UTILITY EASEMENT
20' DRAINAGE EASEMENT
35' BLDG. SETBACK


12420 Castlewood Cir.
Legend
1920
1916
1912
1840
1824
1857
GARNETT
WICHITA
12420
12430
12520
12500
12530
12610
12620
12410
SEDGWICK_COUNTY
TALLOWOOD
12619
12601
12527
12413
12505
12520
12530
CASTLEWOOD
12509
12517
12513
12529
12701
12707
1613
1615
1617
1611
1619
1633
1635
1637
1639
1609
1607
1621
0
0.074mi
(C) 2001 - 2002 Sedgwick County GIS

# Bridgewood Addition







Sedgwick County http://www.sedgwickcounty.org/gis

**Sedgwick County**
**Geographic Information Services**

**525 N. Main, Suite 212, Wichita, KS 67203**
**316.383.7455**

## DISCLAIMER

### Please Read Carefully

It is understood that, while Sedgwick County Geographic Information Services (SCGIS), participating agencies, and information suppliers, have no indication and reason to believe that there are inaccuracies in information provided, SCGIS and its suppliers make no representations of any kind, including, but not limited to, warranties of merchantability or fitness for a particular use, nor are any such warranties to be implied with respect to the information, data or service furnished herein.

In no event shall SCGIS become liable to users of these data, or any other party, for any loss or damages, consequential or otherwise, including but not limited to time, money, or goodwill, arising from the use, operation or modification of the data. In using these data, users further agrees to indemnify, defend, and hold harmless SCGIS for any and all liability of any nature arising out of or resulting from the lack of accuracy or correctness of the data, or the use of the data.

No person shall sell, give or receive for the purpose of selling or offering for sale, any portion of the data provided herein.