# In The United States Court of Federal Claims

Cover Sheet 05 - 992 L

Plaintiff(s) or Petitioner(s)

Robert and Diane Allison, individually and on behalf of all others similarly situated

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83 1(c)] Deborah B. McIlhenny

Firm Name: HUTTON & HUTTON LAW FIRM,L.L.C.

Post Office Box: P. O. Box 638

Street Address: 8100 E. 22nd St.N., Bldg. 1200

City-State-Zip: Wichita,KS 67226-2312

Telephone & Facsimile Numbers: 316-688-1166 Fax 316-686-1077

E-mail address: Debs.McIlhenny@huttonlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 5 1 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: I C C

**See attached Sheet for three digit code.**

Amount Claimed: $ to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003