IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | No. 05-992L |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | Judge Victor J. Wolski |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of G. Evan Pritchard as attorney for the United States.

Service of all papers by U.S. Mail should be addressed as follows:

G. Evan Pritchard
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663, Washington, D.C. 20044-0663
Telephone: 202-305-0203
FAX: 202-305-0506
Email: g.evan.pritchard@usdoj.gov

Express deliveries by private companies should be addressed to:

G. Evan Pritchard
United States Department of Justice
Natural Resources Section, ENRD
601 D St., N.W., Rm. 3207
Washington, D.C. 20004

Dated: September 29, 2005

Respectfully Submitted,

s/ G. Evan Pritchard

G. EVAN PRITCHARD
Environmental & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506

309535.1