# In the United States Court of Federal Claims

No. 05-992L
(Filed December 9, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated,** *
*
Plaintiffs, *
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The necessary agreement by both judges being present to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case is TRANSFERRED to Judge Thomas C. Wheeler.

**IT IS SO ORDERED.**

s/Victor J. Wolski
**VICTOR J. WOLSKI**
**Judge**