IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | No. 05-992L |
| v. | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of HelenAnne Listerman as attorney for Defendant United States of America. Service of all papers by regular U.S. Mail should be made to the following address:

HelenAnne Listerman
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
202-305-0239 (phone)
202-305-0506 (facsimile)

All hand or overnight deliveries should be made to the following street address:

HelenAnne Listerman
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3550
Washington, D.C. 20004

Dated: December 16, 2005

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ HelenAnne Listerman
HELENANNE LISTERMAN
Environment and Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
202-305-0239 (phone)
202-305-0506 (fax)
HelenAnne.Listerman@usdoj.gov