# In the United States Court of Federal Claims

No. 05-992L

(Filed: January 26, 2006)

| | |
|---|---|
| ****************************************** | * |
| | * |
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

## SCHEDULING ORDER

On January 25, 2006, the Court conducted a preliminary scheduling conference with counsel for the parties, pursuant to Appendix A, paragraph 7, of the Court's Rules. The Court has considered the information provided in the parties' January 5, 2006 Joint Preliminary Status Report, as well as the presentations of counsel during the scheduling conference. As a potential class action under RCFC 23, the class certification schedule in this case will be as follows:

1. Plaintiff will file its Motion for Class Certification on or before April 3, 2006;

2. Defendant shall file its opposition, if any, on or before May 1, 2006;

3. Plaintiff shall file its reply by June 2, 2006.

The Court will address a reasonable schedule for discovery and further disposition with the parties following completion of the class certification process.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge