IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No.: 05-992L

Judge Thomas C. Wheeler

## MOTION FOR CLASS CERTIFICATION

Plaintiffs Robert and Diane Allison, individually and on behalf of all others similarly situated, respectfully move this Court under RCFC 23 to certify an opt-in class of all property owners who hold fee-simple title to the land underlying the railroad right-of-way along a 9.78-mile stretch of the Burlington Northern & Santa Fe Railroad line from milepost 504.05 (at Hydraulic Ave., Wichita, Kansas) to milepost 494.22 (at 159th St. East, the Sedgwick County/Butler County, Kansas, line), so that they may seek just compensation for the unconstitutional taking of their property by conversion of the rails to trails under The National Trails System Improvement Act, 16 U.S.C. §1247(d). Plaintiffs file contemporaneously their Memorandum with Exhibits in Support.

Dated: 28 March 2006.

Respectfully submitted,

s/ Deborah B. McIlhenny

Deborah B. McIlhenny, KS #18721
Admitted to practice COFC, 10.01.2003
Mark B. Hutton, KS #10112
Admitted to practice COFC, 10.17.1990
HUTTON & HUTTON LAW FIRM, LLC
P.O.B. 638

HUTTON
& HUTTON
Law Firm, L.L.C

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638
316.688.1166/686.1077(fax)
Debs.McIlhenny@huttonlaw.com

*With*

Larry D. Toomey, KS #11959
Terry C. Pilgreen, KS # 09306
O'Rourke Title Bldg., 2nd Floor
229 E. William
Wichita, KS 67202
316.264.3700/3898 (fax)

**CERTIFICATE OF SERVICE**

I certify that on 28 March 2006 I presented the foregoing *Plaintiffs' Motion for Class Certification* to the clerk of the court for filing and uploading to the CM/ECF system that will send a Notice of Electronic Filing to the following:

G. Evan Pritchard
Environment and Natural Resources Division
Natural Resources Section
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
202.305.0203 (telephone)
202.305.0506 (fax)
g.evan.pritchard@usdoj.gov

HelenAnne Listerman
Environment and Natural Resources Division
Natural Resources Section
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
202.305.0239 (telephone)
202.305.0506 (fax)
HelenAnne.Listerman@usdoj.gov

I certify further that on 28 March 2006 I sent a courtesy copy of the same document to the same listed counsel via email.

s/ Deborah B. McIlhenny

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com