# EXHIBIT B, Part 1

U-[illegible]

EXHIBIT
tabbles'
Exh. B, Part 1

[illegible] Bankruptcy [illegible]

[illegible] the County of [illegible]

[illegible] Bankruptcy [illegible]

[illegible] all the property [illegible] the [illegible] day of August [illegible] 187[illegible]

[illegible] from the operation [illegible] Statutes.

[illegible] purposes, with the [illegible] conditions and limitations [illegible] this eighteenth day of July [illegible] 187[illegible]

[illegible] (Seal) [illegible] Hibbard
[illegible] Register [illegible]

[illegible]

St. Louis Wichita & Western Railway.

[illegible] Commissioners to appraise lands and assess damages for Right of way

[illegible] Commissioners heretofore appointed by Hon. W. P. Campbell, Judge of the District [illegible] County, Kansas, to lay off [illegible] for such distance through [illegible] County as might be deemed by the Railway Company hereinafter mentioned, and [illegible] within the limits of [illegible] deemed by them, and to appraise the value of such portion of any [illegible] other lot of land taken, and to assess the damages to each [illegible] lot of land, have to report as follows.

[illegible] the St. Louis Wichita and Western Railway Company did in writing on the [illegible] day of August A.D. 187[illegible] make application to the Hon. W. P. Campbell, Judge of the [illegible]

Consideration and after being fully advised in the premises appoint and constitute the undersigned Horace Carpenter, W. J. Jewett & John McBee

261

and [illegible] of [illegible] County Kansas, for the purpose of making such appraisement and assessment of damages as aforesaid, and as will more fully appear by reference to the appointment of such Commissioners in writing under the hand of said Judge hereto attached and marked "Exhibit B" and made a part of this report.

[illegible] application [illegible] heretofore referred to and hereto attached and [illegible] and said appointment of Commissioners in writing, under the hand of [illegible] [illegible] attached and marked "Exhibit B" as aforesaid, [illegible] after the [illegible] such Commissioners by said Judge duly delivered [illegible] as required by law [illegible] Railway Company on the first day of August A.D. 1879, and by it duly filed [illegible] in the Office of the Register of Deeds, in and for Sedgwick County Kansas, and by said Register of Deeds, the same was duly recorded in his Office in Book [illegible] of Deeds at Page [illegible]

The undersigned were first duly sworn to honestly and faithfully discharge [illegible] duties as such Commissioners.

[illegible] said Commissioners proceeded to lay off the said Railway Route [illegible] make the appraisement and assessment as provided by law, and their [illegible] as aforesaid, they caused to be published a notice that they would on the [illegible] day of November 1879 proceed to lay off said Railway route and [illegible] the land taken and assess the damages as aforesaid, which [illegible] published for more than thirty days next preceding said Nov 24 [illegible] the Wichita City "Eagle," a weekly newspaper published at Wichita [illegible] County Kansas, and of general circulation in said County [illegible] [illegible] said notice being made [illegible] on the 23[rd] day of [illegible] [illegible] publication of said notice being continued in each issue [illegible] from said last named date up to and including the said [illegible] November A.D. 1879. A copy of said notice, as aforesaid so published together with the [illegible] of the publication thereof is hereto attached and marked "Exhibit [illegible]" [illegible] * That after having [illegible] notice of publication as aforesaid and in pursuance of said [illegible] according to law, the said Commissioners met at the [illegible] [illegible] in said notice, and proceeded to a point between [illegible] Kansas and Sedgwick County Kansas said point being [illegible] by said Railway Company for the construction of its said Railway [illegible] on the same day proceeded from said point in a [illegible] [illegible] the route selected by said Railway Company and [illegible] [illegible] indicated hereinbefore, and on the [illegible] [illegible] Railway Company and proceeded to lay off such [illegible] [illegible] and distance through said County as was [illegible] [illegible] line.

[illegible] the road being such as [illegible] by said Company [illegible] the location desired by them, all of which is more particularly [illegible] in the plat and profile of the route intended to be adopted [illegible] said Company in said County heretofore, to wit: on the 6[th] day of [illegible] A.D. 1879, filed by said Company in the office of the County Clerk in and for said County of Sedgwick Kansas.

[illegible]

267

or other lots of land, and assessed the damages thereto [illegible] ascertained that one [illegible] of each quarter section is [illegible] being owned [illegible] different [illegible], they appraised the value and assessed the damages of each such owner [illegible], all of which is more particularly set forth as follows: ++

The route of said Railway is laid off through the South East Quarter of Section [illegible] in Township Twenty Seven, South, and in Range Five East of the 6th P.M. as will more fully appear from the original Plat and profile now on file in the County Clerks Office as aforesaid, being a strip of land 100 feet wide off of the North side of said tract and containing 6.06 acres, the value of which we appraised at $12 per acre making $72.72, and assessed the damages to the land out of which it is taken, and damage to [illegible] and [illegible] at $[illegible] making a total of appraisement and assessment of $210.72 XX

We ascertained from the record that James M. C. Knapp, is the owner of the above described land, and we find from the record, that the New England Mortgage Security Company have a mortgage on the East half of above described land for $875.00. And William Kirby has a mortgage for $400 on the West half of above described land with other property. And that there are taxes due and unpaid on said land, to the amount of $12.68.

