# EXHIBIT B, Part 2




DOJ 000001

tabbies
EXHIBIT
Exh. B, Part 2


LEGEND
St Louis-San Francisco Railway Co.
Kansas City, Fort Scott & Memphis Ry. Co.
Pittsburg and Columbus Railway Co.
1 Union Pacific R.R. Co.
2 Atchison Topeka & Santa Fe Ry. Co.
3 Missouri Pacific R.R. Co.
4 Chicago Rock Island & Pacific Ry. Co.
5 Midland Valley R.R. Co.
6 Kansas City, Mexico & Orient R.R. Co.
7 Kansas Southwestern Ry. Co.
8 Missouri, Kansas & Texas Ry. Co.
9 Kansas City, Clinton & Springfield Ry. Co.
10 Missouri Oklahoma & Gulf Ry. Co.
11 Chicago Great Western R.R. Co.
12 Kansas City Northwestern R.R.
13 Kansas City Southern Ry. Co.
V.S. Valuation Sections.
14 Miami Mineral Belt R.R. Co.
Interstate Commerce Commission
Bureau of Valuation
Western District
MAP OF THE
ST. LOUIS-SAN FRANCISCO
RAILWAY SYSTEM
IN KANSAS
Scale 1" = 20 Miles
June 30, 1918.
REVISED
DOJ 000002
KANSAS
MISSOURI
OKLAHOMA
KANSAS CITY MO.
WICHITA
ELLSWORTH
RICE
RENO
McPHERSON
HARVEY
KINGMAN
SEDGWICK
HARPER
SUMNER
COWLEY
BUTLER
GREENWOOD
ELK
CHAUTAUQUA
WOODSON
WILSON
MONTGOMERY
NEOSHO
LABETTE
ALLEN
ANDERSON
FRANKLIN
DOUGLAS
JOHNSON
MIAMI
LINN
BOURBON
CRAWFORD
CHEROKEE
For detail of Pittsburg District-see insert map
Crawford County Mining Co Val. Sec. I
N

V. Form No. 107

Owner St.Louis-San Francisco Ry.Co.
Operating Company St.Louis-San Francisco Ry.Co.
Division Northern
State Kans. County Butler
Valuation Section No. 2-Kans.
From 22312/98 to 26882/80

Regulated by Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 60 of 126 sheets (this form)
Map No. 19
Date compiled June 30, 1918
Compiled by G.N.Kelloy
Correct [signature] (Title) Valuation Engineer

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Page (8) | Date (9) | Area: Acres (10) | Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | Actual Consideration Received (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9765 47 | Cond. | 11/4/79 | James McLean | St.L.W. & W.Ry. Co. | 8 | 466 | 11/4/79 | | 37000 | See Par.14 Map 18 | 10/30/79 | | | | | | For costs see Par.9 Map 1 this Section |
| | 9767 | Q.C.D. | 10/30/79 | James McLean | St.L.W. & W. Ry. Co. | Y | 26 | 11/3/79 | | | See Par.14 Map 18 | | | | | | | For costs see Par.9 Map 1 |
| 2 | 9765 48 | Cond. | 11/4/79 | Geo.Lines | St.L.W. & W.Ry. Co. | 8 | 466 | 11/4/79 | 1.61 | | $21.92 | 11/4/79 | | | | | | For costs see Par.9 Map 1 |
| 3 | 9765 49 | Cond. | 11/4/79 | Chas.Barry | St.L.W. & W. Ry. Co. | 8 | 466 | 11/4/79 | 3.45 | | 30.22 | 11/4/79 | | | | | | For costs see Par.9 Map 1 |
| 4 | 9765 50 | Cond. | 11/4/79 | Dora Haven | St.L.W. & W.Ry. Co. | 8 | 466 | 11/4/79 | 1.15 | | 60.60 | 11/4/79 | | | | | | For costs see Par.9 Map 1 |
| 5 | 9786 | Q.C.D. | 1/10/80 | Wewel A.Franke etux | St.L. W.& W. Ry.Co. | | | | 6.86 | | 100.00 | 1/10/80 | | | | | | For costs see Par.9 Map 1 |
| 6 | 9765 51 | Cond. | 11/4/79 | Geo.Fuller | St.L.W. & W.Ry. Co. | 8 | 466 | 11/4/79 | 1.93 | | 25.68 | 11/4/79 | | | | | | For costs see Par.9 Map 1 |

Continue next in back of sheet.

