# EXHIBITS C, D-1 and D-2

EXHIBIT

C

BEFORE THE

SURFACE TRANSPORTATION BOARD

In the Matter of The Burlington Northern and Santa Fe Railway Company Notice of Exemption to Abandon Its Line of Railroad Between M.P. 494.22 and 505.20 in and near Wichita and M.P. 515.23 and M.P. 509.30 between Wichita and Valley Center, Sedgwick County, Kansas

Docket No. AB-6
(Sub No. 403X)

## HISTORICAL REPORT

The following is submitted to the Surface Transportation Board by The Burlington Northern and Santa Fe Railway Company (BNSF) in accordance with the Board's reporting requirements set forth in 49 C.F.R. § 1105.8 for the purpose of assisting the Board's environmental and historical assessment regarding BNSF's Notice of Exemption to abandon its line of railroad between M.P. 494.22 and M.P. 505.20 all in or near Wichita, Kansas and additionally between Wichita M.P. 509.30 and Valley Center M.P. 515.23 Kansas, a total distance of 16.91 miles.

(1) A U.S.G.S. topographic map (or alternate map drawn to scale and sufficiently detailed to show buildings and other structures in the vicinity of the proposed action) showing the location of the proposed action, and the locations and approximate dimensions of the railroad structures that are 50 years old or older and are part of the proposed action;

One copy of a U.S.G.S. Topographical map has been provided to the Kansas Historical Society and one copy is being provided to the Surface Transportation Board's Section of the Environmental Analysis upon filing of this Report.

(2) A written description of the right-of-way (including approximate widths, to the extent known) and the topography and urban and/or rural characteristics of the surrounding area:

The 10.98 mile Wichita, KS Trackage is located in Sedgwick county, Kansas and the right of way goes from rural/suburban characteristics near the Sedgwick/Butler county line to the downtown area of Wichita, KS, a major Midwestern city. Wichita, Kansas has a population of 344,284 as listed in the 2002 Rand McNally atlas. The corridor is 100 feet wide with minimal station property and the right of way and adjacent property is generally flat.

The 5.93 Wichita to Valley center, KS line is located in Sedgwick county Kansas and the right of way is generally suburban/rural in nature. Valley Center has a population of 4,883 as listed in the 2002 Rand McNally atlas. This corridor is also 100 feet wide with minimal station property and the adjacent real estate is generally flat.

(3) Good quality photographs (actual photographic prints, not photocopies) or railroad structures on the property that are 50 years old or older and of the immediately surrounding area;

There no structures along the proposed abandonment that are 50 years old or older other than two bridges. Photographs of the bridges are attached in exhibit O.

(4) The date(s) of construction of the structures, and the date(s) and extent of any major alterations, to the extent such information is known;

Bridge 509.3 and bridge 509.4 were built in 1952. Bridge 503.91 and bridge 503.96 were built in 1977.

(5) A brief narrative history of carrier operations in the area, and an explanation of what, if any, changes are contemplated as a result of the proposed action:

The right of way of the Wichita, KS Trackage as well as the right of way of the Wichita to Valley Center, KS line was acquired by the St Louis Wichita and Western Railway Company and the Kansas Midland Railway Company, both predecessors in

interest to the St Louis-San Francisco Railway Company (SLSF) from 1879 to 1887. SLSF merged into the Burlington Northern Railroad Company (BN) in 1980. BN and The Atchison Topeka and Santa Fe Railway Company merged in 1995 to become The Burlington Northern and Santa Fe Railway Company (BNSF).

The Wichita, KS Trackage and the Wichita to Valley Center, KS line have both been out of service for several years.

(6) A brief summary of documents in the carrier's possession, such as engineering drawings, that might be useful in documenting a structure that is to be historic;

Documents in BNSF's possession concerning this abandonment may include alignment maps showing the right-of-way and/or station maps. Such documents are too large for practical reproduction in this report, but can be furnished upon request, if they are available.

(7) An opinion (based on readily available information in the railroad's possession) as to whether the site and/or structures meet the criteria for listing on the National Register of Historic Places (36 C.F.R. § 60.4), and whether there is a likelihood of archaeological resources or any other previously unknown historic properties in the project area, and the basis for these opinions (including any consultations with the State Historic Preservation Office, local historical societies or universities);

The Kansas State Historical Society states the proposed abandonment should have no affect of property listed on the National Register of Historical Places otherwise identified in their files as having historical significance. See Exhibit P, letter from the Kansas State Historical Society.

(8) A description (based on readily available information in the railroad's possession) of any known prior subsurface ground disturbance or fill, environmental conditions (naturally occurring or manmade) that might affect the archaeological recovery of resources (such as swampy conditions or the presence of toxic wastes), and the surrounding terrain.

