# EXHIBIT E

EXHIBIT
E

# S.W. ¼ SEC. 15, TWP. 27, R. 1 E.

WI 60




THIS SHEET PREPARED UNDER SUPERVISION OF
SEDGWICK COUNTY CLERK


S.E. ¼ SEC. 15, TWP. 27, R.1 E.
WI 59
NINTH (FRISCO AVE.) ST. N.
KAUFMAN BEARD'S
DIEDRICHS SUB. ADD.
MOSSMAN (IRVING) AVE.
ALICE'S SUB.
CASWELL'S SUB.
8TH (GRANDVIEW) ST. N.
C.P. FOWLER'S
ORCHARD ADD.
ST. LOUIS & SAN FRANCISCO
MURDOCK
MURDOCK (OAK) AVE.
ELM (FIFTH) ST. N.
ELM ST.
GROVE
POPLAR
GREEN
ESTELLE
VOLUTSIA
ERIE
CHAUTAUQUA
LORRAINE
HILLSIDE
(STITES)
(MONA)
(ALICE)
(MABEL)
(ABBIE)
(FRANKFORT)
(DAYTON)
(MOSER)
CENTRAL AVE.
HODSON'S ADD.
SEDGWICK COUNTY CLERK


S.W.¼ SEC. 14. TWP.27.R.1 E.
W1
56
NINTH ST.
(FRISCO AVE)
BUDETTI ADD.
FRISCO
HEIGHTS
MOSSMAN AVE.
COUNTRY CLUB ADD.
COUNTRY CLUB PLACE.
(GRANDVIEW AVE)
(EIGHTH ST.)
LANCASTER ADD
HOLYOKE
SUNRISE
(BRYANT)
COUNTRY CLUB
WICHITA COUNTRY CLUB PROPERTY.
MACDONALD PARK
ORCHARD
PARK ADD.
WESLEY MEDICAL CENTER 5TH ADDITION
VASSAR
PLACE ADD.
MURDOCK
(HIGHLAND)
AVE.
MURDOCK AVE.
WESLEY MEDICAL CENTER 3RD ADDITION
WESLEY MEDICAL CENTER 4TH ADD.
GRANDVIEW
(COWPER)
SLEEPY HOLLOW DRIVE PARKWAY
SLEEPY HOLLOW
PINE (PLUM) AVE.
TERRACE ADD.
WESLEY MEDICAL CENTER ADDITION
ELM ST.
NORTHEAST PARKWAY
CITY PARK
WICKERSHAM
(EMERSON)
EDGEMONT PLACE
(MACOMB AVE.)
(COOK)
WESLEY MEDICAL CENTER 2
2ND ADD.
RUTAN
WOODFORD'S REPLAT
YALE
ROOSEVELT
BLUFF
HILLSIDE
CENTRAL
AVE.
SEDGWICK COUNTY CLERK


3


N.W. ¼ SEC. 14. TWP. 27, R.1 E.
WI
54
THIRTEENTH
ST.
HOLYOKE AVE.
FAIRMOUNT AVE.
VASSAR AVE.
YALE
12TH
ST.
WORLD
IMPACT
ADD.
MAPLE GROVE
CEMETERY
C-11122
ST. LOUIS & SAN FRANCISCO R.R.
FRISCO
(DICKENS)
AVE.
COUNTRY CLUB
MacDONALD PARK
2ND ADD.
WICHITA HEIGHTS
10TH
BAIRDS
ADD.
ONEIDA
AVE.
(COWPER)
MONTGOMERY
CLIFTON
SUB DIV.
ROOSEVELT
HILLSIDE
9TH
(FRISCO)
ST.
SEDGWICK COUNTY CLERK


S.W.¼ SEC. 11, TWP.27, R.1 E.
WI 44
SEVENTEENTH
SIXTEENTH
FIFTEENTH
FOURTEENTH
THIRTEENTH
FAIRMOUNT
C-11107
PARK
GORDON
HARVARD
TROMBOLD ADD.
GENTRY
DRIVE
HILLSIDE
HOLYOKE
FAIRMOUNT
VASSAR
YALE
MATLOCK
LAVON
PART OF FAIRMOUNT PARK
THIS SHEET PREPARED UNDER SUPERVISION OF
SEDGWICK COUNTY CLERK


