# EXHIBIT F

EXHIBIT
F

# Burlington Northern Santa Fe Corridor Analysis

Prepared for the City of Wichita

CITY OF WICHITA

by

**Baughman Company, P.A.**

BAUGHMAN COMPANY, P.A.

with assistance by

**Metropolitan Area Planning Department**

**Public Works Department**

**Wichita Water and Sewer Department**

**Wichita Park and Recreation Department**

**Sedgwick County GIS Department**

January 16, 2002




FIGURE 3.1
BURLINGTON NORTHERN SANTA FE RAIL CORRIDOR ANALYSIS


INTRODUCTION
13TH ST. N.
MACDONALD PARK
MAPLE GROVE CEMETERY
SLEEPY HOLLOW PARK
WESLEY MEDICAL CENTER
HILLSIDE AVE.
HIGHLAND CEMETERY
CENTRAL AVE.
GROVE ST.
9TH ST. N.
SPRUCE PARK
KU MEDICAL CENTER/ COUNTY HEALTH DEPT.
MURDOCK PARK
I-135 HIGHWAY
AGRICULTURAL
SUBURBAN RESIDENTIAL
URBAN RESIDENTIAL
MOD. DENSITY RESIDENTIAL
HIGH DENSITY RESIDENTIAL
COMMERCIAL
PUBLIC/INSTITUTIONAL
PARKS/OPEN SPACE
OFFICE
INDUSTRIAL
UTILITIES/TRANSPORTATION
VACANT
FIGURE 3.2
BURLINGTON NORTHERN SANTA FE RAIL CORRIDOR ANALYSIS
BAUGHMAN COMPANY P.A.
ENGINEERING, SURVEYING, & PLANNING
Burlington Northern Santa Fe Corridor Analysis


WOODLAWN AVE.
21ST ST. N.
REDBUD PARK
WHITE CHAPEL MEMORIAL GARDENS CEMETERY
WICHITA HEBREW CEMETERY
OLIVER ST.
WICHITA STATE UNIVERSTIY
17TH ST. N.
FAIRMONT PARK
LAMBE PARK
13TH ST. N.
AGRICULTURAL
SUBURBAN RESIDENTIAL
URBAN RESIDENTIAL
MOD. DENSITY RESIDENTIAL
HIGH DENSITY RESIDENTIAL
COMMERCIAL
PUBLIC/INSTITUTIONAL
PARKS/OPEN SPACE
OFFICE
INDUSTRIAL
UTILITIES/TRANSPORTATION
VACANT
FIGURE 3.3
BURLINGTON NORTHERN SANTA FE RAIL CORRIDOR ANALYSIS
BAUGHMAN COMPANY P.A.
ENGINEERING, SURVEYING, & PLANNING
Burlington Northern Santa Fe Corridor Analysis


INTRODUCTION
WEBB RD.
21ST ST. N.
ROCK RD.
WOODLAWN AVE.
13TH ST. N.
BRADLEY FAIR
BRITTANY CENTER
KGE SUBSTATION
COLEMAN MIDDLE SCHOOL
EASTVIEW PARK
AGRICULTURAL
SUBURBAN RESIDENTIAL
URBAN RESIDENTIAL
MOD. DENSITY RESIDENTIAL
HIGH DENSITY RESIDENTIAL
COMMERCIAL
PUBLIC/INSTITUTIONAL
PARKS/OPEN SPACE
OFFICE
INDUSTRIAL
UTILITIES/TRANSPORTATION
VACANT
FIGURE 3.4
BURLINGTON NORTHERN SANTA FE
RAIL CORRIDOR ANALYSIS
BAUGHMAN COMPANY P.A.
ENGINEERING, SURVEYING, & PLANNING
Burlington Northern Santa Fe Corridor Analysis


127TH ST. E.
21ST ST. N.
BIKE PATH
K-96 HIGHWAY
GREENWICH RD.
WEBB RD.
13TH ST. N.
CORNEJO
CONCRETE
PLANT
FIGURE 3.5
BURLINGTON NORTHERN SANTA FE
RAIL CORRIDOR ANALYSIS
BAUGHMAN COMPANY P.A.
ENGINEERING, SURVEYING, & PLANNING
AGRICULTURAL
SUBURBAN RESIDENTIAL
URBAN RESIDENTIAL
MOD. DENSITY RESIDENTIAL
HIGH DENSITY RESIDENTIAL
COMMERCIAL
PUBLIC/INSTITUTIONAL
PARKS/OPEN SPACE
OFFICE
INDUSTRIAL
UTILITIES/TRANSPORTATION
VACANT



BUTLER COUNTY
159TH ST. E.
143RD ST. E.
127TH ST. E.
21ST ST. N.
13TH ST. N.
AGRICULTURAL
SUBURBAN RESIDENTIAL
URBAN RESIDENTIAL
MOD. DENSITY RESIDENTIAL
HIGH DENSITY RESIDENTIAL
COMMERCIAL
PUBLIC/INSTITUTIONAL
PARKS/OPEN SPACE
OFFICE
INDUSTRIAL
UTILITIES/TRANSPORTATION
VACANT
FIGURE 3.6
BURLINGTON NORTHERN SANTA FE RAIL CORRIDOR ANALYSIS
BAUGHMAN COMPANY P.A.
ENGINEERING, SURVEYING, & PLANNING
Burlington Northern Santa Fe Corridor Analysis