# EXHIBITS G and H

# AFFIDAVIT

EXHIBIT
G

STATE OF KANSAS )
COUNTY OF SEDGWICK )

COMES NOW, Larry D. Toomey, of lawful age and being duly sworn upon his oath deposes and says:

1. My name is Larry D. Toomey and I am an attorney licensed to practice law in the State of Kansas, having Kansas State Bar Number 11959.

2. I have been licensed to practice since 1977 and have concentrated my practice in the areas of real estate, trusts and estates.

3. From 1980 to 1984 I taught real property law at Amarillo College in Amarillo, Texas.

4. I have authored bar journal and law review articles dealing with real property issues, including issues of ad valorem taxation.

5. I currently represent one title company and several residential and commercial real estate developers as well as numerous real estate investors in Wichita, Kansas.

6. Over my years in practice I have presented at numerous continuing legal education programs dealing with estate and real property matters.

7. I am one of the attorneys for Plaintiffs in *Robert and Diane Allison, et al v. The United States, Case No. 05-992L*, now pending in the United States Court of Federal Claims.

8. In the course of that representation I researched the files and records available in the Tax Assessor's Office, the Tax Collector's Office, the District Clerk's Office and the Register of Deed's Office all in Sedgwick County, Kansas, during the months of July, August and September, 2005.

9. Based upon that research I discovered and identified four hundred sixty two (462) pieces of property, and the owners thereof, abutting the abandoned railroad right-of-way taken originally by St. Louis W & W Railway Company in the latter part of the 19th Century.

FURTHER AFFIANT SAYETH NAUGHT.

[signature]

Larry D. Toomey #11959
TOOMEY PILGREEN, LLC
2290 East William, Suite 201
Wichita, Kansas 67202

SUBSCRIBED AND SWORN TO before me on the 21st day of March, 2006.

[signature] Notary Public
CATHY S. WIGGINS

My Commission Expires: November 28, 2006

CATHY S. WIGGINS
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 11-28-06

# AFFIDAVIT

EXHIBIT
H

STATE OF KANSAS )
COUNTY OF SEDGWICK )

COMES NOW, Deborah B. McIlhenny, Esq., of lawful age and, being duly sworn upon her oath, deposes and says *in re Allison, et al. v. United States*, No. 05-992L (Court of Federal Claims):

1. My name is Deborah B. McIlhenny and I am an attorney licensed to practice law in the State of Kansas (bar number 18721) and duly admitted to practice law in The Court of Federal Claims as of October 1, 2003. I have personal knowledge of the information below.

2. I have been licensed to practice since 1999 and have concentrated my practice in complex litigation and class action, covering many substantive issues of law: *Pilcher, et al. v. Direct Equity Lending, et al.*, No. 99-1245 JTM (D. Kan., Wichita)(usurious loan fees; settled)(lead counsel); *Regan v. Medtronic, et al.*, No. 95-1236 MLB (D. Kan., Wichita)(quitam; settled)(co-counsel); *Ciardi, et al. v. Hoffmann-LaRoche, et al.*, No. 99-3244J (Superior Court, Middlesex, Massachusetts)(price fixing; settled)(co-counsel); *Bellinder, et al. v. Microsoft*, Consolidated Case No. 99-CV-17089 (Johnson County, Kansas)(antitrust; settled)(co-counsel); *Dudley, et al. v. EMI Music Dist., Inc.*, No. 00C-1760 (Sedgwick County, Kansas)(price fixing; settled)(co-counsel); *Stanton, et al. v. BASF Magnetics GmbH (n/k/a/ EMTEC MAGNETICS ) GmbH, et al.*, No. 02C-1306 (Sedgwick County, Kansas)(antitrust; settled)(co-counsel); *In re Kansas Vitamin Litigation*, Consolidated Case No. 98-C-04574 (Wyandotte County, Kansas)(price fixing; pending)(co-counsel); *In re Methyl Tertiary Butyl Ether Prods. Liab. Litig.*, MDL No. 1358 (S.D.N.Y.)(water pollution, conspiracy, strict liability; pending); *In re ATM Antitrust Litig.*, No. 04-2676-VRW (N.D. Cal.)(antitrust; pending); *Griego, et al. v. Bechtel National, et al.*, No. CV-S-04-0466-JCM-RJJ (D. Nev., Las Vegas)(personal injury; pending)(co-lead counsel); *Donham, et al. v. United States*, No. 04-1514L (Court of Federal Claims)(Rails-to-Trails; pending)(lead co-counsel).

3. I am one of the attorneys for Plaintiffs in *Allison, et al. v. United States*, No. 05-992L, now pending in the United States Court of Federal Claims.

4. With co-counsel, Larry Toomey, I helped research the files and records available in the Sedgwick County Register of Deeds and in the City of Wichita to locate the original granting documents listed on the valuation sheets on file in the National Archives in Washington D.C.. Many of the deeds listed were for properties west of milepost 504.05 (at Hydraulic Ave., Wichita, KS), the western-most point of the railbanked line in question. Some were for properties in Butler County, east of milepost 494.22 (at 159th St. East, Sedgwick/Butler County line), the eastern-most point of the railbanked line in question. And there were some entries for which there are no correspondingly-recorded instruments in either the City or County repositories.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

5. With Mr. Toomey, I located granting documents for every parcel along the 9.78 miles of right-of-way from mileposts 504.05 to 494.22, notably in Book U, Page 260 (all by condemnation, dated August 1879) and in Book T, at Pages 153 and 191 (two subsequent warranty deeds, dated February 1880), filed in the Sedgwick County Register of Deeds. We found no further granting documents for properties along the 9.78 mile right-of-way.

6. I matched these recorded documents with the properties indicated on current quarter section maps and attest that they (condemnation/ warranty deeds) account fully for every quarter section along the 9.78 mile right-of-way between mileposts 504.05 and 494.22.

7. Using the available tax roles, I aligned the listed property owners with the actual properties indicated on current quarter section maps and the condemnation/warranty deeds. I accounted for each property along the 9.78 mile right-of-way. I have assumed but cannot attest that the owner names and addresses on the tax roles are current and/or accurate.

FURTHER AFFIANT SAYETH NOT.

[signature]

Deborah B. McIlhenny, Esq., KS #18721
HUTTON & HUTTON LAW FIRM, LLC
P.O.B. 638
8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638

SUBSCRIBED AND SWORN TO before me on this 24th day of March, 2006.

Nancy R. Weber
Notary Public

My commission expires:
6-9-07

NANCY R. WEBER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 6-9-07

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com