# EXHIBIT I

17 191

EXHIBIT I

Frank Hollcroft TO St. Louis Wichita & Western R.R. Co.

# WARRANTY DEED.

**This Deed,** Made this 14th day of February in the year of our Lord one thousand eight hundred and Eighty between Frank Hollcroft a single man of Wichita County of Sedgwick and State of Kansas of the first part, and The St. Louis, Wichita and Western Railway Company of County of Sedgwick and State of Kansas of the second part:

**Witnesseth:** That the said party of the first part, for and in consideration of the sum of One Hundred DOLLARS, to him in hand paid by the said parties of the second part, the receipt whereof is hereby acknowledged, do by these presents, GRANT, BARGAIN, SELL, REMISE, RELEASE, ALIEN, CONVEY AND CONFIRM unto the said parties of the second part, and to their heirs and assigns forever, all of the following described tract piece and and parcel of land lying and situate in the County of Sedgwick and State of Kansas to wit:

A strip of land one hundred feet (100) in width off the entire north side of the North West quarter of Section One (1) Township Twenty seven (27) Range two -2- East, containing six and four one hundredths acres (6 4/100 acres) land being a strip of land fifty feet in width on each side of the center line of the track of said Railway.

together with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining; **To Have and To Hold** the same unto the said parties of the second part, their heirs and assigns forever.

And the said Frank Hollcroft for himself and his heirs, do hereby covenant and agree to and with the said parties of the second part, their heirs and assigns, that he is lawfully seized of an indefeasible estate in said premises and that said premises are free from encumbrances and that he will **Warrant and Forever Defend** the same lands and appurtenances, and every part and parcel thereof unto the said parties of the second part, their heirs and assigns against the said party of the first part, and his heirs, and against all and every person or persons whomsoever, lawfully claiming or to claim the same.

**In Testimony Whereof,** The said party of the first part has hereunto set his hand the day and year first above written.

Executed and Delivered in the Presence of

Frank Hollcroft (SEAL)

(SEAL)

**State of** Kansas, Sedgwick **County, ss.**

**Be it Remembered,** That on this 4th day of March A. D. 1880 before me, the undersigned, a Notary Public in and for the County and State aforesaid came Frank Hollcroft who is personally known to me to be the same person who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal, on the day and year last above written.

{Seal}

A. L. Owen
Notary Public

Entered for taxation this 5th day of March A. D. 1880

E. A. Dorsey County Clerk.

This instrument was filed for record on the 5th day of March A. D. 1880 at 3 o'clock P. M.

C. S. Caldwell Register.

T/153

Oliver
TO
The St. Louis Wichita Western Railway Company

# WARRANTY DEED.

**This Deed,** Made this 14th day of February in the year of our Lord one thousand eight hundred and Eighty between Henry Oliver and Esther Oliver his wife of the County of Sedgwick and State of Kansas of the first part, and The St. Louis Wichita and Western Railway Company of the and State of Kansas of the second part:

**Witnesseth:** That the said parties of the first part, for and in consideration of the sum of One Hundred and Seventy Five DOLLARS, to them in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents, GRANT, BARGAIN, SELL, REMISE, RELEASE, ALIEN, CONVEY AND CONFIRM unto the said party of the second part, and to its successors ~~heirs~~ and assigns forever, all of the following described tract piece and and parcel of land lying and situate in the County of Sedgwick and State of Kansas to wit:

A strip of land One hundred feet wide off the entire north side of the south East Quarter of Section Eight in Township Twenty seven South range in Range Two East of the Sixth Principal Meridian containing six $\frac{82}{100}$ acres

together with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining; **To Have and To Hold** the same unto the said party of the second part, its successors ~~heirs~~ and assigns forever.

And the said Henry Oliver and Esther Oliver his wife for themselves and their heirs, do hereby covenant and agree to and with the said party of the second part, its successors ~~heirs~~ and assigns, that they will **Warrant and Forever Defend** the same lands and appurtenances, and every part and parcel thereof unto the said party of the second part, its successors ~~heirs~~ and assigns against the said parties of the first part, and their heirs, and against all and every person or persons whomsoever, lawfully claiming or to claim the same.

**In Testimony Whereof,** The said parties of the first part have hereunto set their hands the day and year first above written.

Executed and Delivered in the Presence of

H Oliver (SEAL)
Esther Oliver (SEAL)

**State of** Kansas, Sedgwick **County, ss.**

**Be it Remembered,** That on this 14th day of February A. D. 1880 before me, the undersigned, a Probate Judge in and for the County and State aforesaid came Henry Oliver and Esther Oliver his wife who are personally known to me to be the same persons who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

(Seal)

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal, on the day and year last above written.

E B Jewett
Probate Judge

Entered for taxation this 14th day of Feb A. D. 1880

E A Dorsey County Clerk.

This instrument was filed for record on the 14th day of Feb A. D. 1880 at 4 o'clock P M.

C. S. Caldwell Register.