IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-992L<br><br>Judge Thomas C. Wheeler |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant has reviewed Plaintiffs' Motion for Class Certification and does not oppose the granting of the motion. To the extent that Plaintiffs have made legal arguments concerning the merits of the case, Defendant neither adopts nor endorses these arguments. Defendant will address the merits of Plaintiffs' claims at the appropriate time.

DATED: May 1, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

s/ HelenAnne Listerman
HELENANNE LISTERMAN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
TEL: (202) 305-0239
FAX: (202) 305-0506
E-mail: HelenAnne.Listerman@usdoj.gov

*Attorney for Defendant, United States of America*

Of Counsel:
Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423