# In the United States Court of Federal Claims

No. 05-992L

(Filed: May 4, 2006)

****************************************** *
*
ROBERT AND DIANE ALLISON, individually *
and on behalf of all others similarly situated, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On March 28, 2006, counsel for the Plaintiffs filed a Motion for Class Certification, pursuant to Rule 23 of the U.S. Court of Federal Claims, specifying:

> all property owners who own fee-simple title to the land underlying the railroad right-of-way along a 9.78-mile stretch of the Burlington Northern & Santa Fe Railroad line from milepost 504.05 (at Hydraulic Ave., Wichita, Kansas) to milepost 494.22 (at 159th St. East, the Sedgwick County/Butler County, Kansas, line).

The Defendant does not oppose this motion and apparently concedes that class action litigation of these claims is appropriate under *Quinault Allottee Ass'n v. United States*, 453 F.2d 1272 (1974), and will serve the interests of justice. Pursuant to Rule 23(c)(1), the Court hereby determines that this action shall be maintained as a class action. The Court will revisit the need for a class action at a later time, if necessary.

The parties shall ensure that proper notice under the provisions of Rule 23(c)(2) is provided to all members of the class. Counsel shall agree upon the deadline for opting-in and the content of the proposed notice(s). Not later than May 18, 2006, the parties are to supply

the Court with a copy of the agreed upon notice(s) and file a Joint Status Report proposing a schedule for further proceedings.

Pursuant to Rule 23(g), the Court appoints Deborah B. McIlhenny, Hutton & Hutton Law Firm, LLC, 8100 E. 22nd Street North, Building 1200, Wichita, Kansas 67201-0638, as counsel of record for the Plaintiffs' class.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge