IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, Plaintiffs, | ) | Case No. 05-992L<br>Judge Thomas C. Wheeler |
| v. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Robert and Diane Allison, et al., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order filed on May 4, 2006.

A. CASE STATUS

Plaintiffs filed this Rails-to-Trails takings case on September 13, 2005. The Court granted class certification in its Order filed on May 4, 2006, ordering counsel to agree on the substance of Notice and a deadline date for opt-in class members, as well as to file this Joint Status Report by May 18, 2006, and include the agreed-to Notice and schedule for further proceedings. Accordingly, the parties' counsel include the agreed-to Notice (Ex. A), an abbreviated Notice for publication (Ex. B), and an Entry of Appearance form (Ex. C), and propose the following schedule:

B. CLASS CERTIFICATION NOTICE, CHALLENGE, AND OPT-IN SCHEDULE

Plaintiffs' class counsel shall:

| | |
|---|---|
| Serve Owner List/File Affidavit of Service | June 16, 2006 |
| Mail Notice to known addressees | June 23, 2006 |
| Publish Notice | July 28, 2006 |
| File Affidavit of Completed Notice | August 04, 2006 |
| Opt-in Cut-off Date/Serve Claims Book | October 02, 2006 |

| | |
|---|---|
| The parties shall: | |
| Informally resolve disputes concerning potential class member eligibility[1/] | February 05, 2007 |
| Status conference | Court's convenience |

C. OTHER

Counsel for the parties have conferred concerning the contents of this report, and Plaintiffs' counsel has authorized Defense counsel to sign this report on her behalf.

Dated: May 18, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ HelenAnne Listerman
HELENANNE LISTERMAN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0239
Fax: 202-305-0506
Email: HelenAnne.Listerman@usdoj.gov

Of Counsel:
Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

[1/]The parties request that they be allowed an opportunity to resolve ownership challenges informally in a cost-efficient process akin to discovery meet-and-confer, with the option for Court intervention should they reach an impasse.

s/ Deborah B. McIlhenny by s/ HelenAnne Listerman
Deborah B. McIlhenny, KS #18721
Admitted to practice COFC, 10.01.2003
Mark B. Hutton, KS #10112
Admitted to practice COFC, 10.17.1990
HUTTON & HUTTON LAW FIRM, L.L.C.
P.O.B. 638
8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638
316.688.1166 (t) / 316.686.1077 (f)
Debs.McIlhenny@huttonlaw.com

*With*

Larry D. Toomey, KS #11959
Terry C. Pilgreen, KS #09306
TOOMEY PILGREEN, L.L.C.
O'Rourke Title Bldg., Second Floor
229 E. William
Wichita, KS 67202
316.264.3700 (t) / 316.264.3898 (f)
larry@toomeypilgreen.com
*Plaintiffs' Class Counsel*