# Exhibit A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS, WASHINGTON D.C.

**COURT-APPROVED NOTICE**
of PENDING RAILS-TO-TRAILS
OPT-IN CLASS ACTION

*ROBERT AND DIANE ALLISON, ET AL. V. THE UNITED STATES*
CASE NO. 05-992-L

---

TO: THOSE WHO OWN OR OWNED LAND ABUTTING OR UNDERLYING THE FORMER BURLINGTON NORTHERN & SANTA FE RAILROAD RIGHT-OF-WAY FROM HYDRAULIC AVE., WICHITA, KS (MILEPOST 504.05) TO 159TH ST., SEDGWICK/BUTLER COUNTY KS LINE (MILEPOST 494.22).

This Notice Answers the Following Questions:

1. Why should I read this Notice?
2. What is the lawsuit about?
3. What do I need to do to opt-in?
4. What could I get if I win?
5. Am I guaranteed to win?
6. What does it cost me to join this case?
7. How do I join?
8. What else do I need to know?

1. WHY SHOULD I READ THIS NOTICE?

Your right to participate is at stake. This Notice tells you that the United States Court of Federal Claims, located in Washington, D.C., has granted CLASS ACTION status to the case listed above. "Eligible" landowners must OPT-IN to this case, that is, **choose to join**, if they want to participate.

2. WHAT IS THIS LAWSUIT ABOUT?

This case seeks one thing only: payment, or "just compensation," from the United States for authorizing the conversion of the Burlington Northern & Santa Fe Railroad right-of-way from milepost 504.05 in Wichita, KS, to 494.22, at the Sedgwick/Butler County KS line, into a recreational trail without paying the eligible owners of the land underlying the railroad right-of-way for that new use of the land, as required by federal law. Robert and Diane Allison filed suit on 13 September 2005, seeking compensation individually and for all other participating eligible landowners. However, you must join (opt-in) this class action if you want to participate.

3. WHAT DO I NEED TO DO TO OPT-IN?

You will need to provide Class Counsel with documents that establish that you owned the land underlying the railroad right-of-way on 22 April 2003 in order to determine if you are "eligible" to be a class member.

4. WHAT DO I GET IF I WIN?

An eligible class member who prevails, that is, who wins, should receive just compensation for the portion of right-of-way land that the government authorized to be converted into a trail. In exchange for that compensation, the government gets an easement for the trail over that same portion of land. NOTE: Federal law (the National Trails System Act, 16 U.S.C. § 1247(d)) allows for "interim trail use" on the right-of-way. Thus, if a railroad company wants to resume rail service at some time in the future, the right-of-way will revert from a trail into an active rail line. So, the easement that the government gets will allow both interim trail use and future rail use on the right-of-way.

5. AM I GUARANTEED TO WIN?

No. The Court has not decided yet if any eligible class member will win. As well, the Court's decisions, even negative ones, will affect directly every eligible class member.

6. WHAT DOES IT COST ME TO JOIN THIS CASE?

You pay nothing to join this case, win or lose. At the end of the lawsuit, the Costs, Expenses, and Attorneys' Fees, ordinarily are paid for from the monies recovered on your behalf. Here, federal law (the Uniform Relocation Assistance and Real Property Act, 42 U.S.C. § 4654(c)) allows, and Class Counsel will seek, payment from the government of Costs, Expenses, and Attorneys' Fees that the Court considers reasonable.

7. HOW DO I JOIN?

You may join this case **only if** you send an Entry of Appearance (enclosed) and the documents that it asks for so that it is postmarked on or before ______________, to the offices of **Class Counsel**, who are:

Hutton & Hutton Law Firm, L.L.C.
Attn: Deborah B. McIlhenny, Esq.
8100 E. 22nd St. N., Building 1200
Wichita, KS 67226
316.688.1166
*Class Counsel*

NOTE: If you wish, you may hire your own counsel to submit an Entry of Appearance for you. You also have the right not to participate in this case and to file your own case through your own counsel and at your own expense.

**If you do not submit your Entry of Appearance postmarked by the above deadline, you will not be part of this class, the Court's decisions in this case will not affect you directly, and you will not benefit from any recovery in the case.**

8. WHAT ELSE DO I NEED TO KNOW?

This litigation will not affect the existence, location, alignment, appearance, use, or any other issues of the trail.

You may inspect all papers in this case at The Clerk of Court's office for the United States Court of Federal Claims, 717 Madison Place N.W., Washington, D.C..

**CONTACT CLASS COUNSEL (noted above) OR YOUR OWN COUNSEL IF YOU HAVE QUESTIONS.**
**DO NOT CONTACT THE COURT.**

Dated: _____ 2006. UNITED STATES COURT OF FEDERAL CLAIMS
JUDGE THOMAS C. WHEELER