# Exhibit B

# COURT-APPROVED **NOTICE** of PENDING RAILS-TO-TRAILS OPT-IN CLASS ACTION

*ROBERT AND DIANE ALLISON, ET AL. V. THE UNITED STATES*, U.S. COURT OF FEDERAL CLAIMS, NO. 05-992-L

TO: Those who own or owned land abutting or underlying the former Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05) to 159th St., Sedgwick/Butler County KS line (milepost 494.22).

**Your right to participate is at stake.** This Notice tells you that the United States Court of Federal Claims in Washington, D.C., has granted CLASS ACTION status to the case listed above. "Eligible" landowners must OPT-IN to this case, that is, **choose to join**.

**This case seeks one thing only:** "just compensation" from the United States for authorizing the conversion of the Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05), to 159th St., Sedgwick/Butler County KS line (milepost 494.22), into a trail without paying the eligible owners of the land underlying the railroad right-of-way for that new use of the land, as required by federal law. Robert and Diane Allison filed suit on September 13, 2005, seeking compensation individually and for all other participating landowners. You must join (opt-in) this class action if you want to protect your right to participate.

**How this case affects you:** It affects you only if you join. Should you choose to join, you will need to provide class counsel with documents that establish that you owned the land underlying the railroad right-of-way on April 22, 2003, in order to determine if you are eligible to be a class member.

An "eligible" class member who prevails should receive fair compensation for the portion of right-of-way land that the government authorized to be converted into a trail. In exchange for that compensation, the government gets an easement for the trail over that same portion of land. Federal law (the National Trails System Act, 16 U.S.C. § 1247(d)) allows for "interim trail use" on the right-of-way. Thus, if a railroad company wants to resume rail service at some time in the future, the right-of-way will revert from a trail into an active rail line. So, the easement that the government gets will allow both interim trail and future rail use.

**You pay nothing to join this case, win or lose.** At the end of the lawsuit, the Costs, Expenses, and Attorneys' Fees ordinarily are paid for from the monies recovered on your behalf. Here, federal law (Uniform Relocation Assistance and Real Property Act, 42 U.S.C. § 4654(c)) allows, and Class counsel will seek, payment from the government of Costs, Expenses, and Attorneys' Fees that the Court considers reasonable.

**Class counsel do not guarantee success.** The Court has not decided yet if any eligible class member will win. As well, the Court's decisions, even negative ones, will affect directly every eligible class member.

**You may join only if you send:** an Entry of Appearance (that you can obtain from www.huttonlaw.com) and all the documents that it asks for, postmarked on or before ______ **[date]** _____ to the office of **Class Counsel**, who are:

Hutton & Hutton Law Firm, L.L.C.
Attn: Deborah B. McIlhenny, Esq.
8100 E. 22nd St. N., Building 1200
Wichita, KS 67226
316.688.1166
*Class Counsel*

NOTE: You have the right to Enter your Appearance in this case or file your own case through your own counsel and at your own expense.

**If you do not file your Entry of Appearance, you will not be part of this class, the Court's decisions in this case will not affect you directly, and you will not benefit from any recovery in the case.**

This litigation will not affect the existence, location, alignment, appearance, use, or any other issues of the trail.

You may inspect all papers in this case at The Clerk of Court's office for the United States Court of Federal Claims, 717 Madison Place N.W., Washington, D.C..

**CONTACT CLASS COUNSEL (noted above) OR YOUR OWN COUNSEL IF YOU HAVE QUESTIONS.**
**DO NOT CONTACT THE COURT OR ITS CLERK.**

Dated: ________ 2006

UNITED STATES COURT OF FEDERAL CLAIMS
JUDGE THOMAS C. WHEELER