# Exhibit C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-992-L<br>Judge Thomas C. Wheeler |

**ENTRY OF APPEARANCE**

This Entry of Appearance shows your interest to become a member of this pending class action that seeks payment, or "just compensation," from the United States for authorizing the conversion of the Burlington Northern & Santa Fe Railroad right-of-way from milepost 504.05 (Hydraulic Ave.) in Wichita, KS, to 494.22, at the Sedgwick/Butler County KS line, into a recreational trail without paying the eligible owners of the land underlying the railroad right-of-way for that new use of the land, as required by federal law.

_____________________________________________ (*please print your full legal name as it appears on your deed*) declare under penalty of perjury that:

> *Note: All persons having an interest in the property must enter an appearance. For example, if husband and wife hold the property,* ***both*** *must sign. If husband and wife hold the property but one is deceased, please attach a copy of the death certificate. If a trust holds the property, please attach a copy of the trust. Please include information on all properties that abut or underly the former railroad right-of-way. If you prevail, you will receive compensation for only your share of the property.*

1. My/our mailing address is: _____________________________________________

_____________________________________________________________________

2. The address of the property that abuts or underlies the former railroad corridor is (***you must file a separate Entry for each separate parcel that you own***):_______________________________

_____________________________________________________________________

3. My/our telephone numbers are (day and evening):______________________________

4. The names of the owner of the property immediately to the east and west of my/our property are (*We seek this information so that counsel can organize the claims for the Court geographically from east to west along the trail*):

East: ______________________________________________________

West: ______________________________________________________

5. The trail runs about ____________feet through my/our property.

6. I/We have attached a deed (or other instrument) under which I/we obtained title to the property as of ____________________ (*the date on which you obtained the property*). If I/we inherited this property, I/we have attached the relevant death certificates and probate documents. (*Please attach death certificates and probate documents if you inherited this property*.)

> *Note: The deed or other instrument by which you acquired title to this property may be with your closing documents from the transaction when you bought the property. If not, you may contact the Sedgwick County Clerk's Real Estate Records/Information office at 316.660.9200 to identify the property and locate the deed by Book and Page Number. Or you may go to the Sedgwick County Register of Deeds' office web page at www.sedgwickcounty.org/deeds and click on "Know Your Register of Deeds Office Questions and Answers." Depending on the document's age, you may view the deed online at www.sedgwickcounty.org "Recorded Document Search." And you may obtain a prepaid copy of it from the Sedgwick County Register of Deeds office at 316.660.9400. These Sedgwick County offices are located in the Sedgwick County Courthouse, 525 N. Main St., Wichita, Kansas, 67202. If you have questions about getting a deed or other instrument, please call Class Counsel: Mr. Larry Toomey at 316.264.3700 or Ms. Debs McIlhenny at 316.688.1166.*

7. I/We have attached a copy of the deed under which I/we or my/our predecessors granted a property interest or right-of-way to the railroad. (*If you do not have this document, write on plain paper "Have No Grant Deed to Railroad."*)

8. The Parcel Identification Number for this property is (*see your Tax Notice, Statement, or Receipt*)(*If the Parcel Identification Number changed or was different in April 2003, please also provide the original number*): ______________________________________________________________.

9. I/We have attached a copy of the Sedgwick County Valuation Notice for Tax Years 2003-2004, or the Sedgwick County Tax Bill for the entire year of 2003, or our receipt from paying our Sedgwick County taxes for the entire year of 2003. (*If you sold the property after 22 April 2003, please provide tax paperwork showing the taxes that you paid before you sold the property*.)(*You may obtain a copy of the Valuation Notice from the Sedgwick County web page at www.sedgwickcounty.org "Real Property Appraisal/Tax Information."*)

10. I/We have attached a copy of a survey of this property showing the former railroad right-of-way. (*You may attach a subdivision map or tax plat/map that shows the location of your property and the railroad right-of-way, or you may hand-draw to your best ability the property showing the former railroad right-of-way if you do not have or cannot get a survey of your property*.) Please reduce it to 8½ x 11 if possible.

**YOUR SIGNATURES MUST BE NOTARIZED.**

STATE OF ____________________)
) ss.
COUNTY OF ___________________)

The undersigned state that the information stated above is true and correct to the best of their knowledge.

(Sign) ______________________________ (Print)______________________________

(Sign) ______________________________ (Print)______________________________

Signed and sworn to before me, a Notary Public, on this _____ day of ____________, 2006.

___________________________________
Notary Public

My commission expires: