# In the United States Court of Federal Claims

No. 05-992L

(Filed: May 23, 2006)

```
*************************************** *
                                        *
ROBERT AND DIANE ALLISON, individually  *
and on behalf of all others similarly situated, *
                                        *
                    Plaintiffs,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

SCHEDULING ORDER

On May 18, 2006, counsel for the parties filed a Joint Status Report providing a proposed schedule and notices regarding the identification of the class members in this action. For good cause shown, the Court approves the proposed notices and appearance form (Exhibits A through C) accompanying the Joint Status Report, and adopts the schedule suggested by counsel. Plaintiffs' class counsel shall:

1. Serve the owner list and file an affidavit of service on or before June 16, 2006;

2. Mail the approved notice to all known addresses on or before June 23, 2006;

3. Publish the approved abbreviated notice on or before July 28, 2006;

4. File an affidavit of completed notice on or before August 4, 2006; and

5. Serve the claims book on Defendant's counsel on or before October 2, 2006, the "opt-in" cut-off date.

The parties will then be afforded an opportunity to resolve informally any ownership challenges concerning class member eligibility until February 5, 2007. The Court will hold

a telephone status conference with counsel for the parties on Wednesday, February 7, 2007 at 3:00 PM (EST).

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge