IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERT and DIANNE ALLISON, individually and on behalf of all others similarly situated,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No.: 05-992L
Judge Thomas C. Wheeler

**AFFIDAVIT OF SERVING POTENTIAL OWNERS LIST**

Pursuant to the Court's Order of 23 May 2006, Plaintiffs submit the attached Affidavit of Serving Potential Owners List (**Exh. A**), indicating service on the United States through its counsel on 09 June 2006, in compliance with the approved schedule.

Dated: 09 June 2006

Humbly submitted,

s/ Deborah B. McIlhenny, Esq.

Deborah B. McIlhenny, KS #18721
Admitted to practice COFC, 10.01.2003
Mark B. Hutton, KS #10112
Admitted to practice COFC, 10.17.1990
HUTTON & HUTTON LAW FIRM, L.L.C.
P.O.B. 638
8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638
316.688.1166 (telephone)
316.686.1077 (fax)
Debs.McIlhenny@huttonlaw.com

*With*

Larry D. Toomey, KS #11959
Terry C. Pilgreen, KS #09306
TOOMEY PILGREEN, L.L.C.
O'Rourke Title Bldg., 2nd Floor, 229 E. William
Wichita, KS 67202
316.264.3700 (telephone)
316.264.3898 (fax)
larry@toomeypilgreen.com

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316 688 1166
316 686 1077 (*fax*)
www huttonlaw com

**CERTIFICATE OF SERVICE**

I certify that on 09 June 2006 I presented the foregoing *Affidavit of Serving Potential Owners List* to the clerk of the court for filing and uploading to the CM/ECF system that will send a Notice of Electronic Filing to the following:

HelenAnne Listerman
Environment and Natural Resources Division
Natural Resources Section
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
202.305.0239 (telephone)
202.305.0506 (fax)
HelenAnne.Listerman@usdoj.gov

I hereby certify that on 09 June 2006 I sent a courtesy copy of the same document to the same listed counsel via email.

s/ Deborah B. McIlhenny

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT and DIANNE ALLISON, individually and on behalf of all others similarly situated, | ] ] |
| | ] Case No.: 05-992L |
| v. | ] Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ] ] ] |
| Defendant. | ] ] |

**EXHIBIT "A": AFFIDAVIT OF DEBORAH B. McILHENNY, ESQ.**

1. I am Plaintiffs' counsel, with personal knowledge of and responsible for providing Defendant with the Potential Owners List of the known addressees of all persons who likely are eligible to make a claim for the uncompensated taking of their property from rails-to-trails along the former Burlington Northern & Santa Fe Railroad right-of-way from milepost 504.05 at Hydraulic Avenue in Wichita, KS, to 159th St. East, the Sedgwick/Butler County, KS, line, at milepost 494.22..

2. On 09 June 2006 we served on the United States through its counsel the Potential Owners List, noted in paragraph 1., above.

I swear that the above is complete, true, and correct.

Deborah B. McIlhenny, Esq.

Subscribed and sworn to before me this 9th day of June 2006.

Notary Public

SHERRI D. BOWLBY NOTARY PUBLIC STATE OF KANSAS

HUTTON
& HUTTON
Law Firm, L.L.C

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com