IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 05-992-L<br>Judge Thomas C. Wheeler |

## AFFIDAVIT OF COMPLETED NOTICE

Pursuant to the Court's Order of 23 May 2006, Plaintiffs submit the following Affidavit of Completed Notice, indicating compliance with the approved schedule:

1. I am Plaintiffs' Counsel, with personal knowledge of and responsibility for providing Notice of this pending class action to all interested parties.

2. We provided Notice, including an Entry of Appearance form, by first class mail on 09 June 2006 to all known addressees of all persons who own or owned land underlying or abutting the former Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05) to 159th St. East, Sedgwick/Butler County, KS line (milepost 494.22).

3. We published the Court-approved short Notice, including information on how to obtain an Entry of Appearance form, twice in both of the following local newspapers:

   (a) The Wichita *Eagle* on 06.24.06 and 07.15.06 (**Ex. A**); and
   (b) The Andover *Journal-Advocate* on 06.22.06 and 07.13.06 (**Ex. B**).

I swear that the above is true and correct.

Deborah B. McIlhenny, Esq.

Subscribed and sworn to before me this 25th day of July, 2006.

BETH A. HARRELL
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 06/27/2008

Notary Public

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

Dated: 25 July 2006.

Humbly submitted,

s/Deborah B. McIlhenny

Deborah B. McIlhenny, KS #18721
Admitted to practice COFC, 10.01.2003
Mark B. Hutton, KS #10112
Admitted to practice COFC, 10.17.1990
HUTTON & HUTTON LAW FIRM, L.L.C.
P. O. Box 638
8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638
316.688.1166 (telephone)
316.686.1077 (fax)
DebsMcIlhenny@huttonlaw.com
*With*
Larry D. Toomey, KS #11959
Terry C. Pilgreen, KS #09306
TOOMEY PILGREEN, L.L.C.
O'Rourke Title Building, Second Floor
229 E. William
Wichita, KS 67202
316.264.3700 (telephone)
316.264.3898 (fax)
larry@toomeypilgreen.com

## CERTIFICATE OF SERVICE

I certify that on 25 July 2006 I presented the foregoing AFFIDAVIT OF COMPLETED NOTICE to the Clerk of the Court for filing and uploading to the CM/ECF system that will send a Notice of Electronic Filing to the following counsel, and further, that on 25 July 2006 I sent a courtesy copy of the same via email to:

Ms. HelenAnne Listerman
Department of Justice
Environment and Natural Resources Division
P.O.B. 663
Ben Franklin Station
Washington, DC 20044-0663
202.305.0239 (telephone)
HelenAnne.Listerman@usdoj.gov

s/ Deborah B. McIlhenny, Esq.

HUTTON
& HUTTON
Law Firm, L.L.C

Tallgrass Exec. Park
8100 E. 22nd St. N
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

# AFFIDAVIT

EXHIBIT

A

STATE OF KANSAS \
- SS.
County of Sedgwick /

Milt Mounts, of lawful age, being first duly sworn, deposeth and saith: That he is Record Clerk of The Wichita Eagle, a daily newspaper published in the City of Wichita, County of Sedgwick, State of Kansas, and having a general paid circulation on a daily basis in said County, which said newspaper has been continuously and uninterruptedly published in said County for more than one year prior to the first publication of the notice hereinafter mentioned, and which said newspaper has been entered as second class mail matter at the United States Post Office in Wichita, Kansas, and which said newspaper is not a trade, religious or fraternal publication and that a notice of a true copy is hereto attached was published in the regular and entire Morning issue of said The Wichita Eagle for _1_ consecutive issue - weeks, that the first publication of said notice was

made as aforesaid on the 24th day of

June A.D. 2006, with

subsequent publications being made on the following dates:

And affiant further says that ______ he has personal knowledge of the statements above set forth and that they are true.

Subscribed and sworn to before me this

24th day of June, 2006

Notary Public Sedgwick County, Kansas

DANNA M. INGRAM
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 8-21-08

Printer's Fee $348.00

## LEGAL PUBLICATION

Published in The Wichita Eagle
ON JUNE 24, 2006 (#2509365)

**COURT-APPROVED NOTICE of PENDING RAILS-TO-TRAILS OPT-IN CLASS ACTION**
*ROBERT AND DIANE ALLISON, ET AL. V. THE UNITED STATES, U.S. COURT OF FEDERAL CLAIMS, NO. 05-992-L*

TO: Those who own or owned land abutting or underlying the former Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05) to 159th St., Sedgwick/Butler County KS line (milepost 494.22)

**Your right to participate is at stake.** This Notice tells you that the United States Court of Federal Claims in Washington, D.C., has granted CLASS ACTION status to the case listed above. "Eligible" landowners must OPT-IN to this case, that is, choose to join.