The route of said Railway is laid off through the South West Quarter of Section [illegible] in Township, Twenty Seven, South, and in Range Five East as will more fully appear from the original Plat and profile, now on file in the County Clerks office aforesaid, being a strip of land 100 feet wide off of the North side of above tract and containing 6.08 acres, the value of which we appraised at $8.00 per acre making $48.64 and assessed the damages to the land out of which it is taken at [illegible] making a total of appraisement and assessment of $48.[illegible]. We ascertained from the record, that James M. C. Knapp, is the owner of the above described land we also find, that Benjamin Eby has a mortgage on the North half of the above described land amounting to $600, and that William Kirby has a mortgage on the South half of above described land with other property for $400. and [illegible] the unpaid taxes on said land amount to $12.75.

The route of said Railway is laid off through the South East quarter of Section [illegible] in Township Twenty Seven, South, and in Range Five East, as will more fully appear from the original Plat and profile now on file in the County Clerks Office as aforesaid, being a strip of land 100 feet wide off of the North side of said tract, and containing 6.06 acres, the value of which we appraise at $8.00 per acre making $48.48 and assessed the damages to the land, out of which it is taken at [illegible] making a total of appraisement and assessment of $48.48. We ascertained from the Records that John [illegible] Southard is the owner of the above described land. [illegible]

The route of said Railway is laid off through the South West Quarter of Section [illegible] Township Twenty Seven, South, and in Range Five East, as will more fully appear from the original Plat and profile, now on file in the County Clerks [illegible] being a strip of land 100 feet wide off of the North side of said [illegible]

263

at 00, making a total of appraisement and assessment of \$45.[illegible]. We ascertained from the record that George [illegible] is the owner of the above described land. The amount of tax due and unpaid we find to be \$12.[illegible]

[illegible] The route of said Railway is laid off through the South East quarter of Section Ten, Township Twenty Seven, South and in Range Two East as will more fully appear from original Plat and profile now on file in the County Clerk's Office, as aforesaid, being a strip of land 100 feet wide, off North side of said tract, and containing 6.09 acres, the value of which we appraise at \$[illegible] per acre making \$48.[illegible] and assessed the damages to the land out of which it is taken at 00, making a total of appraisement and assessment of \$45.[illegible]. We ascertained from the record that George W. [illegible] is the owner of the above described land. We find the amount of taxes due and unpaid on said land to be \$2[illegible]

[illegible] The route of said Railway is laid off through the South West Quarter of Section [illegible] Township Twenty Seven, South and in Range Two East, as will more fully appear from original Plat and profile now on file in the County Clerk's Office as aforesaid, being [illegible] of land 100 feet wide off the North side of said tract and containing 6.06, the value of which we appraised at \$8.[illegible] per acre making \$48.[illegible], and assessed the damages to the land out of which it is taken at 00 making a total appraisement and assessment of \$48.[illegible]. We ascertained from the record that John [illegible] is the owner of the above described land, We also find that Timothy B. [illegible] has a mortgage on said land for \$500, and that Benjamin F. Brown has a mortgage on the same for \$200. And that the amount of taxes due and unpaid are \$12.[illegible].

[illegible] The route of said Railway is laid off through the East half of the South East Quarter of Section Nine, in Township Twenty Seven, South and in Range Two East as will more fully appear from the original plat and profile, now on file in the County Clerk's Office, being a strip of land 100 feet wide off the North side of said tract and containing 3.04 acres, the value of which we appraised at \$9.[illegible] per acre making \$27.[illegible], and assessed the damages to the land out of which it is taken and damage to crops at \$[illegible] making a total appraisement and assessment of \$27.36. We ascertained from the Record, that Samuel H. [illegible] is the owner of the above described land, We also find that [illegible] H. [illegible] has a mortgage [illegible] for \$[illegible] And that the tax due and unpaid on the same amounts to \$11.[illegible]

[illegible] The route of said Railway is laid off through the West half of the South East quarter of Section Nine in Township Twenty Seven, South, and in Range Two, East, as will more fully appear from the original Plat and profile now on file in the County Clerk's Office as aforesaid, being a strip of land 100 feet wide off North side of said [illegible] and containing 3.04 acres, the value of which we appraised at \$12.[illegible] per acre making \$36.48 and assessed the damages to the land out of which it is taken [illegible] damage to crops at \$15.00 making a total of appraisement and assessment [illegible] \$51.[illegible]. We ascertained from the record that George P. [illegible] is owner of the above described land.

We also find that George W. [illegible] has a mortgage [illegible]

And that the taxes due and [illegible]

[illegible]

Pltfs' Mtn for Class Cert-000033

264

The [illegible] Township Twenty [illegible] [illegible] Range [illegible] the [illegible] being a strip of land [illegible] feet wide off the [illegible] [illegible] acres the [illegible] of which are appraised at [illegible] per acre, [illegible] the damages [illegible] the land out of [illegible] of appraisement and assessment of $[illegible]. [illegible] Frank [illegible] is the owner of the above described land.
We also find that [illegible] Shellabarger [illegible] and that the taxes due and unpaid amount to $[illegible].