DOJ 000003

I. C. C.—Prescribed by Secretary, Presidents' Conference Committee, Federal Valuation

V. Form No. 107
30,000 11-8-1920

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Butler
Valuation Section No.: 2-Kans.
From: 22312/98 to 26882/80

Sheet No. 61 of 126 sheets (this form)
Map No. 19
Date compiled: June 30, 1918.
Compiled by: G. H. Kelley
Correct: [illegible] (Title) Valuation Engineer

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Recorded: Page (8) | Recorded: Date (9) | Area: Acres (10) | Area: Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Cost of Parcel When Originally Acquired: Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | If Portion of Parcel Has Been Sold: Actual Consideration Received (17) | Cost as of Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 9765 52 | Cond. | 11/4/79 | R. Boyle | St. L. W. & W. Ry. Co. | S | 466 | 11/4/79 | 4.57 | | $45.20 | 11/4/79 | | | | | | For costs see Par. 9 Map 1 |
| 8 | 9765 53 | Cond. | 11/4/79 | D. Riddle | St. L. W. & W. Ry. Co. | S | 466 | 11/4/79 | 6.88 | | 53.10 | 11/4/79 | | | | | | For costs see Par. 9 Map 1 |
| | 9789 | Q. C. D. | 1/10/80 | D. Riddle, etux | St. L. W. & W. Ry. Co. | | | | | | .05 | | | | | | | For costs see Par. 9 Map 1 |
| 9 | 9765 54 | Cond. | 11/4/79 | E. Wagner | St. L. W. & W. Ry. Co. | S | 466 | 11/4/79 | 6.18 | | 85.00 | 11/4/79 | | | | | | Orig. Par. covers 6.18 Ac. this Par. ; 34100 sq. ft. Par. 10 Map 19 1.57 Ac. Par. 11 Map 19 For costs see Par. 9 Map 1 |
| | 9790 | Q. C. D. | 1/10/80 | E. Waggoner, etux | St. L. W. & W. Ry. Co. | | | | | | .05 | | | | | | | For costs see Par. 9 Map 1 |
| 10 | 9790 | Q. C. D. | 1/10/80 | E. Waggoner, etux | St. L. W. & W. Ry. Co. | | | | | 34100 | Inc. in Par. 9 Map 19 | 1/10/80 | | | | | | For costs see Par. 9 Map 1 this section |
| 11 | 9790 | Q. C. D. | 1/10/80 | E. Waggoner, etux | St. L. W. & W. Ry. Co. | | | | 1.57 | | Inc. in Par. 9 Map 19 | 1/10/80 | | | | | | For costs see Par. 9 Map 1 this section |

DOJ 000004

I. C. C. Form No. 107

Carrier: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Butler & Sedgwick
Valuation Section No. 2-Kans.
From 22312/98 to 26682/60

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 68 of 128 sheets (this form)
Map No. 19
Date compiled June 30, 1918
Compiled by G. H. Kelloy
Correct: [signature] Valuation Engineer

| Parcel No. | Custodian's No. | Kind of Instrument | Date of Instrument | Grantor | Grantee | Recorded Book | Page | Date | Area Acres | Square Feet | Consideration | Date of Dedication to Public Use | Cost of Parcel When Originally Acquired: Amount | Character of Expenditure | If Portion of Parcel Has Been Sold: Date of Sale | Actual Consideration Received | Cost at Date of Dedication of Parcel as Now Owned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 9765 56 | Cond. | 11/4/79 | Unknown | St. L. & W. Ry. Co. | 8 | 466 | 11/4/79 | 8.60 | | $6.76 | 11/4/79 | | | | | | For costs see Par. 9 Map 1 |
| | 9791 | Q.C.D. | 1/10/80 | Frank Woods, etux | St. L. & W. Ry. Co. | | | | | | 80.00 | | | | | | | For costs see Par. 9 Map 1 |
| | | | | | BUTLER - SEDWICK COUNTY LINE | | | | | | | | | | | | | |
| 13 | 9792 1 | Cond. | 12/10/79 | James M. O. Knapp | St. L. & W. Ry. Co. | U | 260 | 12/20/79 | 6.12 | | 216.72 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 |
| 14 | 9792 2 | Cond. | 12/10/79 | James M. O. Knapp | St. L. & W. Ry. Co. | U | 260 | 12/20/79 | 4.11 | | 48.64 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 Orig. Par. covers 4.11 Ac. this Par.; 1.96 Ac. Par. 1 Map 26 this Sec. |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper backing, with carbon face next to back of sheet.

DOJ 000005

Prescribed by Secretary, Presidents' Conference Committee, Federal Valuation
Val. Form No. 107

# INTERSTATE COMMERCE COMMISSION
## DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No.: 2-Kans.
From: 22312/98 to 25802/80