BNSF is not aware of any known prior subsurface ground disturbance or fill or any other environmental conditions (naturally occurring or man-made) that might affect the recovery of archaeological resources.

Respectfully submitted,

Michael Smith
Freeborn & Peters
311 S. Wacker Dr. Suite 3000
Chicago, Illinois 60606-6677
Phone: (312) 360-6724
Fax: (312) 360-6598

Date: March 3, 2003

Westlaw.

Not Reported in
2005 WL 1103432 (S.T.B.)
**(Cite as: 2005 WL 1103432 (S.T.B.))**



EXHIBIT
tabbies
D- 1

**H**

Surface Transportation Board (S.T.B.)

BNSF RAILWAY COMPANY--ABANDONMENT EXEMPTION--IN SEDGWICK COUNTY, KS [FN1]

Decided: May 9, 2005

Service Date: May 10, 2005

SURFACE TRANSPORTATION BOARD DECISION AND AMENDED NOTICE OF INTERIM TRAIL USE OR ABANDONMENT
STB Docket No. AB-6 (Sub-No. 403X)

By the Board, David M. Konschnik, Director, Office of Proceedings.

***1** The Burlington Northern and Santa Fe Railway Company, now BNSF Railway Company (BNSF), filed a notice of exemption under 49 CFR 1152 Subpart F-- Exempt Abandonments to abandon its line of railroad, between milepost 494.22 and milepost 505.20 in and near Wichita, KS, and from milepost 515.23 to milepost 509.30 between Wichita and Valley Center, in Sedgwick County, KS, a total distance of 16.91 miles. Notice of the exemption was served and published in the Federal Register on March 24, 2003 (68 FR 14272).

By decision and notice of interim trail use or abandonment (NITU) served on April 22, 2003 (April 2003 decision), the proceeding was reopened and a 180-day period was authorized for the City of Wichita (the City) to negotiate an interim trail use/rail banking agreement with BNSF for a 9.78-mile segment of the right-of-way extending from milepost 494.22 at the Butler County/Sedgwick County line, westward to milepost 504.00 near Hydraulic Street, in downtown Wichita. [FN2] The negotiating period was extended by decisions served on October 2, 2003, March 29, 2004 (March 2004 decision), [FN3] and October 7, 2004 (October 2004 decision). [FN4]

By letter filed on April 11, 2005, BNSF notified the Board that BNSF and the City have entered into an interim trail use/rail banking agreement dated March 24, 2005, for the portion of the line between milepost 494.22 and milepost 504.05. BNSF states that the agreement covers an additional 0.05 miles and requests modification of the NITU issued in the Board's April 2003 decision to reflect that the NITU covers the portion of the line between milepost 494.22 and milepost 504.05. On April 13, 2005, the City requested that the Board allow it to extend its statement of willingness to assume financial responsibility to include the additional segment. The City has submitted a statement of willingness to assume financial responsibility for the management of, for any legal liability arising out of the transfer or use of (unless the user is immune from liability, in which case it need only indemnify the railroad against any potential liability), and for payment of any and all taxes that may be levied or assessed against, the right-of-way, as required at 49 CFR 1152.29, and has acknowledged that the use of the right-of-way for trail purposes is subject to future reconstruction and reactivation for rail service. The City's request complies with the requirements of 49 CFR 1152.29 and the parties have entered into a trail use agreement for the portion of the line from milepost 494.22 to milepost 504.05. Accordingly, the request that the City be allowed to modify the NITU served on April 22, 2003, to include the portion of the line from milepost 504.00 to milepost 504.05 will be granted.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

This decision will not significantly affect either the quality of the human environment or the conservation of energy resources.

It is ordered:

***2** 1. BNSF's request to modify the NITU is granted.

2. The City's request that it be allowed to extend its statement of willingness to assume financial responsibility for the portion of the line from milepost 504.00 to milepost 504.05 is granted.

3. The NITU served in this proceeding on April 22, 2003, is amended to the extent necessary to implement interim trail use/rail banking for that portion of the right-of-way from milepost 504.00 to milepost 504.05.

4. This decision is effective on its service date.

Vernon A. Williams

Secretary

FN1. Effective January 20, 2005, The Burlington Northern and Santa Fe Railway Company changed its name to BNSF Railway Company.

FN2. The April 2003 decision also imposed several environmental conditions.

FN3. In the March 2004 decision, the consummation notice filing deadline was extended until December 31, 2004. By decision served on December 30, 2004, the deadline for BNSF to file its notice of consummation was further extended up to and including December 31, 2005.