S.E.¼ SEC. 11, TWP.27, R.1 E.
WI 43
17TH ST. NORTH
RESERVE D
RESERVE E
CARTER ELEMENTARY SCHOOL 4640 EAST 15th ST.
UNIVERSITY
PARK ADD.
UNIVERSITY PARK ADD.
KEN-MAR ADD.
KEN-MAR 2ND. ADD.
RESERVE A
RESERVE B
RESERVE C
16TH ST.
15th ST.
14TH ST.
13TH ST.
BRAINARD DRIVE
BELMONT AVE.
LANE
SHOCKERS
REGENTS
DRIVE
FOUNTAIN AVE.
BLUFF AVE.
BROADVIEW
BELMONT
KENMAR DRIVE
TERRACE DRIVE
PERSHING AVE.
DELLROSE AVE.
OLIVER AVE.
VESTA COURT
VESTA DR.
THIS SHEET PREPARED UNDER SUPERVISION OF SEDGWICK COUNTY CLERK


S.W.¼ SEC. 12. TWP. 27. R. 1 E.
WI 46
R.O.W. ST. L. & S.F. R.R.
KENSINGTON AVE.
CRESTVIEW
DRIVE
FARMVIEW LANE
GREENFIELD
FAIRFIELD
MEADOW LANE
SPRING
13TH ST.
14TH ST.
OLD MANOR ROAD
NORTHEAST BOULEVARD
NORTHEAST PARKWAY
FLOBERTA
SUNSET
SHADOWLAWN
LAKESIDE
HAWES
HUTTON
OLIVER
COLLEGE COURT
REPLAT OF SPRING ACRES
THIS SHEET PREPARED UNDER SUPERVISION OF
SEDGWICK COUNTY CLERK


S.E. ¼ SEC. 12. TWP. 27. R. I E.
WI 47
25' Easement to City of Wichita
ST. LOUIS & SAN FRANCISCO R.R.
FARMVIEW LANE
FAIRFIELD LANE
WILLOW LANE
SIEFKIN LANE
SPRING LANE
HOMESTEAD LANE
WOODLAWN AVE.
13TH ST.
REPLAT OF SPRING ACRES
THIS SHEET PREPARED UNDER SUPERVISION OF
SEDGWICK COUNTY CLERK


S.W. ¼ SEC. 7. TWP. 27 R. 2 E.
MI 28
FARMVIEW
LANE
FARMVIEW LANE
McEWEN
ROCKHURST
16TH. ST.
7TH. ADD.
ABERDEEN
ARMOUR
GLASGOW
McEWEN
9TH
CULEN ST.
ADDITION
PLACE
EASEMENT
LAWRENCE
ABERDEEN ST
FOURTH ADD.
LAWRENCE LA. CT.
15 TH
ABBOTSFORD
FIFTH ADD.
LAWRENCE LANE CT.
STRATFORD
THIRD ADD.
14 TH
14TH ST.
SECOND ADD.
HIGHLAND HOUSE
ADDITION
BROOKFIELD LANE
STRATFORD
LANE
DRAINAGE
LAWRENCE LANE
TIMBERON LANE
STONEGATE LANE
ADDITION
GOVERNEOUR ROAD
WOODLAWN
BLVD. (63 RD. ST. EAST)
13TH
ST.
THIS SHEET PREPARED UNDER SUPERVISION OF
SEDGWICK COUNTY CLERK

9


S.E. ¼ SEC. 7 TWP. 27 R. 2E.
MI 27
S. L. & S. F. R.R.
COLEMAN
SCHOOL
ADD.
C. C. R.
3RD
ADD.
SECURITY STORAGE PROPERTIES ADD.
C-295-UP
BROWNIES ADD.
IST.
SOUTHWESTERN BELL TELEPHONE COMPANY ADDITION
RUBY J. 3RD. ADD.
LEISURE LIVING VENTURES IST. ADD.
THE HERITAGE ADD.
C-296-UP
GOVERNEOUR ROAD
ROCK RD.
(79TH. ST.)
13TH. ST.
THIS SHEET PREPARED UNDER SUPERVISION OF SEDGWICK COUNTY CLERK


10


S.W. ¼ SEC. 8. TWP. 27 R. 2E.
MI 32
79 TH. ST. EAST
ROCK RD
13TH ST
C-382-UP
C-383-UP
C-384-UP
660'
660'
580.34'
426.75'
279.75'
580.34'
THIS SHEET PREPARED UNDER SUPERVISION OF
SEDGWICK COUNTY CLERK


S.E. ¼ SEC. 8. TWP. 27 R. 2 E.
MI 31
ST. LOUIS AND SAN FRANCISCO RAILROAD
SUMMERFIELD
CRESTWOOD
CRESTWOOD CT.
GATEWOOD
GATEWOOD CT.
CYPRESS
LINDEN CT.
LINDEN CL.
LINDEN
COUNTRY PLACE GREENS ADD.
FOLIAGE SECOND ADDITION
FOLIAGE 3RD. ADD.
FOLIAGE DRIVE
BARRIER COVE
LAUREL COVE
BUCKCROSS COVE
RESERVE B
C-380-UP
C-379-UP
C-381-UP
ST. EAST (95TH)
WEBB RD.
13 TH ST
SEDGWICK COUNTY CLERK