**This case seeks one thing only:** "just compensation" from the United States for authorizing the conversion of the Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05), to 159th St., Sedgwick/Butler County KS line (milepost 494.22), into a trail without paying the eligible owners of the land underlying the railroad right-of-way for that new use of the land, as required by federal law. Robert and Diane Allison filed suit on September 13, 2005, seeking compensation individually and for all other participating landowners. You must join (opt-in) this class action if you want to protect your right to participate.

**How this case affects you:** It affects you only if you join. Should you choose to join, you will need to provide class counsel with documents that establish that you owned the land underlying the railroad right-of-way on April 22, 2003, in order to determine if you are eligible to be a class member.

An "eligible" class member who prevails should receive fair compensation for the portion of right-of-way land that the government authorized to be converted into a trail. In exchange for that compensation, the government gets an easement for the trail over that same portion of land. Federal law (the National Trails System Act, 16 U.S.C. § 1247(d)) allows for "interim trail use" on the right-of-way. Thus, if a railroad company wants to resume rail service at some time in the future, the right-of-way will revert from a trail into an active rail line. So, the easement that the government gets will allow both interim trail and future rail use.

**You pay nothing to join this case, win or lose.** At the end of the lawsuit, the Costs, Expenses, and Attorneys' Fees ordinarily are paid for from the monies recovered on your behalf. Here, federal law (Uniform Relocation Assistance and Real Property Act, 42 U.S.C. § 4654(c)) allows, and Class counsel will seek, payment from the government of Costs, Expenses, and Attorneys' Fees that the Court considers reasonable.

Class counsel do not guarantee success. The Court has not decided yet if any eligible class member will win. As well, the Court's decisions, even negative ones, will affect directly every eligible class member.

**You may join only if you send:** an Entry of Appearance (that you can obtain from www.huttonlaw.com) and all the documents that it asks for, postmarked on or before 15 August 2006 to the office of Class Counsel, who are:

Hutton & Hutton Law Firm, L.L.C.
Attn: Deborah B. McIlhenny, Esq.
8100 E. 22nd St. N., Building 1200
Wichita, KS 67226
316.688.1166
*Class Counsel*

NOTE: You have the right to Enter your Appearance in this case or file your own case through your own counsel and at your own expense.

**If you do not file your Entry of Appearance, you will not be part of this class, the Court's decisions in this case will not affect you directly, and you will not benefit from any recovery in the case.**

This litigation will not affect the existence, location, alignment, appearance, use, or any other issues of the trail.

You may inspect all papers in this case at The Clerk of Court's office for the United States Court of Federal Claims, 717 Madison Place N.W., Washington, D.C.

**CONTACT CLASS COUNSEL (noted above) OR YOUR OWN COUNSEL IF YOU HAVE QUESTIONS. DO NOT CONTACT THE COURT OR ITS CLERK.**

Dated: 23 May 2006

UNITED STATES COURT OF FEDERAL CLAIMS
JUDGE THOMAS C. WHEELER

# AFFIDAVIT

STATE OF KANSAS \
- SS
County of Sedgwick /

Milt Mounts, of lawful age, being first duly sworn, deposeth and saith: That he is Record Clerk of The Wichita Eagle, a daily newspaper published in the City of Wichita, County of Sedgwick, State of Kansas, and having a general paid circulation on a daily basis in said County, which said newspaper has been continuously and uninterruptedly published in said County for more than one year prior to the first publication of the notice hereinafter mentioned, and which said newspaper has been entered as second class mail matter at the United States Post Office in Wichita, Kansas, and which said newspaper is not a trade, religious or fraternal publication and that a notice of a true copy is hereto attached was published in the regular and entire Morning issue of said The Wichita Eagle for _1_ consecutive issue - ~~weeks~~, that the first publication of said notice was

made as aforesaid on the 15th day of

July A D 2006, with

subsequent publications being made on the following dates:

____________________________________

And affiant further says that ______ he has personal knowledge of the statements above set forth and that they are true

[signature]

Subscribed and sworn to before me this

17th day of July, 2006

[signature]

Notary Public Sedgwick County, Kansas

DANNA M INGRAM
NOTARY PUBLIC
STATE OF KANSAS
My Appt Exp 6-21-08

Printer's Fee $348.00

## LEGAL PUBLICATION

Published in The Wichita Eagle
ON JULY 15, 2006 (#2520752)