The route of said Railway is laid off through the [illegible] East Quarter of Section Eight in Township Twenty seven South [illegible] Range [illegible] East as will more fully appear from the original plat and profiles now on file in the County Clerk's office as aforesaid, being a strip of land 100 feet wide off the North side of said tract and containing 6.12 acres the value of which are appraised at $12.00 per acre, making $73.44 and assessed the damages to the land out of which it is taken [illegible] damages [illegible] and [illegible] at $[illegible] making a total of appraisement and assessment of $[illegible].
We ascertained [illegible] the record that [illegible] described land. We also find that [illegible] the above land for $[illegible] and that the taxes due and unpaid amount to $25.92.

The route of said Railway is laid off through the South West Quarter of Section Eight in Township Twenty seven South and six Range Two East as will more fully appear from the original plat and profiles now on file in the County Clerk's office as aforesaid, being a strip of land 100 feet wide off the North side of said Tract, and containing 6.12 acres, the value of which are appraised at $13.00 per acre, making $79.56 and assessed the damages to the land out of which it is taken, and damage to hedge at $[illegible] making a total of appraisement and assessment of $[illegible]. We ascertained from the record that Cornelius B. [illegible] is the owner of the above described land. We find the taxes due and unpaid on said land amount to $[illegible]

The route of said Railway is laid off through the North [illegible] of the [illegible] East Quarter Section seven Township Twenty seven South, and six Range Two [illegible] of 6th P.M. as will more fully appear from the original plat and profiles on file in the County Clerk's office as aforesaid being a strip of [illegible] 100 feet wide off the North side of said tract and containing [illegible] the value of which are appraised at $[illegible] per acre, making $[illegible] [illegible] the damages to the land out of which it is taken at [illegible] total of appraisement and assessment of $60.[illegible]. We ascertained [illegible] is the owner of the above described

265

No 3 The width of said Railway as laid off through the South West Quarter [illegible] in Township Twenty seven, Range Two East as will more fully
$57.50 appear from the original Plat and profile now on file in the County Clerk's Office as aforesaid, being a strip of land 100 feet wide off the North side of said tract and containing 5.75 acres, the value of which we appraised at $10 per acre, making $57.50 and assessed the damages to the [illegible] out of which it is taken at [illegible] making a total of appraisement and [illegible] at $57.50.

We ascertained from the record that [illegible] Richmond is the owner of the above described [illegible]. We also find that [illegible] holds a mortgage on the above described [illegible] and that the taxes are unpaid on the [illegible] [illegible] $2.50

[illegible] The width of said Railway as laid off through the South East Quarter of Section Twelve, in Township Twenty seven, South and in Range One East
$60.00 as will more fully appear from the original Plat and profile on file in the County Clerk's Office as aforesaid, being a strip of land 100 feet wide, off the North side of said tract and containing 6.00 acres, the value of which we appraised at $10.00 per acre, making $60.00 and assessed the damages to the land out of which it is taken at [illegible] making a total of appraisement and assessment of $60.00.

We ascertained from the record that [illegible] is the owner of the above described land. We also find the taxes due and unpaid on said land to be $6.74.

X

[illegible] The width of said Railway as laid off through the South West Quarter of Section Twelve in Township Twenty seven, South and in Range One East as will more fully appear from the original Plat and profile, now on file in the
[illegible] County Clerk's Office as aforesaid, being a strip of land 100 feet wide off the North side of said tract and containing 5.91 acres, the value of which we appraised at $10.00 per acre, making $59.10 and assessed the damages to the land out of which it is taken at [illegible], making a total of appraisement and assessment of $59.10.

We ascertained from the record that John B. Southard is the owner of the above described land.

X

[illegible] The width of said Railway as laid off through the North East Quarter of Section Eleven, in Township Twenty seven, South, and in Range One East as will more fully appear from the original Plat and profile,
$75.00 on file in the County Clerk's Office as aforesaid, being a strip of land 100 feet wide and containing 7.50 acres, the value of which we appraised at $10.00 per acre, making $75.00, and assessed the damages to the land out of which it is taken at $00.00 making a total of appraisement and assessment of $75.00. We ascertained from the records that John [illegible] is the owner of the above described land.

The width of said Railway as laid off through the South [illegible]

266 264

[illegible] on file in the County Clerk's Office, as aforesaid, [illegible] 100 feet wide and containing 1.88, the value of which [illegible] per acre, making [illegible] and assessed the damages [illegible] it is taken [illegible] a total of appraisement and assessment of $28.25

We ascertained from the Record that [illegible] is the owner of the above described land. We also find the taxes due and unpaid on said land amount to $30.[illegible]

The route of said Railway is laid off through the North East Quarter [illegible] Fourteen, in Township Twenty Seven South, and [illegible] more fully appear from the original Plat and profile [illegible] County Clerk's Office as aforesaid, being a strip of land 100 feet wide and containing 7.[illegible] acres the value of which are appraised at $15.00 per acre making $117.35 and assessed the damages to the land out of which it is taken [illegible] $100.00 making a total of appraisement and assessment of $217.35.

We ascertained from the Record that Abner J. Pope is the owner of the above described land. We also find the Taxes due and unpaid on said land amount to $47.70.

[illegible]

The Route of said Railway is laid off through the South West Quarter of Fourteen, in Township Twenty seven South, and in Range One East, as will more fully appear from the original Plat and profile now on file in the County Clerk's Office as aforesaid being a strip of land 100 feet wide and containing 1.31 acres, the value of which are appraised at $10.00 per acre, making [illegible] and assessed the damages to the land out of which it is taken at $5.00, making a total of appraisement and assessment of $18.10.