Sheet No. 63 of 120 sheets (this form)
Map No. 20
Date completed June 30, 1918
Compiled by G. H. Kelley
Correct: [signature]
Valuation Engineer

| Parcel No. | Custodian's No. | Kind of Instrument | Date of Instrument | Grantor | Grantee | Recorded: Book | Recorded: Page | Recorded: Date | Area: Acres | Area: Square feet | Consideration | Date of dedication to public use | Cost of parcel when originally acquired: Amount | Character of Expenditure | If portion of parcel has been sold: Area of Sale | Actual Consideration Received | Cost at date of dedication of parcel as now owned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) |
| 1 | 9792 2 | Cond. | 12/10/79 | James H. C. Knapp | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | 1.96 | | Inc. in Par. 14 Map 19 | 12/10/79 | | | | | | For costs see Par,9 Map 1 this section |
| 2 | 9792 3 | Cond. | 12/10/79 | John Q. Southard | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | 6.06 | | $48.48 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 3 | 9792 4 | Cond. | 12/10/79 | Geo.O. Merriman | St.L.W. & W. Ry. Co. | U | 260 | 12/20/79 | 6.11 | | 48.64 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 4 | 9792 5 | Cond. | 12/10/79 | Geo.W. Shanser | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | 6.06 | | 48.72 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 5 | 9792 6 | Cond. | 12/10/79 | John A. Magee | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | 6.09 | | 48.48 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 6 | 9792 7 | Cond. | 12/10/79 | Samuel A. Stuckey | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | 3.04 | | 27.36 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 7 | 9792 8 | Cond. | 12/10/79 | Geo.P.Swade | St.L.W. & W. Ry. Co. | U | 260 | 12/20/79 | 3.04 | | 51.48 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |

DOJ 000006

I. C. C. Form No. 107

Owner: St.Louis-San Francisco Ry.Co.
Operating Company: St.Louis-San Francisco Ry.Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No.: 2Kans.
From: 22312/90 to 20802/89

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 64 of 139 sheets
Map No. 20
Date compiled: June 30, 1918
Compiled by: G.H.Kelley
Correct: [signature] Valuation Engineer

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Recorded: Page (8) | Recorded: Date (9) | Area: Acres (10) | Area: Square feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Cost of Parcel When Originally Acquired: Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | If Portion of Parcel Has Been Sold: Actual Consideration (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 9792-9 | Cond. | 12/10/79 | Frank Holcraft | St.L. W.& W. Ry.Co. | U | 260 | 12/20/79 | 6.07 | | $64.32 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| | 9793 | W.D. | 2/14/80 | Frank Holcraft | St.L. W.& W. Ry.Co. | T | 191 | 3/5/80 | | | 100.00 | | | | | | | For costs see Par.9 Map 1 |
| 9 | 9792-10 | Cond. | 12/10/79 | Hy. Oliver | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | 6.11 | | 120.00 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| | 9794 | W.D. | 2/14/80 | Hy.Oliver, etux | St.L.W. & W.Ry. Co. | T | 163 | 2/14/80 | | | 170.00 | | | | | | | For costs see Par.9 Map 1 |
| 10 | 9792-11 | Cond. | 12/10/79 | C.B.Ludlum | St.L.W. & W. Ry. Co. | U | 260 | 12/20/79 | 3.95 | | 143.56 | 12/10/79 | | | | | | For costs see Par.9 Map 1 Orig.Par.covers 3.95 Ac. this Par.and 2.14 Ac. Par. 1 Map 21 this section |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000007

I. C. C. Form No. 107

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No. 2-Kans.
From 29312/90 to 26802/60

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 65 of 186 sheets (this form)
Map No. 21
Date compiled June 30, 1918
Compiled by A. H. Kelley
Correct [signature] Valuation Engineer.

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Page (8) | Date (9) | Area: Acres (10) | Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | Actual Consideration (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9792 11 | Cond. | 12/10/79 | C. H. Ludlum | St.L.W. U & W. Ry. Co. | 260 | | 12/20/79 | 2.14 | | Inc. in Par. 10 Map 20 | 12/10/79 | | | | | | For costs see Par.9 Map 1 this Section |
| 2 | 9792 12 | Cond. | 12/10/79 | James Young | St.L.W. U & W. Ry. Co. | 260 | | 12/20/79 | 5.09 | | $60.30 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 3 | 9792 13 | Cond. | 12/10/79 | John T. Richards | St.L. W. U & W. Ry. Co. | 260 | | 12/20/79 | 5.76 | | 57.10 | 12/10/75 | | | | | | For costs see Par.9 Map 1 |
| 4 | 9792 14 | Cond. | 12/20/79 | Geo. Smoltera | St.L.W. U & W. Ry. Co. | 260 | | 12/20/79 | 6.06 | | 60.50 | 12/10/79 | | | | | | For costs see Par.6 Map 1 |
| 5 | 9792 15 | Cond. | 12/10/79 | John Q. Southard | St.L.W. U & W. Ry. Co. | 260 | | 12/20/79 | 6.13 | | 59.10 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 6 | 9792 16 | Cond. | 12/10/79 | John B. Young | St.L. W. U & W. Ry. Co. | 260 | | 12/20/79 | 7.59 | | 128.00 | 12/10/79 | | | | | | For costs see Par.9 Map. 1 |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000008

I. C. C. Form No. 107

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No.: 2-Kans.
From: 22312/08 to: 26882/00

Sheet No. 66 of 325 sheets (this form)
Map No. 22
Date compiled: June 30, 1918
Compiled by: G. H. Kelley
Correct: [signature], Valuation Engineer