FN4. The October 2004 decision extended the interim trail use negotiating period for the 9.78-mile segment until April 11, 2005.

2005 WL 1103432 (S.T.B.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT
tabbies'
D - 2

H

SURFACE TRANSPORTATION BOARD (S.T.B.)

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY--ABANDONMENT EXEMPTION--IN SEDGWICK COUNTY, KS

Served Date: March 28, 2003

SURFACE TRANSPORTATION BOARD
ENVIRONMENTAL ASSESSMENT
STB DOCKET NO. AB-6 (Sub-No. 403X)

By the Board, Victoria Rutson, Chief, Section of Environmental Analysis.

**BACKGROUND**

***1** In this proceeding, the Burlington Northern and Santa Fe Railway Company (BNSF or applicant) filed a notice of exemption under 49 CFR 1152.50 seeking exemption from the requirements of 49 U.S.C. 10903 for BNSF to abandon a line of railroad in Sedgwick County, Kansas (KS). The rail line proposed for abandonment is located between Milepost 494.22 and 505.20 in and near Wichita, and between Milepost 515.23 and Milepost 509.30 between Wichita and Valley Center, Sedgwick County, KS. The total distance is 16.91 miles. A map depicting the rail line in relationship to the area served is appended to this report. If the notice becomes effective, BNSF would be able to salvage track, ties and other railroad appurtenances.

**DESCRIPTION OF THE LINE**

The rail line is located in Sedgwick County, KS. According to BNSF, there has been no originating or terminating rail traffic on the subject line for the past two years. BNSF has also stated that there is no overhead rail traffic on the line.

The rail line is in and near Wichita and Valley Center, KS, which have populations of approximately 344,000 and 4,900, respectively. Land use in the vicinity of the right-of-way (ROW) is largely rural and suburban. There are 34 public crossings and eight private crossings along the ROW.

The width of the ROW is typically 100 feet. The ROW was originally acquired from 1879 to 1887 by the St. Louis Wichita and Western Railway Company and the Kansas Midland Railway Company, both predecessors of the St Louis-San Francisco Railway Company (SLSF). SLSF merged into the Burlington Northern Railroad Company (BN) in 1980. BN and the Atchison Topeka and Santa Fe Railway Company merged in 1995 to become BNSF.

According to BNSF, Bridge 509.3 and Bridge 509.4 are the only structures on the rail line that are 50 years of age or older. Both bridges were constructed in 1952.

**ENVIRONMENTAL REVIEW**

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The applicant submitted environmental and historical reports that indicate that the quality of the human environment would not be affected significantly as a result of the abandonment or any post-abandonment activities. The applicant served these reports on a number of appropriate Federal, state, and local agencies as required by the Surface Transportation Board's (Board) environmental rules [49 CFR 1105.7(b)]. We have reviewed and investigated the record in this proceeding.

The U.S. Department of Agriculture, Natural Resources Conservation Service (formerly the Soil Conservation Service) has stated that the proposed abandonment should have no effect on prime farmland.

The U.S. Army Corps of Engineers - Kansas City District concluded that the proposed abandonment would not involve the discharge of dredged or fill material in waters of the United States, including wetlands. Therefore, a Department of the Army permit under Section 404 of the Clean Water Act (33 U.S.C. 1344) would not be required.

*2 Upon review of the proposed abandonment, the U.S. Fish and Wildlife Service - Kansas Field Office (USFWS) determined that there are several Federally-listed threatened or endangered species that may occur in the vicinity of the Arkansas River, which is near the subject rail line. However, the USFWS concluded that the proposed abandonment should not adversely impact fish and wildlife resources including threatened and endangered species.

The Kansas Department of Wildlife and Parks (KDWP) concluded that the proposed abandonment should not impact crucial wildlife habitats, current state-listed threatened and endangered species, species in need of conservation, or KDWP-managed public recreation areas, as long as the abandonment activities are restricted to the rail line ROW. KDWP recommended reseeding any vegetation impacted by abandonment activities to native grasses and forbs; and implementing erosion control measures, as needed. Therefore, we recommend a condition to address these KDWP concerns.

The U.S. Department of Interior, Bureau Land Management - Moore Field Station (BLM) stated that are no BLM-managed public lands in the vicinity of the proposed abandonment.

The Kansas Department of Health and Environment - Bureau of Water (KDHE) stated that if abandonment activities are expected to disturb one or more acres of soil surface, then the applicant must submit a Notice of Intent for a construction stormwater discharge under Section 402 of the Clean Water Act. KDHE noted that it requires all removed railroad ties to be disposed of at a permitted Solid Waste Landfill unless the applicant can demonstrate that the ties would be reused within a reasonable time frame. Additionally, KDHE noted that a water pollution control plan should be prepared by the applicant to address any potential water quality problems. Therefore, we recommend a condition to address KDHE's concerns.