S.W. 1/4 SEC. 9. TWP. 27 R. 2E.
MI 36
S. L. & S. F. R. R.
THE WATERFRONT 4TH ADD.
RESERVE "E"
THE WATERFRONT
WATERFRONT PARKWAY
THE WATERFRONT ADD.
3RD ADD.
RESERVE "E"
RESERVE "D"
RESERVE "C"
C-652-IUP
THE WATERFRONT 2ND ADD.
THE WATERFRONT 5TH ADD.
FLOODWAY EASEMENT
WEBB RD. (95 TH ST. EAST)
E. 13TH STREET N.
SEDGWICK COUNTY CLERK


13


S.E. ¼ SEC. 9. TWP. 27 R. 2E.
MI 35
S.L. & R.R.
MI-49-2A
MI-49-2
MI-49-3
MI-49-4
C-653-UP
MI-50
MI-49
MI-49-1A
C-495-UP
HOME BANK & TRUST COMPANY ADD.
EAST 111TH ST
GREENWICH RD.
13TH ST
SEDGWICK COUNTY CLERK


14


S.W. ¼ SEC. 10. TWP. 27 R. 2E.
MI 40
BURLINGTON NORTHERN RAILROAD (S.L. & S.F)
MI-57
SUMMERFIELD
CHAPEL HILL
BEDFORD
CRESTWOOD
CHAPEL HILL 2ND ADDITION
JOHN SEDGWICK EXPRESSWAY
33.697 Ac.±
COND. CASE 88 C 31
DILLON 12TH. ADD.
GREENWICH RD.
13TH ST.
SEDGWICK COUNTY CLERK

 15

# S.E. ¼ SEC. 10. TWP. 27 R. 2E.




S. W. 1/4 SEC. 11, TWP. 27S., R. 2E.
MI 44
S. L. & S. F. R. R.
ROCKY CREEK PARKWAY
TALLOWOOD DRIVE
ROCKY CREEK ROAD CT.
ROCKY CREEK ROAD
TALLOWOOD
CASTLEWOOD
CASTLEWOOD CIR.
CRESTWOOD
EDGEWOOD
GLEN WOOD
BIRCHWOOD
KRUG
KRUG CT.
FLOODWAY
ROCKY CREEK SECOND ADD.
ROCKY CREEK 3RD ADD.
THIS SHEET PREPARED UNDER SUPERVISION OF
JAMES ALFORD, SEDGWICK COUNTY CLERK


S.E. ¼ SEC.11. TWP. 27 R. 2E.
MI 43
B N & S. F. R.R.
MI60*1A
MI60*1A*1
SAVANNA AT CASTLE ROCK RANCH
SAVANNA AT CASTLE ROCK RANCH 10TH ADD
CASTLEWOOD CIR.
ROCK RANCH 6TH ADDITION
SUNDANCE
SAVANNA AT CASTLE ROCK RANCH 4TH ADDITION
SPORT OF KINGS
CASTLE ROCK
SAVANNA AT CASTLE ROCK RANCH 4TH ADD
SAVANNA AT CASTLE ROCK RANCH ADDITION
SEDGWICK COUNTY CLERK


S.W. 1/4 SEC. 12 TWP. 27 R. 2 E.
S.L. & S.F. R.R.
SUMMERFIELD
STAGECOACH CT.
STAGECOACH
SUNDANCE
SUNDANCE COURT
SAGEBRUSH
RESERVE
SAVANNA AT CASTLE ROCK RANCH
SAVANNA AT CASTLE ROCK RANCH 9TH ADD.
SAVANNA AT CASTLE ROCK RANCH 7TH
SAVANNA AT CASTLE ROCK RANCH 2ND. ADD.
SAVANNA AT CASTLE ROCK RANCH 3RD. ADD.
SPORT OF KINGS
SPORT OF KINGS CT.
SANDPIPER
FREEDOM ROAD
FREEDOM ROAD CT.
FLOODWAY
5TH.
143RD. ST. EAST
13TH. ST. NORTH
MI-68-IE
MI-68-1 & MI-68-1B
MI-68-1D
SEDGWICK COUNTY CLERK


S.E. ¼ SEC.12. TWP. 27 R. 2E.
MI 47
S. L. & S. F. R. R.
MI-65
MI-66
MI-66-1
13TH ST.
159 TH STREET EAST
SEDGWICK COUNTY CLERK


20