COURT-APPROVED NOTICE of
PENDING RAILS-TO-TRAILS OPT-IN CLASS ACTION
*ROBERT AND DIANE ALLISON, ET AL. V. THE UNITED STATES,*
*U.S. COURT OF FEDERAL CLAIMS, NO. 05-992-L*

TO: Those who own or owned land abutting or underlying the former Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave Wichita, KS (milepost 504.05) to 159th St, Sedgwick/Butler County KS line (milepost 494.22)

**Your right to participate is at stake.** This Notice tells you that the United States Court of Federal Claims in Washington, D.C., has granted CLASS ACTION status to the case listed above "Eligible" landowners must OPT-IN to this case, that is, choose to join

**This case seeks one thing only:** "just compensation" from the United States for authorizing the conversion of the Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05), to 159th St., Sedgwick/Butler County KS line (milepost 494.22), into a trail without paying the eligible owners of the land underlying the railroad right-of-way for that new use of the land, as required by federal law. Robert and Diane Allison filed suit on September 13, 2005, seeking compensation individually and for all other participating landowners. You must join (opt-in) this class action if you want to protect your right to participate

**How this case affects you:** It affects you only if you join Should you choose to join, you will need to provide class counsel with documents that establish that you owned the land underlying the railroad right-of-way on April 22, 2003, in order to determine if you are eligible to be a class member.

An "eligible" class member who prevails should receive fair compensation for the portion of right-of-way land that the government authorized to be converted into a trail. In exchange for that compensation, the government gets an easement for the trail over that same portion of land. Federal law (the National Trails System Act, 16 U.S.C. § 1247(d)) allows for "interim trail use" on the right-of-way. Thus, if a railroad company wants to resume rail service at some time in the future, the right-of-way will revert from a trail into an active rail line. So, the easement that the government gets will allow both interim trail and future rail use.

**You pay nothing to join this case, win or lose** At the end of the lawsuit, the Costs, Expenses, and Attorneys' Fees ordinarily are paid for from the monies recovered on your behalf. Here, federal law (Uniform Relocation Assistance and Real Property Act, 42 U.S.C § 4654(c)) allows, and Class counsel will seek, payment from the government of Costs, Expenses, and Attorneys' Fees that the Court considers reasonable.

Class counsel do not guarantee success. The Court has not decided yet if any eligible class member will win. As well, the Court's decisions, even negative ones, will affect directly every eligible class member

**You may join only if you send:** an Entry of Appearance (that you can obtain from www.huttonlaw.com) and all the documents that it asks for, postmarked on or before 15 August 2006 to the office of Class Counsel, who are:

Hutton & Hutton Law Firm, L.L.C.
Attn: Deborah B. McIlhenny, Esq
8100 E 22nd St N, Building 1200
Wichita, KS 67226
316 688.1166
*Class Counsel*

NOTE: You have the right to Enter your Appearance in this case or file your own case through your own counsel and at your own expense

**If you do not file your Entry of Appearance, you will not be part of this class, the Court's decisions in this case will not affect you directly, and you will not benefit from any recovery in the case.**

This litigation will not affect the existence, location, alignment, appearance, use, or any other issues of the trail.

You may inspect all papers in this case at The Clerk of Court's office for the United States Court of Federal Claims, 717 Madison Place N W, Washington, D.C.

CONTACT CLASS COUNSEL (noted above)
OR YOUR OWN COUNSEL IF YOU HAVE QUESTIONS.
DO NOT CONTACT THE COURT OR ITS CLERK.

Dated: 23 May 2006
UNITED STATES COURT OF FEDERAL CLAIMS
JUDGE THOMAS C WHEELER

EXHIBIT
B

# AFFIDAVIT OF PUBLICATION

## State of Kansas, Butler County, ss

Randy Frigg of lawful age, being duly sworn, says that he/she is the Editor of the Osborne Publishing Company Inc., publisher of the Andover Journal-Advocate, a weekly newspaper, printed in the State of Kansas, and published in Butler County, Kansas, with a general paid circulation on a yearly basis in Butler County, Kansas, and that said newspaper is not a trade, religious or fraternal publication.

Said newspaper is a weekly published at least 50 times per year; has been so published continuously and without interuption in said county and state for a period of five years prior to the first publication of said notice; and has been admitted at the post office of Andover, Kansas in said county as second class matter.

That the attached notice is a true copy thereof and was published in the regular and entire issue of said newspaper for 1 consecutive weeks, the first publication thereof, being made as aforesaid on the 22ND day of June, 20 06, with subsequent publications being made on the following dates.