We ascertained from the Record that [illegible] is the owner of the above described land. We also find that [illegible] have a mortgage on above land for $1284.47, that Samuel P. Fiske has a mortgage on above land of $1100.00, and [illegible] Charles H. Hapgood has a mortgage on above land of $2000.00. And that the taxes due and unpaid on the same amount [illegible]

The route of said Railway is laid off through the East half of the South East Quarter of Section Fifteen, Township Twenty Seven South and in Range One East as will more fully appear from the original Plat and profile [illegible] the County Clerk's Office as aforesaid being a strip of [illegible] 100 feet wide and containing 3.[illegible] acres, the value of which are [illegible] at $[illegible] per acre, making $[illegible] and assessed the damages [illegible] out of which it is taken at $50.00 making a total of appraisement and assessment [illegible]

[illegible] from the Record that Charles [illegible] is the owner of the above described land. We also find that [illegible] has a mortgage on above described land for $500.00 and that the taxes due and unpaid on the same [illegible]

267

[illegible] will more fully appear from the original Plat and profile [illegible] file in the County Clerks office as aforesaid, being a strip of land 100 feet [illegible] and containing 5 [illegible] acres, the value of which are appraised at $25.00 [illegible] $[illegible] and assessed the damage out of which it is taken at $[illegible] making [illegible] appraisement and assessment of $152.[illegible]

[illegible] from the Record that John [illegible] is the owner of the above described land, We also find that Peter Buck has a Mortgage on above land for $2[illegible]. And that the taxes due and unpaid on the same amount to $17.[illegible]

[illegible] 22 The route of said Railway is laid off through the South West Quarter of Section [illegible] in Township Twenty Seven South and in Range One East as will more fully appear from the original Plat and profile now on file in the County Clerks office aforesaid, being a strip of land 100 feet wide and containing 5.[illegible] acres the value of which are appraised at $30.00 per acre making $17[illegible], and assessed the damages to the land out of which it is taken at $[illegible] making a total appraisement and assessment of $279.[illegible]

We ascertained from the Record that Henry M. [illegible], John [illegible] and [illegible] are the owners of the above described land, And that the taxes due and unpaid on said land amount to $[illegible].

[illegible] The route of said Railway is laid off through the East half of the East [illegible] of the South East Quarter of the South East Quarter of Section [illegible] Township Twenty Seven South and in Range One East as will more fully appear from the original Plat and profile now on file in the [illegible] office as aforesaid, being a strip of land 100 feet wide and containing [illegible] of an acre, the value of which are appraised at $30.00 per acre making [illegible] and assessed the damage to the land out of which it is taken at $[illegible] making a total of appraisement and assessment of $[illegible]

We ascertained from the Record that Henry M. [illegible], John F [illegible] and [illegible] F. [illegible] are the owners of the above described land, and that [illegible] due and unpaid on said lands amount to $[illegible].

[illegible] The route of said Railway is laid off through the [illegible] South East Quarter of the South East Quarter of Section [illegible], [illegible] Twenty Seven South, and in Range One East as will more fully appear from the original Plat and profile now on file in the County Clerks office aforesaid, being a strip of land 100 feet wide and containing [illegible] the value of which are appraised at $[illegible] per acre making $[illegible] [illegible] the damages to the land out of which it is taken at $[illegible] a total of appraisement and assessment of $1[illegible].

We ascertained from the Record that [illegible] is the owner of the [illegible] [illegible] land, We also find from the Record that [illegible] mortgage on above land [illegible] and that the [illegible] due and unpaid on said land amount to $[illegible].

The route of said Railway [illegible]

[illegible]

268

25

[illegible] Street in the City of Wichita Kansas, running thence [illegible] Main Street to a point [illegible] feet distant at right angles from the center line of the track of the St. L. [illegible] Wichita and Western [illegible], thence in a South [illegible] direction, parallel to and [illegible] feet [illegible] of said Railway [illegible] of the [illegible] Township Twenty Seven South, and in Range One East, [illegible] to the center of the Little Arkansas River [illegible] said river in a North Easterly direction to a point [illegible] of the South line of Pine Street in said City of Wichita, thence East to the place of beginning, containing [illegible] acres, as will more fully appear from the Plat and profile now on file in the County Clerks office as aforesaid, the value of which we [illegible] at [illegible] per acre, making Three Hundred & Eighty [illegible] Dollars, and assessed the damages to the land out of which it is taken at Nineteen [illegible] Dollars, making a total of appraisement and assessment at $400.00. We ascertained from the record that D. Kenney is the owner of the above described land. And that the taxes due and unpaid on the same amount to $20.[illegible]

No. 26

The route of said Railway is laid off through the Lot "D" in Watermans Addition [illegible] Watermans Addition to the City of Wichita as follows, being a strip of land 200 feet wide, said strip of land being [illegible] feet wide on the south side of the center line of the track of the St Louis Wichita and Western Railway as now located across said Lot "D", and running parallel [illegible] [illegible] feet on the North side and parallel with said center line [illegible] [illegible] acres, as will more fully appear from the Plat [illegible] [illegible] in the County Clerks office as aforesaid. The value [illegible] appraised at Fifty Dollars per acre making $250.[illegible] [illegible] to the land out of which it is taken at [illegible] appraisement and assessment at $300.00.