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

| Parcel No. | Grantor's No. | Kind of Instrument | Date of Instrument | Grantor | Grantee | Recorded: Book | Recorded: Page | Recorded: Date | Area: Acres | Area: Square Feet | Consideration | Date of Dedication to Public Use | Cost of Parcel when Originally Acquired: Amount | Cost of Parcel when Originally Acquired: Character of Expenditure | If Portion of Parcel has been Sold: Date of Sale | If Portion of Parcel has been Sold: Actual Consideration Received | Cost at Date of Valuation of Parcel as Now Owned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) |

For R/W see Maps S-22-A-S-22-B-S-22-C

INSTRUCTIONS TO GRANTEES—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000009

V. Form No. 107

Owner St.Louis-San Francisco Ry.Co.
Operating Company St.Louis-San Francisco Ry.Co.
Division Northern
State Kans. County Sedgwick
Valuation Section No. 2-Kans.
From 22312/98 to 26082/80

Supplied by Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 67 of 125 sheets (this form)
Map No. V-22-A
Date compiled June 30, 19 18
Compiled by O.H.Kelley
Correct [signature]
Valuation Engineer.

| Parcel No. | Cutting Claim's No. | Kind of Instrument | Date of Instrument | Grantor | Grantee | Recorded: Book | Recorded: Page | Recorded: Date | Area: Acres | Area: Square feet | Consideration | Date of Dedication to Public Use | Cost of Parcel When Originally Acquired: Amount | Cost of Parcel When Originally Acquired: Character of Expenditure | If Portion of Parcel Has Been Sold: Date of Sale | If Portion of Parcel Has Been Sold: Actual Consideration Received | Cost at Date of Dedication of Parcel as Now Owned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) |
| 1 | 9792 17 | Cond. | 12/10/79 | Samuel U. Funk | St.L.W. & W. Ry. Co. | U | 260 | 12/20/79 | | 80300 | $28.80 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 2 | 9792 18 | Cond. | 12/10/79 | Abner J.Pope | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | | 332870 | 217.30 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| 3 | 9792 19 | Cond. | 12/10/79 | Andrew J.Cook | St.L.W. & W. Ry. Co. | U | 260 | 12/20/79 | | 58860 | 18.10 | 12/10/79 | | | | | | For costs see Par.9 Map 1 |

INSTRUCTIONS TO CLERKS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000010

I. C. C. Form No. 107

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No.: 2-Kans.
From: 22312/08 to 26802/80

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 68 of 126 sheets (this form)
Map No. S-22-B
Date compiled June 30, 1918
Compiled by O. H. Kelley
Correct: [signature] Valuation Engineer

| Parcel No. (1) | Collector's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Recorded: Page (8) | Recorded: Date (9) | Area: Acres (10) | Area: Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Cost of Parcel When Originally Acquired: Character of Acquisition (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | If Portion of Parcel Has Been Sold: Actual Consideration Received (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9792 20 | Cond. | 12/10/79 | Chas. Cramer | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 147870 | $133.25 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 |
| 2 | 9793 21 | Cond. | 12/10/79 | John C. Neuman | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 144670 | 182.75 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 |
| 3 | 9792 22 | Cond. | 12/10/79 | Stites Brothers | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 366630 | 379.10 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000011

V. Form No. 107

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No.: 2-Kans.
From: 22312/98 to 38862/80

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 69 of 120 sheets (this form)
Map No. 8-22-0
Date compiled: June 30, 1918
Compiled by: O. H. Kelley
Correct: [signature] Valuation Engineer

| Parcel No. (1) | Carrier's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Recorded: Page (8) | Recorded: Date (9) | Area: Acres (10) | Area: Square Feet (11) | (12) | Consideration | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | Actual Consideration Received (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9792 23 | Cond. | 12/10/79 | Stites Brothers | St. L. W. & W. Ry. Co. | U | 360 | 12/20/79 | | 33000 | | $32.00 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 |
| 2 | 9792 24 | Cond. | 12/10/79 | R. B. Allen | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 99100 | | 163.40 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 |
| 3 | 9792 27 | Cond. | 22/10/79 | Joseph Corwin | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 101800 | | 117.80 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 |
| 4 | 9792 92 | Cond. | 12/10/79 | D. H. B. Greenlee | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 28700 | | 100.00 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 |
| 5 | 14493 | W. D. | 6/3/87 | George Shell, etux George P. Shell, etux | Kansas & Midland Ry. Co. | 83 | 380 | 5/3/87 | | 4200 | | 800.00 | 5/3/87 | 800.00<br>1.00 | Cons.<br>Rec. Fee | | | 801.00 | |
| 6 | 14494 | Q. C. D. | 12/16/93 | Hartford Western Sand Co. | SL & SF Ry. Co. | 138 | 313 | 2/2/94 | | 4080 | | 13.11 | 12/13/93 | 13.11<br>1.05<br>6.40 | Cons.<br>Rec. Fee<br>Rec. deeds | | | 20.56 | |