The applicant stated that there are no known hazardous waste sites or hazardous material spill sites on the subject ROW.

The Kansas Department of Agriculture - Division of Water Resources (KDA) noted that a state permit would be required if the proposed abandonment would involve construction of a dam, or in any way change or diminish the course, current or cross section of a stream or watercourse in the state. Therefore, we recommend a condition to address KDA's concern.

The City of Wichita Department of Public Works stated that the proposed abandonment should not impact the 100-year floodplain.

In response to the applicant's environmental report, the Wichita-Sedgwick Metropolitan Area Planning Department (MAPD) found that the proposed abandonment is consistent with the local land use plan. MAPD noted that a portion

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

of the ROW is designated as part of a proposed "greenway" and interim trail use may be of interest.

Because traffic has not moved on the subject rail line for the past 2 years, the proposed abandonment would not be expected to impact the development, use and transportation of energy resources or recyclable commodities, or result in the diversion of rail traffic to truck traffic that could result in impacts to air quality or the local transportation network.

*3 The Kansas State Historical Society (the State Historic Preservation Office or SHPO) has concluded that the proposed abandonment should not affect any property listed on the National Register of Historic Places or otherwise identified in its files as having historical significance. The MAPD historic preservation officer and the City of Wichita archeologist also identified no historic or archeological sites on or adjacent to subject ROW.

**CONDITIONS**

We recommend that the following environmental conditions be placed on any decision granting abandonment authority:

2. Once abandonment plans are finalized and prior to the commencement of abandonment activities, the applicant shall consult with the Kansas Department of Health and Environment - Bureau of Water on the need to file a Notice of Intent for a stormwater discharge under Section 402 of the Clean Water Act; the disposal requirements for any removed railroad ties; and the need to prepare and submit a water pollution control plan. The results of this consultation shall be reported to the Board.

2. Once abandonment plans are finalized and prior to the commencement of abandonment activities, the applicant shall consult with the Kansas Department of Agriculture - Division of Water Resources on the need for a state permit for activities within a stream or watercourse. The results of this consultation shall be reported to the Board.

3. To address concerns raised by the Kansas Department of Wildlife and Parks, the applicant shall reseed any vegetation impacted by abandonment activities with native grasses and forbs, and implement erosion control measures, as needed.

**CONCLUSIONS**

Based on the information provided from all sources to date, we conclude that, as currently proposed, abandonment of the line would not significantly affect the quality of the human environment. Therefore, the environmental impact statement process is unnecessary.

Alternatives to the proposed abandonment would include denial (and, therefore, no change in operations), discontinuance of service without abandonment and continued operation by another operator. In any of these cases, the existing quality of the human environment and energy consumption should not be affected.

**PUBLIC USE**

If abandonment and salvage of the rail line does take place, the ROW may be suitable for other public use. A request containing the requisite four-part showing for imposition of a public use condition (49 CFR 1152.28) must be filed with the Surface Transportation Board and served on the railroad within the time specified in the Federal Register notice.

**TRAILS USE**

A request for a notice of interim trail use (NITU) is due to the Surface Transportation Board, with a copy to the railroad, within 20 days of publication of the notice of exemption in the Federal Register. However, the Board will accept late-filed requests as long as it retains jurisdiction to do so. This request must comply with the Board's rules for use of

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

ROWs as trails (49 CFR 1152.29).

**PUBLIC ASSISTANCE**

*4 The Board's Office of Public Services (OPS) responds to questions regarding interim trail use, public use, and other reuse alternatives. You may contact OPS directly at 202-565-1592 or mail inquiries to the Surface Transportation Board, Office of Public Services, Washington, DC 20423.

**ENVIRONMENTAL COMMENTS**

If you wish to file comments regarding this environmental assessment, send an **original and two copies** to Surface Transportation Board, Case Control Unit, Washington, DC 20423, to the attention of David Navecky, who prepared this environmental assessment. Please refer to STB Docket No. AB-6 (Sub-No. 403X) in all correspondence addressed to the Board. Questions regarding this environmental assessment should be referred to David Navecky at 202-565-1593 (naveckyd@stb.dot.gov).

Date made available to the public: March 28, 2003.

Comment due date: **April 11, 2003.**

Vernon A. Williams

Secretary

Attachment

TABULAR OR GRAPHIC MATERIAL SET FORTH AT THIS POINT IS NOT DISPLAYABLE

2003 WL 1605972 (S.T.B.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.