________________, 20____

________________, 20____

________________, 20____

[signature]

Subscribed and sworn to before me. this 17th day of July, 20 06.

Sharla A. Hudson
Notary Public

My commission expires July 20, 20 08

Publication Allison v. U.S No. 05-992-L

Total Cost $199.50

SHARLA A. HUDSON
Notary Public - State of Kansas
My Appt. Expires 7-20-2008

June 22, 2006

THE ANDOVER JOURNAL-ADVOCATE
andoverjournal.com

# COURT-APPROVED NOTICE of PENDING RAILS-TO-TRAILS OPT-IN CLASS ACTION

ROBERT AND DIANE ALLISON, ET AL. V. THE UNITED STATES, U.S. COURT OF FEDERAL CLAIMS, NO. 05-992-L

TO: Those who own or owned land abutting or underlying the former Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05) to 159th St., Sedgwick/Butler County KS line (milepost 494.22).

**Your right to participate is at stake.** This Notice tells you that the United States Court of Federal Claims in Washington, D.C., has granted CLASS ACTION status to the case listed above. "Eligible" landowners must OPT-IN to this case, that is, choose to join.

**This case seeks one thing only:** "just compensation" from the United States for authorizing the conversion of the Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05), to 159th St., Sedgwick/Butler County KS line (milepost 494.22), into a trail without paying the eligible owners of the land underlying the railroad right-of-way for that new use of the land, as required by federal law. Robert and Diane Allison filed suit on September 13, 2005, seeking compensation individually and for all other participating landowners. You must join (opt-in) this class action if you want to protect your right to participate.

**How this case affects you:** It affects you only if you join. Should you choose to join, you will need to provide class counsel with documents that establish that you owned the land underlying the railroad right-of-way on April 22, 2003, in order to determine if you are eligible to be a class member.

An "eligible" class member who prevails should receive fair compensation for the portion of right-of-way land that the government authorized to be converted into a trail. In exchange for that compensation, the government gets an easement for the trail over that same portion of land. Federal law (the National Trails System Act, 16 U.S.C. § 1247(d)) allows for "interim trail use" on the right-of-way. Thus, if a railroad company wants to resume rail service at some time in the future, the right-of-way will revert from a trail into an active rail line. So, the easement that the government gets will allow both interim trail and future rail use.

You pay nothing to join this case, win or lose. At the end of the lawsuit, the Costs, Expenses, and Attorneys' Fees ordinarily are paid for from the monies recovered on your behalf. Here, federal law (Uniform Relocation Assistance and Real Property Act, 42 U.S.C. § 4654(c)) allows, and Class counsel will seek, payment from the government of Costs, Expenses, and Attorneys' Fees that the Court considers reasonable.

Class counsel do not guarantee success. The Court has not decided yet if any eligible class member will win. As well, the Court's decisions, even negative ones, will affect directly every eligible class member.

**You may join only if you send:** an Entry of Appearance (that you can obtain from www.huttonlaw.com) and all the documents that it asks for, postmarked on or before 15 August 2006 to the office of **Class Counsel**, who are:

Hutton & Hutton Law Firm, L.L.C.
Attn: Deborah B. McIlhenny, Esq.
8100 E. 22nd St. N., Building 1200
Wichita, KS 67226
316.688.1166
*Class Counsel*

NOTE: You have the right to Enter your Appearance in this case or file your own case through your own counsel and at your own expense.

**If you do not file your Entry of Appearance, you will not be part of this class, the Court's decisions in this case will not affect you directly, and you will not benefit from any recovery in the case.**

This litigation will not affect the existence, location, alignment, appearance, use, or any other issues of the trail.

You may inspect all papers in this case at The Clerk of Court's office for the United States Court of Federal Claims, 717 Madison Place N.W., Washington, D.C.

CONTACT CLASS COUNSEL (noted above) OR YOUR OWN COUNSEL IF YOU HAVE QUESTIONS.
DO NOT CONTACT THE COURT OR ITS CLERK.

Dated: 23 May 2006 UNITED STATES COURT OF FEDERAL CLAIMS
JUDGE THOMAS C. WHEELER

# AFFIDAVIT OF PUBLICATION

## State of Kansas, Butler County, ss

Randy Fogg of lawful age, being duly sworn, says that he/she is the Editor of the Osborne Publishing Company Inc., publisher of the Andover Journal-Advocate, a weekly newspaper, printed in the State of Kansas, and published in Butler County, Kansas, with a general paid circulation on a yearly basis in Butler County, Kansas, and that said newspaper is not a trade, religious or fraternal publication.