We ascertained from the Record that William [illegible] is the owner of the above described land. We also find that J. R. [illegible] & Co. have a mortgage [illegible] said land for the sum of $310.[illegible] and that the taxes due [illegible] amount to $5.[illegible]

No. 27

[illegible] said Railway is laid off through the [illegible] Quarter [illegible] [illegible] East Quarter of Section Sixteen in Township Twenty [illegible] South [illegible] Range One East as will more fully appear from the [illegible] [illegible] in the County Clerks office as aforesaid [illegible] strip of land 200 feet wide through said tract [illegible]

[illegible]

[illegible] of land described as [illegible]

and Southwestern [illegible] the south [illegible]
N 28 [illegible] feet
[illegible] feet to the [illegible] being a strip of [illegible] which [illegible]
$2.00 at $2.50.

We find from the record that the Wichita and Southwestern [illegible] company is the owner of the said above described tract and that the Atchison, Topeka and Santa Fe Railway Company have a lease on the same.

The Route of said Railway [illegible] and tracts of land situated in the City of Wichita [illegible] being [illegible] made [illegible] the County Clerk's office as aforesaid.

A separate description of each tract [illegible] is as follows:

| Name of Owner | Lot | Name of Addition | Name of Street | Block | Value of Land | Improvements | Value of Improvements | Total Value | Tax |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 29 | | [illegible] | 53 | 25.00 | 00 | 00 | 25.00 | .23 |
| [illegible] | 30 | | .. | 55 | 25.00 | 00 | 00 | 25.00 | .23 |
| [illegible] | 31 | | .. | 56 | 25.00 | 00 | 00 | 25.00 | .23 |
| [illegible] | 32 | | [illegible] | 57 | 25.00 | 00 | 00 | 25.00 | .23 |
| [illegible] | 33 | | [illegible] | 59 | 25.00 | 00 | 00 | 25.00 | .23 |
| [illegible] | 34 | | [illegible] | 60 | 25.00 | 00 | 00 | 25.00 | — |
| [illegible] | 35 | | [illegible] | 61 | 25.00 | 00 | 25.00 | [illegible] | [illegible] |
| [illegible] | 36 | | .. | 62 | 25.00 | 00 | 00 | 25.00 | .23 |
| [illegible] | 37 | | .. | 63 | 25.00 | 00 | [illegible] | [illegible] | [illegible] |
| [illegible] | 38 | | .. | 4 | 25.00 | 00 | 00 | 25.00 | .23 |
| [illegible] | 39 | | [illegible] | 47 | 15.00 | 00 | 00 | 15.00 | .23 |
| | 40 | | .. | 49 | 15.00 | 00 | 00 | 15.00 | .23 |
| | 41 | | .. | 50 | 25.00 | 00 | 00 | 25.00 | .23 |
| | 42 | | .. | 51 | 15.00 | 00 | 00 | 15.00 | .23 |
| | 43 | | .. | 52 | 25.00 | 00 | 00 | 25.00 | .23 |
| | 44 | | .. | 53 | 15.00 | 00 | 00 | 15.00 | .23 |
| | 45 | | .. | 52 | 25.00 | 00 | 00 | 25.00 | [illegible] |
| | 46 | | .. | 55 | 15.00 | 00 | 00 | 15.00 | .23 |
| | 47 | | .. | 56 | 25.00 | 00 | 00 | 25.00 | .23 |
| [illegible] | 48 | | [illegible] | 47 | 15.00 | 00 | 00 | 15.00 | .23 |
| [illegible] | 49 | | [illegible] | 47 | 15.00 | 00 | 00 | 15.00 | .23 |
| [illegible] | 50 | | [illegible] | 51 | 15.00 | 00 | 00 | 15.00 | .23 |
| [illegible] | 51 | | [illegible] | [illegible] | 15.00 | 00 | 00 | 15.00 | .23 |
| [illegible] | 52 | | [illegible] | [illegible] | 15.00 | 00 | 00 | 15.00 | .23 |
| [illegible] Healy | 53 | | [illegible] | [illegible] | 15.00 | 00 | 00 | 15.00 | .23 |
| [illegible] Adams | 54 | | [illegible] | 65 | 15.00 | [illegible] | [illegible] | [illegible] | .23 |
| [illegible] | 55 | | [illegible] | [illegible] | 15.00 | [illegible] | [illegible] | 15.00 | [illegible] |
| [illegible] Healy | 56 | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| Name of Owner | No. | Addition | Name of Street | Lot | Value of Land | Improvements | Damages | Total | Assessment |
|---|---|---|---|---|---|---|---|---|---|
| Martin Sandy | [illegible] | | [illegible] | 62 | [illegible] | | [illegible] | [illegible] | [illegible] |
| Geo. W. Noyes | [illegible] | | " | 63 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| John [illegible] | [illegible] | | " | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] |
| Jas. F. [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | — |
| Jas. F. Johnson | [illegible] | | " | [illegible] | [illegible] | | [illegible] | | |
| J. C. McDaniel | [illegible] | | " | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | " | 44 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| A. F. Horner | [illegible] | | " | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Martin Holm | [illegible] | | " | 48 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Martin Holm | [illegible] | | " | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Martin [illegible] | [illegible] | | " | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Martin [illegible] | [illegible] | | " | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] |
| A. F. Horner | [illegible] | | " | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cornelia M. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Cornelia M. Saunders | [illegible] | | " | [illegible] | [illegible] | [illegible] | 00 | [illegible] | 2.50 |
| " " | [illegible] | | " | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| " " | 77 | | [illegible] | [illegible] | 25.00 | 00 | 00 | 25.00 | |
| " " | 78 | | " | [illegible] | 25.00 | 00 | 00 | 25.00 | [illegible] |
| " " | 79 | | " | [illegible] | 25.00 | 00 | 00 | 25.00 | |
| " " | 80 | | " | [illegible] | 25.00 | 00 | 00 | 25.00 | |
| " " | 81 | | " | [illegible] | 25.00 | 00 | 00 | 25.00 | [illegible] |
| " " | 82 | | " | [illegible] | 25.00 | 00 | 00 | 25.00 | |
| " " | 83 | [illegible] | Dover | 15 | 25.00 | 00 | 00 | 25.00 | |
| " " | 84 | | " | 16 | 25.00 | 00 | 00 | 25.00 | |
| " " | 85 | | " | 17 | 25.00 | 00 | 00 | 25.00 | [illegible] |
| " " | 86 | | " | 18 | 25.00 | 00 | 00 | 25.00 | |
| " " | 87 | | " | 19 | 25.00 | 00 | 00 | 25.00 | |
| " " | 88 | | " | 20 | 25.00 | 00 | 00 | 25.00 | |
| " " | 89 | | Washington Ave | [illegible] | 25.00 | 00 | 00 | 25.00 | |
| " " | 90 | | " | 17 | 25.00 | 00 | 00 | 25.00 | 2.44 |
| " " | 91 | | " | 19 | 25.00 | 00 | 00 | 25.00 | |
| [illegible] | | [illegible] | | | | | | | |
| W. B. Greenlee | 92 | [illegible] | Wabash Ave | [illegible] | 100.00 | 00 | 50.00 | 100.00 | — |
| [illegible] McClure | 93 | [illegible] | Central Ave | 5 | 25.00 | 00 | 00 | 25.00 | 1.45 |
| | 94 | | | 7 | 25.00 | 00 | 00 | 25.00 | 1.45 |
| | 95 | | | 9 | 25.00 | 00 | 00 | 25.00 | 1.45 |
| | 96 | | | 11 | 25.00 | 00 | 00 | 25.00 | 1.45 |
| [illegible] McClure | 97 | | | And so much of Lots 1 5 [illegible] | | | | | [illegible] |