DOJ 000012

I. C. C. Form No. 107
(Issued 1/2/19)

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No.: 2-Kans.
From 22312/98 to 20000/60

Prepared by Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 70 of 199 sheets (this form)
Map No. V-82-9
Date compiled June 30, 1918
Compiled by R. H. Kelley
Correct: [signature] (Title) Valuation Engineer

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Page (8) | Date (9) | Area: Acres (10) | Square feet (11) | (12) | Consideration | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Character of Acquisition (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | Actual Consideration (17) | Cost at Date of Valuation of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | | | | 1260 | | | | | | | | | Held by right of occupation |
| 8 | 14735-7 | Cond. | 3/30/07 | Fields | Kan. Mid. Ry. Co. | 68 | 460 | 4/21/07 | | 7460 | | $1800.00 | 3/30/07 | 1800.00 | Cons. | | | 1800.00 | |
| 9 | 14735 | Cond. | 3/30/07 | J. F. Hensley | Kan. Mid. Ry. Co. | 68 | 409 | 4/21/07 | | 8400 | | 3200.00 | 3/30/07 | 3200.00 | Cons. | | | 3200.00 | |
| 10 | 14743 | R/W | 10/16/88 | O. H. Bentley, etux | Wm. G. Dacy | 99 | 563 | 12/14/88 | | 225 | | 1.00 | 10/16/89 | 1.00 / 1.10 | Cons. / Rec. Fee | | | | |
| | 14743 | R/W | 10/16/88 | Wm. G. Dacy, etux | Kan. Mid. Ry. Co. | 110 | 29 | 12/14/88 | | | | 1.00 | | 1.00 / 1.10 | Cons. / Rec. Fee | | | 4.20 | |
| 11 | 14741 | R/W | 4/18/87 | Kan. Con. Co. By. Wm. G. Dacy, Pres. | Kan. Mid. Ry. Co. | 64 | 54 | 4/19/87 | | 5100 | | 1.00 | 4/18/87 | 1.00 / 1.10 | Cons. / Rec. Fee | | | 2.10 | |
| 12 | 14742 | R/W | 10/16/88 | O. H. Bentley, etux | Wm. Dacy | 110 | 28 | 12/14/88 | | 2375 | | 1.00 | 10/16/88 | 1.00 / 1.10 | Cons. / Rec. Fee | | | | |
| | 14742 | R/W | 10/16/88 | Wm. G. Dacy | Kan. Mid. Ry. Co. | 110 | 30 | 12/14/88 | | | | 1.00 | | 1.00 / 1.10 | Cons. / Rec. Fee | | | 4.20 | |

INSTRUCTIONS TO CARRIERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000013

I. C. C. Form No. 107

Prepared by Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No.: 2-Kans.
From 22312/98 to 20882/60

Sheet No. 71 of 126 sheets this form
Map No. 8-22-C ... 100
Date compiled: June 30,
Compiled by: C. H. Kelley
Correct: [signature] Valuation Engineer

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Page (8) | Date (9) | Area: Acres (10) | Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | Actual Consideration Received (17) | Cost at Date of Valuation of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 7664 | Cy. Ord. | 12/13/86 | City of Wichita | Kan. Mid. Ry. Co. | | | | | 33698 | | 12/13/86 | | | | | | |
| 14 | 7664 | Cy. Ord. | 12/13/86 | City of Wichita | | | | | | 6760 | | 12/13/86 | | | | | | |
| 15 | 14737 | Court Decree | 6/5/89 | Morris H. Schaeffer | Kan. Mid. Ry. Co. | Journal | 136 | 91 | | 3350 | $1700.00 & 7% int. per annum & costs of court | 6/8/89 | 803.27 / 1000.00 | Cond. / Amt. deposited | | | 1803.27 | |
| 16 | 9792 | Q. C. D. | 1/16/94 | Mary E. Hinchman | St. L. W. & W. Ry. Co. | 138 | 314 | 2/8/94 | | 3500 | 1.00 | 12/10/79 | 1.00 | Cons. | | | 1.30 | For rec. & Trans. fee see Par. 6 Map 8-22-C; For costs see Par. 9 Map 1 |
| | 9792 | Cond. | 12/10/79 | Cornelia B. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | | Inc. in Par. 17 Map 8-22-C | | | | | | | |
| 17 | 9792 | Cond. | 12/10/79 | Cornelia B. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 6860 | 60.00 | 12/10/79 | | | | | | Orig. Par. 17 Map 8-22-C covers 6860 sq. ft; Par. 16 Map 8-22-C includes an interest in 3500 sq. ft.; Par. 16 Map 8-22-C includes an interest in 26050 sq. ft. For costs see par. 5 Map 1 |

DOJ 000014

I. C. C. Form No. 107

Prescribed by Eastern, Southern & Western Railroad Committees, Federal Valuation

INTERSTATE COMMERCE COMMISSION

DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No.: 8-Kans.
From: 22312/90 to 26002/80