Said newspaper is a weekly published at least 50 times per year; has been so published continuously and without interuption in said county and state for a period of five years prior to the first publication of said notice; and has been admitted at the post office of Andover, Kansas in said county as second class matter.

That the attached notice is a true copy thereof and was published in the regular and entire issue of said newspaper for 1 consecutive weeks, the first publication thereof, being made as aforesaid on the 13th day of July 2006, with subsequent publications being made on the following dates.

____________, 20__

____________, 20__

____________, 20__

[signature]

Subscribed and sworn to before me, this 17th day of July, 2006

Sharla A. Hudson
Notary Public

My commission expires July 20, 2008.

Publication Allison v. U.S. No 05-992-L

Total Cost $199.50

SHARLA A. HUDSON
Notary Public - State of Kansas
My Appt. Expires 7-20-2008

THE ANDOVER
JOURNAL-ADVOCATE
www.andoverjournal.com
July 13, 2006

# COURT-APPROVED NOTICE of PENDING RAILS-TO-TRAILS OPT-IN CLASS ACTION

ROBERT AND DIANE ALLISON, ET AL. V. THE UNITED STATES, U.S. COURT OF FEDERAL CLAIMS, NO. 05-992-L

TO: Those who own or owned land abutting or underlying the former Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05) to 159th St., Sedgwick/Butler County KS line (milepost 494.22).

**Your right to participate is at stake.** This Notice tells you that the United States Court of Federal Claims in Washington, D.C., has granted CLASS ACTION status to the case listed above. "Eligible" landowners must OPT-IN to this case, that is, choose to join.

**This case seeks one thing only:** "just compensation" from the United States for authorizing the conversion of the Burlington Northern & Santa Fe Railroad right-of-way from Hydraulic Ave., Wichita, KS (milepost 504.05), to 159th St., Sedgwick/Butler County KS line (milepost 494.22), into a trail without paying the eligible owners of the land underlying the railroad right-of-way for that new use of the land, as required by federal law. Robert and Diane Allison filed suit on September 13, 2005, seeking compensation individually and for all other participating landowners. You must join (opt-in) this class action if you want to protect your right to participate.

**How this case affects you:** It affects you only if you join. Should you choose to join, you will need to provide class counsel with documents that establish that you owned the land underlying the railroad right-of-way on April 22, 2003, in order to determine if you are eligible to be a class member.

An "eligible" class member who prevails should receive fair compensation for the portion of right-of-way land that the government authorized to be converted into a trail. In exchange for that compensation, the government gets an easement for the trail over that same portion of land. Federal law (the National Trails System Act, 16 U.S.C. § 1247(d)) allows for "interim trail use" on the right-of-way. Thus, if a railroad company wants to resume rail service at some time in the future, the right-of-way will revert from a trail into an active rail line. So, the easement that the government gets will allow both interim trail and future rail use.

You pay nothing to join this case, win or lose. At the end of the lawsuit, the Costs, Expenses, and Attorneys' Fees ordinarily are paid for from the monies recovered on your behalf. Here, federal law (Uniform Relocation Assistance and Real Property Act, 42 U.S.C. § 4654(c)) allows, and Class counsel will seek, payment from the government of Costs, Expenses, and Attorneys' Fees that the Court considers reasonable.

Class counsel do not guarantee success. The Court has not decided yet if any eligible class member will win. As well, the Court's decisions, even negative ones, will affect directly every eligible class member.

**You may join only if you send:** an Entry of Appearance (that you can obtain from www.huttonlaw.com) and all the documents that it asks for, postmarked on or before 15 August 2006 to the office of **Class Counsel**, who are:

Hutton & Hutton Law Firm, L.L.C.
Attn: Deborah B. McIlhenny, Esq.
8100 E. 22nd St. N., Building 1200
Wichita, KS 67226
316.688.1166
*Class Counsel*

NOTE: You have the right to Enter your Appearance in this case or file your own case through your own counsel and at your own expense.

**If you do not file your Entry of Appearance, you will not be part of this class, the Court's decisions in this case will not affect you directly, and you will not benefit from any recovery in the case.**

This litigation will not affect the existence, location, alignment, appearance, use, or any other issues of the trail.

You may inspect all papers in this case at The Clerk of Court's office for the United States Court of Federal Claims, 717 Madison Place N.W., Washington, D.C.

CONTACT CLASS COUNSEL (noted above) OR YOUR OWN COUNSEL IF YOU HAVE QUESTIONS.
DO NOT CONTACT THE COURT OR ITS CLERK.

Dated: 23 May 2006

UNITED STATES COURT OF FEDERAL CLAIMS
JUDGE THOMAS C. WHEELER