lie within the boundary line of the Right of Way of the St. Louis, Wichita and Western Railway as now located through said Addition as will fully appear by reference to the Original Plat on file in the office of the County Clerk

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | 50.00 | 100.00 |

| Name of Owner | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Daniel [illegible] | [illegible] | | [illegible] | [illegible] | | | | |
| Daniel Cohee | 99 | | | [illegible] | | | | |

[illegible] the boundary line of the Right of Way of the St Louis Wichita and Western Railway as now located through said Addition as will more fully appear by reference to the original Plat on file in the office of the County Clerk

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Daniel Cohee | | | 50.00 | 00 | 50.00 | [illegible] | 12.05 |
| [illegible] McClure | 100 Newman's Addition | 2 | 10.00 | 00 | 00 | [illegible] | 2.28 |
| | 101 | 4 | 15.00 | 00 | 00 | 16.00 | 2.78 |
| | 102 | 6 | 15.00 | 00 | 00 | 16.00 | 2.78 |
| | 103 | 8 | 15.00 | 00 | 00 | [illegible] | 2.28 |
| [illegible] | 104 | | So much of Lots 10 & 12 as lies | | | | 2.35 |

within the boundary line of the Right of Way of the St Louis Wichita and Western Railway as now located through said Addition as will more fully appear by reference to the original Plat on file in the office of the County Clerk 15.00 00 00 15.00 — 2.35

[illegible] Miller
[illegible]
[illegible] other
[illegible]

[illegible] McClure 105 Newman's — So much of Newman's Reserve as lies within the outer and boundary line of the Right of Way of the St Louis Wichita and Western Railway as now located through said Addition as will more fully appear by reference to the original Plat on file in office of County Clerk

97/100 Acre . . . 20.00 2.30

We further report that all the land hereinbefore described is in Sedgwick County State of Kansas and that the amount contained in the various strips of land hereinbefore described is the quantity of land we have [illegible] ascertained is necessary for the said route, side tracks, depots, [illegible] shops and water stations. And the said strips described as [illegible] through or across the various quarter sections or other lots of land [illegible] set forth, are the amounts out of each quarter section [illegible] necessary for the purposes hereinbefore set forth and [illegible] reference to the quarter section or other lot of land out of which [illegible] [illegible] and the various amounts hereinbefore mentioned as the [illegible] [illegible] of the value thereof of the land taken is a fair and reasonable [illegible] and that the damages assessed by us are fair and [illegible] [illegible] to the lands [illegible] the [illegible] taken [illegible] [illegible] [illegible] and reasonable and fair [illegible] [illegible]

272

In the matter of the right of way of the St Louis Wichita and Western Railway Company

State of Kansas }
Sedgwick County } ss

I, W. T. Jewett, do solemnly swear, that I will honestly and faithfully discharge the duties of a Commissioner, to lay off a route for the St Louis Wichita and Western Railway Company along the line of said railroad as located by said company and appraise the value of land taken for, and assess the damages to adjacent lands, occasioned by the construction and operation of said railroad in the County of Sedgwick, State of Kansas from the East line of said County to and through the City of Wichita in said County, under and by virtue of an appointment as such commissioner by the Judge of the District Court of said County of Sedgwick

W. T. Jewett

Sworn and subscribed before me this 24th day of September A.D. 1879.