Sheet No. 72 of 129 sheets (this form)
Map No. 8-22-0
Date compiled: June 30, 1918
Compiled by: G. H. Kelley
Correct: [signature] Valuation Engineer

| Parcel No. | Custodian's No. | Kind of Instrument | Date of Instrument | Grantor | Grantee | Recorded: Book | Page | Date | Area: Acres | Square feet | Consideration | Date of dedication to public use | Cost of parcel when originally acquired: Amount | Character of expenditure | If portion of parcel has been sold: Date of sale | Actual consideration | Cost at date of dedication of parcel as now owned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 9792 | Q. C. D. | 1/16/94 | Mary M. Hinchman | St. L. W. & W. Ry. Co. | 138 | 314 | 2/2/94 | | 25080 | Inc. in Par. 16 Map 8-22-0 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 this Sec. |
| | 9792 | Cond. | 12/10/79 | Cornelia H. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | | Inc. in Par. 17 Map 8-22-C | | | | | | | |
| 19 | 7664 | Cy. Ord. | 12/13/86 | City of Wichita | Kan. Mid. Ry. Co. | | | | | 6400 | | 12/13/86 | | | | | | |
| 20 | 9792 | Q. C. D. | 1/15/94 | Mary M. Hinchman | St. L. W. & W. Ry. Co. | 138 | 314 | 2/2/94 | | 16300 | Inc. in Par. 16 Map 8-22-0 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 this Sec. |
| | 9792 | Cond. | 12/10/79 | Cornelia H. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | | Inc. in Par. 23 Map 8-22-0 | | | | | | | |
| 21 | 9792 | Cond. | 12/10/79 | Cornelia H. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 12300 | Inc. in Par. 23 Map 8-22-0 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 this Sec. |
| 22 | 9792 | Q. C. D. | 1/16/94 | Mary M. Hinchman | St. L. W. & W. Ry. Co. | 138 | 314 | 2/2/94 | | | Inc. in Par. 16 Map 8-22-0 | 12/10/79 | | | | | | For costs see Par. 9 Map 1 this Sec. |
| | 9792 | Cond. | 12/10/79 | Cornelia H. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | | Inc. in Par. 23 Map 8-22-0 | | | | | | | |

INSTRUCTIONS TO COMPILERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000015

I. V. Form No. 107

Owner St. Louis-San Francisco Ry. Co.
Operating Company St. Louis-San Francisco Ry. Co.
Division Northern
State Kans. County Sedgwick
Valuation Section No. 2-Kans.
From 22312/08 to 26882/80

Supplied by Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 73 of 126 sheets (this form)
Map No. 8-22-0
Date compiled June 30, 1918
Compiled by G. H. Kelley
Correct [illegible signature] Valuation Engineer

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Page (8) | Date (9) | Area: Acres (10) | Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | Actual Consideration [illegible] (17) | [illegible] Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 9702 | Cond. | 12/10/79 | Cornelia R. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 29500 | $100.00 | 12/10/79 | | | | | | Orig. Par. covers 29500 sq. ft. this Par. an interest in 16300 sq. ft.; par. 20 this Map; 12300 sq. ft. Par. 21 this Map and an interest in 8800 sq. ft. Par. 22 this Map. For costs see Par. 7 Map 1 |
| 24 | 14738 | Court Decree | 6/22/89 | J. O. Davidson, etal | Kan. Mid. Ry. Co. | | | | | 3800 | 2550.00 | 6/22/89 | 19.75<br>1500.00<br>1000.00<br>1.00 | Cost.<br>Amt. deposited<br>Judgment in excess of deposit<br>Exchange on draft | | | 2520.75 | |
| 25 | 2281 | Q. C. D. | 6/20/03 | P. V. Healy | SL & SF Ry. Co. | 204 | 498 | 03 | | 60952 | 2705.00 | 8/23/02 | 2705.00<br>4.50 | Cons.<br>Rec. [illegible] | | | | Orig. Par. covers 60952 sq. ft. this Par. 40872 sq. ft. Par. 80 Map L-23-A; Par. 81-84-85 Map L-23-A, 3500 sq. ft. Par. 10 Map L-23-B; 3500 sq. ft. Par. 11 Map L-23-B; 3500 sq. ft. Par. 12 Map L-23-B; 3500 sq. ft. Par. 13 Map L-23-B- 3500 sq. ft. Par. 13 Map L-23-B; 3500 sq. ft. Par. 73 Map L-23-B; 68000 sq. ft. Par. 44 Map L-23-B; 17500 sq. ft. Map L-23-B; 10500 sq. ft. Par. 46 Map L-23-B; 17500 sq. ft. Par. 47 Map L-23-B; 7000 sq. ft. Par. 48 Map L-23-B this Sec. For costs this interest see Par. 58 Map L-23-A |
| | 1406 | Q. C. D. | 10/13/02 | Edw. D. Holton | C. H. Beggs | | | | | | Inc. in Par. 58 Map L-23-A | | | | | | | |
| | 1406 | Tax Deed | 6/23/02 | County of Sedgwick | E. D. Holton | 196 | 203 | 6/26/02 | | | | | | | | | 3700.50 | |