[Seal] E. B. Jewett
Probate Judge

In the matter of the right of way of the St Louis Wichita and Western Railway Company

State of Kansas }
Sedgwick County } ss

I, John McBee do solemnly swear, that I will honestly and faithfully discharge the duties of a Commissioner to lay off a route for the St Louis Wichita and Western Railway Company, along the line of said Railroad located by said Company and appraise the value of land taken for and assess the damages to adjacent lands occasioned by the construction and operation of said railroad in the County of Sedgwick, State of Kansas, from the East line of said County to and through the City of Wichita in said County under and by virtue of an appointment as such Commissioner by the Judge of the District Court of said County of Sedgwick

J. McBee

Sworn and subscribed before me this the 19th day of September A.D. 1879.

[Seal] E. B. Jewett
Probate Judge

In the matter of the right of way of the St Louis Wichita and Western Railway Company

State of Kansas }
Sedgwick County } ss

I, [illegible] do solemnly swear that I will honestly and faithfully [illegible] to lay off a route for the St Louis

[illegible] the damages to property [illegible] occasioned by the construction and operation of said Railroad in the County of Sedgwick, State of Kansas from the East line of said County to and through the City of Wichita [illegible] and [illegible] of the appraisement [illegible] Commissioners [illegible] County of Sedgwick

[illegible]

Subscribed and subscribed before me this the 19th day of September A.D. 1872

(Seal) E. B. Jewett
Probate Judge

Exhibit "A"

In the matter of the appropriation of lands for the use of the St. Louis Wichita and Western Railway Company in the County of Sedgwick, State of Kansas.

To Honorable W. P. Campbell, Judge of the District Court of the County of Sedgwick, State of Kansas. The St. Louis Wichita and Western Railway Company represents: That it is a duly chartered and organized railway corporation, incorporated and organized as such under and in pursuance of the Laws of the State of Kansas.

That the said St. Louis Wichita and Western Railway Company is so incorporated to construct a line of railroad from the City of [illegible] in the County of Labette, State of Kansas, in a northerly and westerly direction to the City of Wichita in the County of Sedgwick State of Kansas, and in a westerly direction from said City of Wichita.

That the said St. Louis Wichita and Western Railway Company proposes to construct its road through the County of Sedgwick, State of Kansas, as the line of said railroad has been located by said railway corporation from the East line of said County of Sedgwick in the State of Kansas in a general westerly direction to and through the said City of Wichita in said County.

That the said St. Louis Wichita and Western Railway Company desires [illegible] land [illegible] for the use of said Company along the line of its said [illegible] road as located by said Railway Company, a route for said railroad one hundred feet in width, except for the purpose of [illegible] and embankments, it shall be necessary to take more for the proper construction and security of said railroad, through the said County of Sedgwick, from the said East line of said County to and through the City of Wichita. And also such land as may be deemed necessary for [illegible] tracks, depots, [illegible] shops and water stations and materials for construction [illegible] and a right of way over adjacent lands, sufficient to enable said Railway Company to construct and repair its road [illegible] and a right to conduct water by aqueducts, and the right of [illegible] drainage.

[illegible] the St. Louis Wichita and Western Railway Company [illegible] that you as such Judge appoint three commissioners to lay off [illegible] lands and stations and make the appraisement and [illegible] of damages to each [illegible] in accordance with the [illegible] [illegible] of Railroad under and in conformity with the provisions

274 274

the Laws of Kansas in such cases made and provided.

Respectfully submitted
The St Louis Wichita and Western Railway Company
By H. L. [illegible]
its Attorney

Exhibit "B"

In the matter of the appropriation of lands for the use of the St Louis Wichita and Western Railway Company in the County of Sedgwick in the State of Kansas.

Be it Remembered that on this the First day of August A.D. 187[illegible] the St Louis Wichita and Western Railway Company by its authorized attorney and presented to me the undersigned Judge of the District Court of the County of Sedgwick, State and of Kansas, its petition by which it is shown That the St Louis Wichita and Western Railway Company is a duly chartered and organized Railway corporation, incorporated and organized as such under and in pursuance of the Laws of the State of Kansas.

That the said St Louis, Wichita and Western Railway Company is so incorporated to construct a line of railroad from the City of Oswego in the County of Labette, State of Kansas, in a northerly and westerly direction to the City of Wichita in the County of Sedgwick, State of Kansas, and in a westerly direction from said City of Wichita.

That the said St Louis Wichita and Western Railway Company proposes to construct its road through the County of Sedgwick, State of Kansas, as the line of said Railroad has been located by said Railway Corporation from the east line of said County of Sedgwick in a general westerly direction to and through the City of Wichita in said County.