INSTRUCTIONS TO BE FILLED — All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000016

I. C. C. Form No. 107

Owner: St.Louis-San Francisco Ry.Co.
Operating Company: St.Louis-San Francisco Ry.Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No. 2-Kans.
Tract 22312/98 to 26882/80

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 74 of 120 sheets (this form)
Map No. S-22-C
Date compiled June 30, 1918
Compiled by C.H.Kelley
Correct [signature] Valuation Engineer

| Parcel No. | Custodian's No. | Kind of Instrument | Date of Instrument | Grantor | Grantee | Recorded Book | Page | Date | Area Square Feet | Consideration | Date of Dedication to Public Use | Cost Amount | Character of Expenditure | Date of Sale | Actual Consideration | Cost at Date of Dedication | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 7727 | Q.C.D. | 8/2/07 | C.H.Beggs | SL & SF R.R.Co. | 239 | 130 | 10/25/07 | 21820 | $1.00 | 8/16/02 | 1.00<br>2.50 | Cons.<br>Rec. Fee | | | 3.50 | For costs of this interest see Par.58 Map L-23-A this Sec. |
| | 1406 | Q.C.D. | 10/13/02 | Edw.D.Holton | C.H. Beggs | | | | | Inc. in Par. 58 Map L-23-A | | | | | | | |
| | 1406 | W.D. | 8/16/02 | W.T.Russell, etux | E.D. Holton | 202 | 8 | 9/3/02 | | | | | | | | | |
| | 1406 | W.D. | 8/25/02 | Marshall McCann,etux | E.D. Holton | 202 | 182 | 9/30/02 | | | | | | | | | |
| | 1406 | W.D. | 8/18/02 | M.Eva Dewey | E.D. Holton | 202 | 17 | 9/3/02 | | | | | | | | | |
| 27 | 2281 | Q.C.D. | 6/29/03 | F.V.Healy | SL & SF Ry. Co. | 204 | 498 | 03 | | Inc. in Par. 26 Map S-22-C | 6/29/03 | | | | | | For costs see F.V. Healy interest in Par. 25 Map S-22-C |
| 28 | 7654 | Cy. Ord. | 12/13/86 | City of Wichita | Kan. Mid. Ry.Co. | | | | 52600 | | 12/13/86 | | | | | | |
| 29 | 9792 | Q.C.D. | 1/12/94 | Mary Hinshman | St.L.W. & W.Ry. Co. | 138 | 314 | 2/2/94 | 35400 | Inc. in Par. 16 Map S-22-C | 12/10/79 | | | | | | For costs see Par.9 Map 1 |
| | 9792 | Cond. | 12/10/79 | Cornelia R. Sanders | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | | 50.00 | | | | | | | |

DOJ 000017

I. C. Form No. 107

Owner: St.Louis-San Francisco Ry.Co.
Operating Company: St.Louis-San Francisco Ry.Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No. 2-Kans.
From 22312/98 to 20882/00

Supplied by Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 76 of 128 sheets (this form)
Map No. 8-22-C
Date compiled June 30, 19 30
Compiled by G. H. Kelley
Correct [signature] (Title) Valuation Engineer

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Recorded: Page (8) | Recorded: Date (9) | Area: Acres (10) | Area: Square feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel when Originally Acquired: Amount (14) | Cost of Parcel when Originally Acquired: Character of Expenditure (15) | If Portion of Parcel has been Sold: Date of Sale (16) | If Portion of Parcel has been Sold: Actual Consideration (17) | Cost at Date of Dedication of Parcel as now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 9792 | Cond. | 12/10/79 | Cornelia R. Sanders | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | | 28425 | Inc. in Par. 31 Map 8-22-C | 12/10/79 | | | | | | For costs see Par.6 Map 1 this Sec. |
| | 9792 | Q.C.D. | 1/10/94 | Mary M. Hinchman | St.L.W. & W. Ry. Co. | 138 | 314 | 2/2/94 | | | Inc. in Par. 30 Map 8-22-C | | | | | | | |
| 31 | 9792 | Cond. | 12/10/79 | Cornelia R. Sanders | St.L.W. & W.Ry. Co. | U | 260 | 12/20/79 | | 36000 | $100.00 | 12/10/79 | | | | | | Orig.Par.covers 36000 sq.ft. this Par. and an interest in 28425 sq.ft. Par. 30 this Map For costs see Par.4 Map 1 |
| 32 | 9792A | Cond. | 1/4/92 | Unknown | St.L.W. & W.Ry. Co. | A | 419 | | | 2200 | 1.00 | 1/4/92 | 1.00<br>2.50 | Cons.<br>Rec. Fee | | | 3.50 | |
| 33 | 9792A | Cond. | 1/4/92 | Unknown | St.L.W. & W.Ry. Co. | A | 419 | | | 7600 | 1.00 | 1/4/92 | 1.00 | Cons. | | | 1.00 | |
| 34 | 7684 | Cy. Ord. | 12/13/86 | City of Wichita | Kan.Mid. Ry.Co. | | | 12/13/86 | | 1200 | | 12/13/86 | | | | | | |
| 35 | 7684 | Cy. Ord. | 12/13/86 | City of Wichita | Kan.Mid. Ry.Co. | | | 12/13/86 | | 1200 | | 12/13/86 | | | | | | |