That the said St Louis, Wichita and Western Railway Company desires to have laid off for the use of said Company along the line of its said proposed road, as located by said Railway Company, a route for said proposed railroad One hundred feet in width [illegible] for the purpose of cuttings and embankments it shall be necessary to take [illegible] through the said County of Sedgwick from the east line of said County to and through said City of Wichita. Also such land as may be deemed necessary for side tracks, Depots, Work shops, and water stations and materials for construction except timber and a right of way over adjacent lands sufficient to enable said Railway corporation to construct and repair its road and stations and the right to conduct water by aqueducts and the [illegible] [illegible] proper drains

[illegible] by which petition the said St Louis Wichita and Western Railway Company applies to me as Judge of said Court to appoint three Commissioners to lay off said route and lands and stations, and make the appraisement and assessment of damages to each owner interest on account of the taking of such lands and the construction and operation of said line of railroad in conformity with the Laws of the State of Kansas in such cases [illegible]

[illegible] of said petition and being fully advised in the premises, it is by me ordered that Horace Carpenter, W. J. Jewett and John McBee, they being once holders and residents of said

275

County of Sedgwick, State of Kansas be, and they are hereby appointed commissioners to make the appraisement and assessment of damages [illegible] the interest by reason of the taking such lands for the use of said Railroad Company and the construction and operating of said line of Railroad [illegible] by the said St Louis Wichita and Western Railroad Company through the said County of Sedgwick.

Said appraisement and assessment to be made under and in conformity to the Laws of Kansas in such cases made and provided.

In Witness whereof I have hereunto set my hand this first day of August 187[illegible]

W.P. Campbell
Judge of the District Court [illegible]
County of Sedgwick, State of Kansas

This instrument was filed and recorded
Aug 1st 1879 at 8 P.M. in Vol "L" of Deeds
at Page 7.

[illegible] Reg of Deeds. Fee [illegible] 276 [illegible] for filing

Exhibit "E"

Notice

In the matter of the right of way of the St Louis Wichita and Western Railway Company.

Notice is hereby given that the undersigned Commissioners appointed by the Judge of the District Court of the County of Sedgwick in the State of Kansas to lay off a route for the St Louis Wichita and Western Railroad along the line of said proposed railroad through a portion of the said County of Sedgwick, as located by said railroad company, and appraise the value of the land taken, and assess the damages to each quarter section of land and each portion of a quarter section or lot of land through which said railroad is located, by reason of the location, construction and [illegible] of said railroad from the east line of the said County of Sedgwick to and through the City of Wichita in said County of Sedgwick, will meet on the line of said proposed railroad in the said City of Wichita, at or near the point where said line of railroad reaches the Arkansas River, on the [illegible] day of November A.D. 1879, at the hour of nine o'clock A.M., and then will commence to lay off such route, and make such appraisement and assessment of damages, and to discharge the duties devolving upon us as such Commissioners by virtue of said appointment, and will continue the making such appraisement and assessment of damages and the discharge of our said duties under said appointment from day to day until the same is completed, and we have discharged all the duties devolving upon us by reason of said appointment.

J. McBee
Wm T. Jewett
Horace Loy[illegible]
Commissioners

The St Louis Wichita and Western Railway Company -
By [illegible]

276 276

State of Kansas, County of Sedgwick, ss

On this the 25th day of November A.D. 1879 before the undersigned a Notary Public, within and for the County of Sedgwick [illegible], personally came W. L. Murdock, of lawful age, who being [illegible] duly [illegible] and says: that he is one of the printers of the Wichita City Eagle, the same being a weekly newspaper printed in the County of Sedgwick State of Kansas, that a notice, of which a true copy is hereto attached, was published in the said Wichita City Eagle for 5 consecutive weeks, that the first publication of said notice was so made as aforesaid on the 23rd day of Oct. A.D. 1879

W. L. Murdock

Sworn to and subscribed before me this 25th day of November A.D. 1879

(Seal) John McAllister
Notary Public

State of Kansas
County of Sedgwick } ss

I, E. A. Dorsey, County Clerk in and for said County, do hereby certify that the above and foregoing contains a full and complete copy of the Report of Commissioners appointed by the Hon. W. P. Campbell, Judge of the District Court in and for said County to lay off a route, appraise the land taken, and assess the damages [illegible] of the construction of the St Louis Wichita and Western Railway in said County, together with a copy of the original Petition, appointment and notice of said Commissioners, as fully and completely as the same appears from the original report and exhibits thereto attached now on file in my office.

In Testimony Whereof I have set my hand and affixed my Official Seal at office in said County this 11th day of December A.D. 1879

(Seal) E. A. Dorsey
County Clerk

State of Kansas
Sedgwick County } ss

I, John Tucker County Treasurer of the County of Sedgwick and State of Kansas do hereby certify, that on the 10th day of December A.D. 1879 The County Clerk of Sedgwick County, Kansas, filed the within and foregoing copy of the original report of the Commissioners therein named with me in my office and that on the said Tenth day of December A.D. 1879, The St Louis Wichita and Western Railway Company paid to me as such Treasurer the sum of Fourteen Hundred Twenty Six & 50/100 Dollars to be applied as a payment of damages for Right of Way for the St Louis, Wichita and Western Railway Company from the [illegible] of Sedgwick County to and through the south line of the North West Quarter Section Fourteen, Township Twenty Seven, Range One East, owned by [illegible].

In Testimony whereof I, John Tucker County Treasurer of the County of Sedgwick State of Kansas have hereunto set my hand this the 11th day of December A.D. 1879

John Tucker
County Treasurer of
Sedgwick County, Kansas