INSTRUCTIONS TO COMPILERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

DOJ 000018

I. C. C. Form No. 107
Owner: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No. 2-Kans.
From 22312/98 to 26882/80

Supplied by Carrier
INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 70 of 126 sheets
Map No. 8-22-C
Date compiled June 30, 1918
Compiled by G. H. Kelley
Correct: [signature] Valuation Engineer

| Parcel No. (1) | Conveyance No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded Book (7) | Page (8) | Date (9) | Area Acres (10) | Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | Actual Consideration (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 9792A | Cond. | 1/4/92 | Unknown | St. L. W. & W. Ry. Co. | A | 419 | | | 12000 | $1.00 | 1/4/92 | 1.00 | Cond. | | | 1.00 | |
| 37 | 9792A | Cond. | 1/4/92 | Unknown | St. L. W. & W. Ry. Co. | A | 419 | | | 570 | 1.00 | 1/4/92 | 1.00 | Cond. | | | 1.00 | |
| 38 | 9792A | Cond. | 1/4/92 | Unknown | St. L. W. & W. Ry. Co. | A | 419 | | | 11500 | 1.00 | 1/4/92 | 1.00 | Cond. | | | 1.00 | |
| 39 | 9792A | Cond. | 1/4/92 | Unknown | St. L. W. & W. Ry. Co. | A | 419 | | | 6900 | 1.00 | 1/4/92 | 1.00 | Cond. | | | 1.00 | |
| 40 | 9792B | Court Decree | 10/23/88 | James Gillion | St. L. S. W. Ry. Co. | | | | | 10706 | 400.00 | 10/23/88 | 400.00<br>0.70 | Cond.<br>Costs in case | | | 400.70 | |
| 41 | 9792C | W. D. | 6/25/80 | Angie A. Miller & J. A. Miller her husband | St. L. W. & W. Ry. Co. | T | 366 | 6/25/80 | | 2500 | 220.00 | 6/25/80 | 220.00 | Cond. | | | 220.00 | |

DOJ 000019

I. C. C. Form No. 107

Carrier: St. Louis-San Francisco Ry. Co.
Operating Company: St. Louis-San Francisco Ry. Co.
Division: Northern
State: Kans. County: Sedgwick
Valuation Section No. 2-Kans.
Form 22311/98. ... 26882/80.

Prescribed by Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 77 of 125 sheets (this form)
Map No. S-22-C
Date compiled June 30, 1918
Compiled by G. H. Kelley
Correct: [signature] Valuation Engineer.

| Parcel No. | Instrument No. | Kind of Instrument | Date of Instrument | Grantor | Grantee | Recorded: Book | Page | Date | Area: Acres | Square Feet | Consideration | Date of Dedication to Public Use | Cost of Parcel When Originally Acquired: Amount | Character of Expenditure | If Portion of Parcel Has Been Sold: Date of Sale | Actual Consideration Received | Cost at Date of Dedication of Parcel as Now Owned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 9702 | Cond. | 12/10/79 | Cornelia R. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 64000 | $150.00 | 12/10/79 | | | | | | For costs see Par. 9 Map 1. Orig. Par. covers 64000 sq. ft. this Par. 35800 sq. ft. Par. 43 this Map and 19700 sq. ft. Par. 44 this Map. |
| 43 | 9792 | Cond. | 12/10/79 | Cornelia R. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 35800 | Inc. in Par. 42 Map S-22-C | 12/10/79 | | | | | | For costs see Par. 9 Map 1 this Sec. |
| 44 | 9792 | Cond. | 12/10/79 | Cornelia R. Sanders | St. L. W. & W. Ry. Co. | U | 260 | 12/20/79 | | 19700 | Inc. in Par. 42 Map S-22-C | 12/10/79 | | | | | | For costs see Par. 9 Map 1 this Sec. |
| 46 | 9792A | Cond. | 1/4/92 | Unknown | St. L. W. & W. Ry. Co. | A | 419 | | | 12050 | 1.00 | 1/4/92 | 1.00 | Cons. | | | | |
| | 2466 | W. D. | 7/31/03 | W. B. Jones & wife | SL & SF R. R. Co. | 193 | 418 | 8/3/03 | | | 200.00 | | 200.00<br>6.25 | Cons.<br>Costs | | | 207.25 | |

INSTRUCTIONS AS TO ENTRIES.—All data to be typewritten, using black record ribbon and carbon paper beneath, with copies face next to back of sheet.

DOJ 000020