IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No.: 05-992-L
Judge Thomas C. Wheeler

**MOTION TO AMEND COMPLAINT TO ADD PARTY PLAINTIFF**

Plaintiffs, Robert and Diane Allison, respectfully move this Court to allow Plaintiffs to amend the complaint to add a party plaintiff, pursuant to RCFC 21, and offer the following:

**A. FACTS.**

This Rails-to-Trails takings case in Wichita, Kansas, is an "opt-in only" class action under RCFC 23, for which the parties agreed to an opt-in deadline of 02 October 2006.[1]

Unexpectedly during the week of Thanksgiving 2006, Plaintiffs' counsel received a call from a woman who owns a parcel with 150 feet exposure along the railroad right-of-way. This frail, elderly woman, Ms. Ella Burrell, apparently did not understand the Court-ordered personalized notice that she received from Class Counsel, much less comprehend that she had a deadline to meet in order to opt-in to this case, until she showed the Notice and Entry of Appearance paperwork to her daughter who came home from Texas for Thanksgiving. Ms. Burrell's daughter brought her to visit Class Counsel where Ms. Burrell expressed her interest in joining the case. Ms. Burrell subsequently gathered the necessary documents to establish her ownership and right to make a claim.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

[1] The Court so ordered on 23 May 2006.

Plaintiffs respectfully ask the Court to waive the deadline on Ms. Burrell's behalf, for the reasons discussed below.

**B. ARGUMENT.**

Under RCFC 21, the Court may exercise its broad discretion to add parties upon motion or Plaintiffs suggest that the amendment would result in no evident change in either the complaint or caption. The caption indicates the Allison's representative capacity and does not list every opt-in; the complaint speaks to all possible-affected properties along the right-of-way, including Ms. Burrell's. As well, the actual class takes firm shape only after the ownership challenge period. *sua sponte* "at any stage of the action and on such terms as are just," notably, if adding parties (1) precludes needless waste of judicial resources and (2) does not prejudice the defendant or (3) alter the course of litigation.[2] Here, the Court should grant Plaintiffs' motion to add Ms. Burrell.

1. Adding Ms. Burrell would save money and judicial resources. The case has just begun the merits phase, during which the government examines key documents to verify each opt-in class member's property ownership on the date of taking that, in turn, gives each class member the right to make a claim. Ms. Burrell has her key documents ready to produce to establish her ownership and claim rights.[3] Although the deadline has passed, adding her as an opt-in class member now – at the beginning of this document examination period – and inserting her key

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

[2] RCFC 21 (in pertinent part; emphasis added); *Mullaney v. Anderson*, 342 U.S. 415, 417 (1952)(noting that adding parties even after appeal may be appropriate absent prejudice and a change in litigation); *Goodwyn v. United States*, 33 Fed. Cl. 730, 732 (1995)(*citing Data Gen. Corp. v. Grumman Sys. Support Corp.*, 825 F. Supp. 340, 344 (D. Mass. 1993)(using Fed. R. Civ. P. 21). Plaintiffs advise that in 2002, the Rules Committee revised RCFC 21 to conform more closely to Fed. R. Civ. P. 21. Accordingly, "[p]recedence under FRCP is persuasive in this Court." *Anderson Columbia Envt'l v. United States*, 42 Fed. Cl. 880, 881 (1999).

[3] Exh. A (Narrative; Burrell 75.1 - 75.18).

documents into the Book of Claims would be well-timed, efficient, and inexpensive. The government could review her documents in turn.

The alternative would be for Ms. Burrell to file an individual case and seek to consolidate hers with this one under RCFC 42. But that effort would incur additional fees and costs for the parties and the Court, for which Plaintiffs would seek reimbursement from the government pursuant to federal law, and might possibly result in delay.

2. Adding Ms. Burrell would not prejudice the government, unlike what Judge Bruggink found in *Illig v. United States*,[4] where the question was whether the court should enforce the opt-in date in a Rails-to-Trails takings class action.

In *Illig*, Ms. Illig filed her case several days before the statute of limitations ran. Three years after the opt-in deadline and more than two years after the case had closed, Ms. Illig sought to substitute a condominium association – and its 60 property-holding members – for one association member who had opted-into the class timely. Judge Bruggink denied the motion.[5] The Court reasoned that it was improper to reopen the class at such a late date for condo members who plainly failed to opt-in despite adequate notice, and that allowing the amendment would prejudice the government regarding the size of the claim by a factor of 60.[6] The Court also noted that plaintiff's requested relief should have been an amendment to add plaintiffs rather than a substitution and found that RCFC 15(c) did not bar the amendment despite the expired statute because the government had notice as the claim arose from the same transaction or occurrence as in the original pleading.[7]

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

---

[4] 61 Fed. Cl. 187 (2004).
[5] *Id.* at 190.
[6] *Id.*
[7] *Id.* at 189 n.1.

Although Ms. Burrell missed the deadline, the prejudice to Defendant that Judge Bruggink found disturbing in *Illig* does not exist here. Unlike the motion in *Illig* that came three years after the opt-in deadline and two years after the case was closed, this motion comes only a bit over three months after the deadline and at the very beginning of the merits phase, a time when the government could review Ms. Burrell's ownership documents alongside the others'. Unlike the prejudicial increase in claim size by a factor of 60 in *Illig*, Ms. Burrell's claim here increases the claim size by only one claim. Further, unlike the expired statute in *Illig*, the statute here runs in 2009.

3. Adding Ms. Burrell now will not result in any evident change in either the complaint or caption, or in the course of litigation. The caption indicates the Allison's representative capacity and is not meant to list every opt-in; the complaint speaks to all possible-affected properties along the right-of-way, including Ms. Burrell's, thus providing the government with notice.[8] Amendment would raise no new issues, as Ms. Burrell's claim arises from the same transaction or occurrence as the original complaint alleges. Litigation procedure for her case would be identical to that of all opt-ins. Consequently, it would not complicate nor delay the current case.[9] As well, class membership becomes fixed only after the parties complete the ownership challenge. That challenge has begun as an agreed-to, Court-ordered informal process, to be complete by 05 February 2007. Simply put, Ms. Burrell's documents are ready for government review.

Thus, under RCFC 21, this Court may – and should – grant Plaintiffs' motion.

HUTTON
& HUTTON
Law Firm, L.L.C

Tallgrass Exec. Park
8100 E. 22nd St. N
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

---

[8] *See Illig*, 61 Fed. Cl. at 190.

[9] *Cf. Clincher v. United States*, 499 F.2d 1250, 1252-53 (Ct. Cl. 1974)(denying class action representative's motion to add plaintiffs from different states, when the states from which they came would need to be named as defendants, and their attorneys general probably would entertain differing litigation strategies that all would require hearings and rulings to resolve a "multiplicity of subsequent diverse issues").

## C. CONCLUSION.

Plaintiffs respectfully ask the Court to grant their motion to amend the complaint to add Ms. Ella Burrell as a party plaintiff because doing so lies within this Court's discretion, would save money, and would not prejudice the government or change the course of litigation.

Dated: 18 December 2006

Respectfully submitted,

s/ Deborah B. McIlhenny, Esq.
Deborah B. McIlhenny, KS #18721
Admitted to practice COFC, 10.01.2003
Mark B. Hutton, KS #10112
Admitted to practice COFC, 10.17.1990
HUTTON & HUTTON LAW FIRM, L.L.C.
P.O.B. 638
8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638
316.688.1166 (telephone)
316.686.1077 (fax)
Debs.McIlhenny@huttonlaw.com

*With*

Larry D. Toomey, KS #11959
Terry C. Pilgreen, KS #09306
TOOMEY PILGREEN, L.L.C.
O'Rourke Title Bldg., 2nd Floor, 229 E. William
Wichita, KS 67202
316.264.3700 (telephone)
316.264.3898 (fax)
larry@toomeypilgreen.com

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

## CERTIFICATE OF SERVICE

I certify that on 18 December 2006 I presented the foregoing *Motion to Amend Complaint to Add Party Plaintiff* to the clerk of the court for filing and uploading to the CM/ECF system that will send a Notice of Electronic Filing to the following:

HelenAnne Listerman
Environment and Natural Resources Division
Natural Resources Section
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
202.305.0239 (telephone)
202.305.0506 (fax)
HelenAnne.Listerman@usdoj.gov

I hereby certify that on 18 December 2006 I sent a courtesy copy of the same document to the same listed counsel via email and a paper courtesy copy via United States Mail to Chambers.

s/ Deborah B. McIlhenny

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

*Allison v. United States*, No. 05-992L (Court of Federal Claims).

| | |
|---|---|
| Claimant: | ELLA MAE BURRELL. (Burrell 75.1 - 75.3 , Entry of Appearance; Burrell 75.4, Sedgwick County Affidavit.) |
| Mailing: | 2630 E. Murdock, Wichita, KS 67214. (*Id.*) |
| Situs: | Lot 1, Nuckoll's Subdivision of Reserve "A" Mossman's Second Addition to Wichita, Sedgwick County, Kansas, commonly known as 2630 E. Murdock (Burrell 75.5, Corporation Warranty Deed); SE4 15-27S-1E (Burrell 75.17, Map MI 59). |
| Date Obtained: | 04 February 1966. (Burrell 75.5, Corporation Warranty Deed.) Ms. Burrell held the property as a joint tenant with right of survivorship with her husband, Mr. Beverly Burrell, deceased as of 07 September 1991 (Burrell 75.6, Death Certificate of Beverly Burrell). As well, the Burrells divorced as of 09 December 1987, with the property at 2630 E. Murdock going to Ms. Burrell (Burrell 75.7 - 75.10, Journal Entry of Decree of Divorce). |
| Track Frontage: | Approx. 150 feet. (Burrell 75.17, Map MI 59; Burrell 75.1 - 75.3, Entry.) |
| PIN: | 125150421000200. (Burrell 75.13 - 75.14, Sedgwick County Kansas Real Property Appraisal/Tax Information; Burrell 75.15, Sedgwick County Real Estate Tax Valuation Notice 2004; Burrell 75.16, Sedgwick County Real Estate Tax Valuation Notice 2003.) |
| Key: | C-16134. (*Id.*) |
| Railroad Interest: | Right-of-way/Easement for railroad purpose. (Grant Deed/007, Book U, Page 260 Condemnation, #21.) |
| Attorney-Client: | Pending. |

EXHIBIT
tabbies
A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, | ] |
| | ] Case No.: 05-992-L |
| Plaintiffs, | ] Judge Thomas C. Wheeler |
| v. | ] |
| THE UNITED STATES OF AMERICA, | ] |
| Defendant. | ] |

**ENTRY OF APPEARANCE**

This Entry of Appearance shows your interest to become a member of this pending class action that seeks payment, or "just compensation," from the United States for authorizing the conversion of the Burlington Northern & Santa Fe Railroad right-of-way from milepost 504.05 (Hydraulic Ave.) in Wichita, KS, to 494.22, at the Sedgwick/Butler County KS line, into a recreational trail without paying the eligible owners of the land underlying the railroad right-of-way for that new use of the land, as required by federal law.

Ella Mae Burrell *(please print your full legal name as it appears on your deed)* declare under penalty of perjury that:

> *Note All persons having an interest in the property must enter an appearance. For example, if husband and wife hold the property, both must sign. If husband and wife hold the property but one is deceased, please attach a copy of the death certificate. If a trust holds the property, please attach a copy of the trust. Please include information on all properties that abut or underly the former railroad right-of-way. If you prevail, you will receive compensation for only your share of the property.*

1. My/our mailing address is: 2630 E. Murdock, Wichita, Kansas 67214

2. The address of the property that abuts or underlies the former railroad corridor is *(you must file a separate Entry for each separate parcel that you own)*: 2630 E. Murdock, Wichita, Kansas 67214

3. My/our telephone numbers are (day and evening): (713) 781-4606

4. The names of the owner of the property immediately to the east and west of my/our property are (*We seek this information so that counsel can organize the claims for the Court geographically from east to west along the trail*):

East: ______

West: Alice Fields

5. The trail runs about 15Ø feet through my/our property

6. I/We have attached a deed (or other instrument) under which I/we obtained title to the property as of 2.4.1966 (*the date on which you obtained the property*). If I/we inherited this property, I/we have attached the relevant death certificates and probate documents. (*Please attach death certificates and probate documents if you inherited this property*)

> *Note The deed or other instrument by which you acquired title to this property may be with your closing documents from the transaction when you bought the property. If not, you may contact the Sedgwick County Clerk's Real Estate Records/Information office at 316 660 9200 to identify the property and locate the deed by Book and Page Number. Or you may go to the Sedgwick County Register of Deeds' office web page at www.sedgwickcounty.org/deeds and click on "Know Your Register of Deeds Office Questions and Answers" Depending on the document's age, you may view the deed online at www.sedgwickcounty.org "Recorded Document Search." And you may obtain a prepaid copy of it from the Sedgwick County Register of Deeds office at 316 660 9400 These Sedgwick County offices are located in the Sedgwick County Courthouse, 525 N Main St, Wichita, Kansas, 67202 If you have questions about getting a deed or other instrument, please call Class Counsel Mr Larry Toomey at 316 264 3700 or Ms Debs McIlhenny at 316 688 1166*

7 I/We have attached a copy of the deed under which I/we or my/our predecessors granted a property interest or right-of-way to the railroad. (*If you do not have this document, write on plain paper "Have No Grant Deed to Railroad"*)

8. The Parcel Identification Number for this property is (*see your Tax Notice, Statement, or Receipt*)(*If the Parcel Identification Number changed or was different in April 2003, please also provide*

*the original number*): 125-15-ϕ-42-10-ϕϕ2.ϕϕ

9. I/We have attached a copy of the Sedgwick County Valuation Notice for Tax Years 2003-2004, or the Sedgwick County Tax Bill for the entire year of 2003, or our receipt from paying our Sedgwick County taxes for the entire year of 2003. (*If you sold the property after 22 April 2003, please provide tax paperwork showing the taxes that you paid before you sold the property.*)(*You may obtain a copy of the Valuation Notice from the Sedgwick County web page at www.sedgwickcounty.org "Real Property Appraisal/Tax Information"*)

10. I/We have attached a copy of a survey of this property showing the former railroad right-of-way. (*You may attach a subdivision map or tax plat/map that shows the location of your property and the railroad right-of-way, or you may hand-draw to your best ability the property showing the former railroad right-of-way if you do not have or cannot get a survey of your property.*) Please reduce it to 8½ x 11 if possible.

**YOUR SIGNATURES MUST BE NOTARIZED.**

STATE OF Kansas )
) ss.
COUNTY OF Sedgwick )

The undersigned state that the information stated above is true and correct to the best of their knowledge.

(Sign) Ella M. Burrell (Print) Ella M. Burrell

(Sign) ______________ (Print) ______________

Signed and sworn to before me, a Notary Public, on this 24th day of November, 2006.

Sherri D. Bowlby
Notary Public

My commission expires:

SHERRI D. BOWLBY NOTARY PUBLIC STATE OF KANSAS

Allison, et al. v. United States
05-992-L COFC
Burrell/75.3

SEDGWICK COUNTY, KANSAS

OFFICE OF THE COUNTY CLERK

DONALD C. BRACE
COUNTY CLERK

BRENT SHELTON
CHIEF DEPUTY

COUNTY COURTHOUSE ○ SUITE 211 ○ 525 NORTH MAIN ○ WICHITA KANSAS 67203-3791 ○ TELEPHONE: (316) 660-9222 ○ FAX: (316) 383-7961


# *Affidavit of Ownership*
# *Allison, etal v. The United States*
# *05-992-L*

Re: Situs: 2630 E MURDOCK WICHITA KS 67214

LOT 1 NUCKOLL'S SUB.

PIN: 125150421000200

Obtained: 12-9-87 Deed: 1-5-88

The owner of record for this property was BURRELL, ELLA M
April 22, 2003

Brent W. Shelton, Chief Deputy Clerk
Sedgwick County Kansas

CORPORATION WARRANTY DEED—Joint Tenancy

DEED 1396 PAGE 450

This space reserved for REGISTER OF DEEDS

STATE OF KANSAS SEDGWICK COUNTY FILED FOR RECORD
FEB 4 1966
No. 2742
RUFUS E. DEERING REGISTER OF DEEDS

**This Indenture,** Made this 31st day of January 1966 between Star Lumber & Supply Co. Inc.

(a corporation duly organized under the laws of the State of Kansas acting by its President, being thereunto duly authorized) in the county of Sedgwick and state of Kansas of the first part, and Beverly Burrell and Ella Mae Burrell husband and wife

of Sedgwick County in the State of Kansas, as joint tenants with the right of survivorship and not as tenants in common, of the second part.

WITNESSETH, That the said part of the first part, in consideration of the sum of ONE DOLLAR & other valuable consideration DOLLARS to it duly paid, the receipt of which is hereby acknowledged, has sold, and by these presents does grant, bargain, sell and convey unto the said parties of the second part, and the survivor of them all the following described real estate situated in the county of Sedgwick and State of Kansas to-wit:

ENTERED ON Lot One (1) Nuckolls Subdivision of Reserve "A"
TRANSFER RECORD Jossman's Second Addition to Wichita, Sedgwick
County, Kansas, commonly known as 2630 E. Murdock
FEB - 4 1966
W. O. WILLIAMS
COUNTY CLERK



with the appurtenances, and all the estate, title and interest of the said party of the first part therein. First party hereby covenants and agrees that at the delivery hereof it is the lawful owner of the premises above granted, and seized of a good and indefeasible estate of inheritance therein, free and clear of all incumbrances except easements and restrictions of record, unpaid specials if any

And subject to garage enchroachment on easement.

and that it will warrant and forever defend the same in the quiet and peaceable possession of said parties of the second part, and the survivor of them against all person lawfully claim the same.

IN WITNESS WHEREOF, the said party of the first part has executed this deed and affixed its corporate seal the day and year first above written.

STAR LUMBER & SUPPLY CO. INC.

Attest: [signature] Secretary

By [signature] Vice President

STATE OF Kansas, Sedgwick COUNTY, ss.

BE IT REMEMBERED, That on this 31st day of January A.D. 19 66 before me, a Notary Public, in and for the County and State aforesaid, came Robert L. Goebel Goebel Vice President of Star Lumber & Supply Co. Inc., to me personally known to be the same person who executed the within and foregoing instrument, and duly acknowledged the execution of the same for and on behalf, and as the act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal, the day and year last above written.

[signature]
L. A. Olson Notary Public

My commission expires June 28 19 66

Allison, et al. v. United States
05-992-L COFC
Burrell/75.5

\TH 9109014894

91 SEP 18 AM 11:47

91-014894

KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT

Office of Vital Statistics

# CERTIFICATE OF DEATH

STATE FILE NUMBER

DECEDENT'S NAME FIRST: BEVERLY  MIDDLE: NMN  LAST: BURRELL

2. SEX: M

3. DATE OF DEATH (Mo., Day, Yr.): September 7, 1991

SOCIAL SECURITY NUMBER: 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

5a. AGE—Last Birthday (Yrs.): 60

5b. UNDER 1 YEAR: Months / Days

5c. UNDER 1 DAY: Hours / Minutes

6. DATE OF BIRTH (Mo., Day, Yr.): November 7, 1930

7. BIRTHPLACE (City and State or Foreign Country): Philadelphia, PA

WAS DECEDENT EVER IN U.S. ARMED FORCES? [X] Yes [ ] No

8a. PLACE OF DEATH (Check only one): HOSPITAL [X] Inpatient [ ] ER/Outpatient [ ] DOA; OTHER [ ] Nursing Home [ ] Residence [ ] Other (Specify)

FACILITY NAME (If not institution, give street and number): Munson Army Community Hospital

9c. CITY, TOWN, OR LOCATION OF DEATH: Ft Leavenworth

9d. COUNTY OF DEATH: Leavenworth

MARITAL STATUS: [ ] Married [ ] Never Married [ ] Widowed [X] Divorced

11. SURVIVING SPOUSE (If wife, give maiden name): N/A

12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.): Airman

12b. KIND OF BUSINESS/INDUSTRY (Do not give name of company): U.S. Air Force

RESIDENCE—STATE: Kansas

13b. COUNTY: Wyandotte

13c. CITY, TOWN, OR LOCATION AND ZIP CODE: Kansas City, KS 66104

13d. STREET AND NUMBER: 4853 Washington

13e. INSIDE CITY LIMITS? [X] Yes [ ] No

ANCESTRY—(Cuban, Mexican, Puerto Rican, Vietnamese, Hmong, English, German, etc.) (Specify): American

15. RACE—(Native American, Black, White, etc.) (Specify): Black

16. DECEDENT'S EDUCATION (Specify only highest grade completed): Elementary/Secondary (0-12): — College (1-4 or 5+): 4 yrs

FATHER'S NAME FIRST: WILLIAM  MIDDLE: ---  LAST: BURRELL

18. MOTHER'S NAME FIRST: DAISY  MIDDLE: ----  MAIDEN SURNAME: BELLS

INFORMANT'S NAME (Type): Helene Burrell

19b. MAILING ADDRESS (Street and Number, or Rural Route, City or Town, State, Zip Code): 4853 Washington Avenue, Kansas City, KS 66104

METHOD OF DISPOSITION: Burial [ ] Cremation [ ] Removal from State; Donation [ ] Other (Specify)

20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): National Cemetery

20c. LOCATION—City or Town, State: Leavenworth, Kansas

FUNERAL SERVICE LICENSEE & LICENSE NO. (Signature): ▶ J. Thatcher Davis #1929

21b. NAME OF EMBALMER & LICENSE NO.: Bobby Pearson #3121

NAME AND ADDRESS OF FIRM: THATCHER FUNERAL HOME 1520 No. 5th St. Kansas City, KS 66101

23a. To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated.

(Signature and Title) X Tony Carter MC

23b. DATE SIGNED (Mo., Day, Yr.): September 9, 1991

23c. TIME OF DEATH: 2:41 A.M. (P.M.)

23d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)

To be Completed by CORONER Only

24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place, and due to the cause(s) and manner as stated.

(Signature and Title) X

24b. DATE SIGNED (Mo., Day, Yr.)

24c. TIME OF DEATH A.M. P.M.

24d. PRONOUNCED DEAD (Mo., Day, Yr.)

24e. PRONOUNCED DEAD (Hour) A.M. P.M.

25. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN OR CORONER) (Type or Print): TONY CARTER, LTC, MC Munson Army Community Hospital, FT Leavenworth, KS 66027

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | Cause | Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Cholangitis (Sepis) | 4 Days |
| | DUE TO (OR AS A CONSEQUENCE OF): b. Common Bile Duct Obstruction | 3 Weeks |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST | DUE TO (OR AS A CONSEQUENCE OF): c. Metastatic Cancer of the Pancreas | 2 Months |
| | DUE TO (OR AS A CONSEQUENCE OF): d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

27a. AUTOPSY [ ] Yes [ ] No

27b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH [ ] Yes [ ] No

28. WAS CASE REFERRED TO CORONER [ ] Yes [ ] No

MANNER OF DEATH: Natural, Accident, Suicide, Homicide, [ ] Pending Investigation, [ ] Could not be determined

30a. DATE OF INJURY (Mo., Day, Yr.)

30b. TIME OF INJURY A.M. P.M.

30c. INJURY AT WORK [ ] Yes [ ] No

30d. DESCRIBE HOW INJURY OCCURRED

30e. PLACE OF INJURY—Own home, other residence, farm, street, factory, office building, etc. (Specify)

30f. LOCATION (Street and Number or Rural Route, City or Town, State)

Allison, et al. v. United States
05-992-L COFC
Burrell/75.6

FILED

APP DOCKET NO. ____

Dec 9 3 37 PM '87

18TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KANSAS
BY ____

Rec. atty 12-9-87

REAL Property

Margaret E. Walker
Attorney at Law
WICHITA LAWYERS CARE PROJECT
154 N. Emporia, Suite 101
Wichita, Kansas 67202
Telephone: 265-9681

IN THE EIGHTEENTH JUDICIAL DISTRICT, DISTRICT COURT
SEDGWICK COUNTY, KANSAS
DOMESTIC DEPARTMENT

| | |
|---|---|
| IN THE MATTER OF THE MARRIAGE OF<br>ELLA MAE BURRELL<br>AND<br>BEVERLY BURRELL | Case No. 87 D 2106 |

Pursuant to Chapter 60 of
Kansas Statutes Annotated

JOURNAL ENTRY OF DECREE OF DIVORCE

NOW ON THIS 9th day of December, 1987, the above-captioned matter comes on for hearing. The Petitioner appears in person and by and through her attorney, the Wichita Lawyers Care Project by and through Margaret E. Walker. The Respondent does not appear.

WHEREUPON, the Court, after examining the file and pleadings herein, finds:

1. That the Petition has been on file more than sixty (60) days;

2. That personal service was obtained upon the Respondent;

3. That the Court has jurisdiction over the parties and the subject matter of this action;

4. That the matter may be heard at this time.

THEREUPON, the Petitioner introduces testimony and rests and there being no testimony on behalf of the Respondent, the Court finds:

1. That the statements in the Petition are true.

2. That the Petitioner and Respondent were married on the 23rd day of July, 1955, in Franklin, Texas.

3. That there are five children born of this marriage, which are now all adults: Kenneth R. Burrell, born 05-12-55, William A. Burrell, born 06-30-57, Anthony W. Burrell, born 10-23-59, Beverly R. Burrell, born 11-25-63 and Felecia L. Burrell,

LEGAL SERVICES
of WICHITA
154 N. Emporia
Suite 101
Wichita, Kansas 67202
(316) 265-9681

born 01-27-66

4. That the parties are incompatible.

5. That the Petitioner should be awarded the 1982 Chevrolet, the personal property in Petitioner's possession and any items acquired hereafter, free of any claim by the Respondent.

6. That the Petitioner shall be awarded the real property commonly known as 2630 E. Murdock, Wichita, Kansas and legally described:

Lot 1, Nuckolls Sub. Division
Wichita, Sedgwick County, Kansas

free of any claim by the Respondent.

7. That the Respondent should be awarded the personal property in Respondent's possession and any items acquired hereafter, free of any claim by the Petitioner.

8. That the Petitioner shall be responsible for the following debts and obligations, and the Respondent shall be held harmless for the same:

Mastercard $1400
Visa $320
Mercury Mortgage $94/mo
State Farm $15.50
State Farm (car ins.) $420/yr.
Petitioner's debts since separation

9. That the Respondent shall be responsible for the following debts and obligations, and the Petitioner shall be held harmless for the same:

Respondent's debts since separation

LEGAL SERVICES
of WICHITA
154 N. Emporia
Suite 101
Wichita, Kansas 67202
(316) 265-9681

10. That the Respondent is ordered to pay the sum of $150.00 per month as spousal support. Said support shall be paid every month beginning the 1st day of January, 1989. The Court finds that good cause exists for not having said support payments made payable to the Court Trustee. Said support payments shall therefore be paid through the Clerk of the District Court Support Division. The Clerk shall transmit said support payments to the Petitioner.

11. That judgment is entered against the Respondent in the sum of $500.00 as arrearage of spousal support, as ordered in the Temporary Order.

12. It is ordered that, should a support arrearage accrue in an amount equal to or greater than the amount of support payable for one month and should all or part of one payment be more than 30 days overdue, an income withholding order shall require any payor of income to the judgment debtor to withhold income each pay period in necessary and lawful amounts to pay this current support obligation and to reduce the accrued arrearage.

13. That each party is ordered to execute any instruments of title necessary to effect any transfer of property ordered herein. In the event such instruments are not executed within fifteen (15) days, this Journal Entry shall serve as a transfer of title.

14. That the Wichita Lawyers Care Project upon oral motion, requests the Court that it be allowed to withdraw as attorney of record for Ella Mae Burrell, the Petitioner in this action, upon filing of the divorce decree in this action.

15. That the Petitioner, Ella Mae Burrell, is present in the courtroom and makes no objection to the Wichita Lawyers Care Project's motion to withdraw.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the parties are divorced from one another and the marriage is dissolved; and that the above findings are hereby made an order of the Court.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the parties are prohibited from contracting marriage with any other person until thirty (30) days after this Decree becomes final, the divorce to be effective on the filing of this Journal Entry with the Clerk of the District Court of Sedgwick County, Kansas, and, if an appeal is taken, then until receipt of the mandate from the appropriate appellate court in accordance with K.S.A. 60-2106 (c). Any marriage contracted before the expiration of that period shall become null and void, unless parties have agreed in writing to waive the right to appeal.

IT IS FURTHER BY THE COURT, CONSIDERED, ORDERED, ADJUDGED

LEGAL SERVICES
of WICHITA
154 N Emporia
Suite 101
Wichita, Kansas 67202
(316) 265-9681

AND DECREED that the Wichita Lawyer Care Project's motion to withdraw as attorney of record for Ella Mae Burrell, the Petitioner in this action, is sustained.

JUDGE

SUBMITTED BY:

WICHITA LAWYERS CARE PROJECT

BY: Margaret E. Walker by [illegible]
Margaret E. Walker
Attorney for Petitioner

BY Ella M. Burrell
Ella Mae Burrell, Petitioner

LEGAL SERVICES
of WICHITA
154 N. Emporia
Suite 101
Wichita, Kansas 67202
(316) 265-9681

MERCURY MORTGAGE CO., INC.
P. O. Box 131
Tulsa, Oklahoma 74101

10914

STATE OF KANSAS
SEDGWICK COUNTY
FILED FOR RECORD AT 1:00 P M
OCT 25 1994
NO. 1416905
PAT KETTLER
REGISTER OF DEEDS

RELEASE AND SATISFACTION OF MORTGAGE

STATE OF KANSAS
COUNTY OF SEDGWICK
KNOW ALL MEN BY THESE PRESENTS:

That for value received, the undersigned, FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation organized and existing under the laws of the United States, does hereby release and discharge the hereinafter-described property from the lien of that certain mortgage executed by Beverly Burrell and Ella Mae Burrell, husband and wife, to MERCURY MORTGAGE CO., INC., dated February 2nd, 19 66, filed for record on February 4th, 1966 as Instrument number 2743, and recorded in the Office of the Register of Deeds in Sedgwick County, Kansas, in Book 1556, Page 184, of the Mortgage Records, and assigned by the said MERCURY MORTGAGE CO., INC. to FEDERAL NATIONAL MORTGAGE ASSOCIATION by assignment dated February 8th, 19 66, and recorded in Sedgwick County, Kansas, in Book 1556, Page 320, of the Mortgage Book records, to-wit:

Lot 1, in NUCKOLLS SUBDIVISION OF RES. "A", MOSSMANS 2nd ADDITION TO Wichita, Sedgwick County, Kansas.

REGISTER OF DEEDS SEDGWICK COUNTY KANSAS

MICROFILMED OF RECORD

IN WITNESS WHEREOF, Federal National Mortgage Association has caused these presents to be signed in its name on this October 14th, 1994, by its duly authorized Attorney-in-Fact, whose appointment was recorded in Film 547, Page 423, in the Records of Sedgwick County, Kansas.

ATTEST:

MERCURY MORTGAGE CO., INC. as ATTORNEY-IN-FACT FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION

Kathryn K. Rash, Secretary

Gregory S. Simpson, Vice President

STATE OF OKLAHOMA )
) ss
COUNTY OF TULSA )

CORPORATION ACKNOWLEDGMENT

Before me, the undersigned, a Notary Public in and for said County and State, on this 14th day of October, 19 94, personally appeared Gregory S. Simpson, Vice President of Mercury Mortgage Co., Inc., Attorney-in-Fact for Federal National Mortgage Association, to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as its Vice President and acknowledged to me that he executed the same as his free and voluntary act and deed, and as the free and voluntary act and deed of such corporation, for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My commission expires:

November 11th, 1996

V. Eileen Malham, Notary Public

RETURN ABOVE

Allison, et al. v. United States
05-992-L COFC
Burrell/75.11

BOOK 484 PAGE 334

STATE OF KANSAS } ss
SEDGWICK COUNTY }
FILED FOR RECORD AT
1:00 P M

MERCURY MORTGAGE CO., INC.
P. O. Box 131
Tulsa, Oklahoma 74101

10914

OCT 25 1994

NO. 1416905
PAT KETTLER
REGISTER OF DEEDS

RELEASE AND SATISFACTION OF MORTGAGE

STATE OF KANSAS }
COUNTY OF SEDGWICK } KNOW ALL MEN BY THESE PRESENTS:

That for value received, the undersigned, FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation organized and existing under the laws of the United States, does hereby release and discharge the hereinafter-described property from the lien of that certain mortgage executed by Beverly Burrell and Ella Mae Burrell, husband and wife, to MERCURY MORTGAGE CO., INC., dated February 2nd, 19 66, filed for record on February 4th, 19 66, as Instrument Number 2743, and recorded in the Office of the Register of Deeds in Sedgwick County, Kansas, in Book 1556, Page 184, of the Mortgage Records, and assigned by the said MERCURY MORTGAGE CO., INC. to FEDERAL NATIONAL MORTGAGE ASSOCIATION by assignment dated February 8th, 19 66, and recorded in Sedgwick County, Kansas, in Book 1556, Page 320, of the Mortgage Book records, to-wit:

Lot 1, in NUCKOLLS SUBDIVISION OF RES. "A", MOSSMANS 2nd ADDITION TO Wichita, Sedgwick County, Kansas.

MICROFILMED
OF RECORD

IN WITNESS WHEREOF, Federal National Mortgage Association has caused these presents to be signed in its name on this October 14th, 1994 by its duly authorized Attorney-in-Fact, whose appointment was recorded in Film 567, Page 423, in the Records of Sedgwick County, Kansas.

ATTEST:

MERCURY MORTGAGE CO., INC. as ATTORNEY-IN-FACT FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION

Kathryn A. Rash, Secretary

Gregory S. Simpson, Vice President

STATE OF OKLAHOMA )
) ss
COUNTY OF TULSA )

CORPORATION ACKNOWLEDGMENT

Before me, the undersigned, a Notary Public in and for said County and State, on this 14th day of October, 19 94, personally appeared Gregory S. Simpson, Vice President of Mercury Mortgage Co., Inc., Attorney-in-Fact for Federal National Mortgage Association, to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as its Vice President, and acknowledged to me that he executed the same as his free and voluntary act and deed, and as the free and voluntary act and deed of such corporation, for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My commission expires:

November 11th, 1996

V. Eileen Malham, Notary Public

RETURN ABOVE

Allison, et al. v. United States
05-992-L COFC
Burrell/75.12

Sedgwick County... working for you

Sedgwick County, Kansas
Real Property Appraisal / Tax Information for

# 2630 E MURDOCK

as of Monday, December 18, 2006

Property Appraisal & Tax Information / Payment Center Home Page
<< Go Back to Property Address Listings
View Taxes Due / Make Payment View Transaction History

**Property Owner Name:** BURRELL, ELLA M
**Legal Description:** LOT 1 NUCKOLL'S SUB.
**Key Number:** C 16134 **Control Number:** 161702 **Parcel Id:** 125150421000200
**Tax Unit:** 6702 WICHITA **2006 Mill Levy:** 116.064
**School District:** USD 259 **Land Use:** SINGLE FAMILY

**Lot Square Feet:** 7980 **Year Built:** 1953 **Style:** Ranch **Exterior Walls:** Wood Frame
**No. of Bedrooms:** 3 **Acres:** 0

**Living Area Square Feet:** 1268 **Lower Level Finished Area:** **Basement Finished Area:** 0

**2006 Appraised Value:** $26000 **2006 Assessed Value:** $2990

**General Taxes Billed as of November 1st 2006*:** $ 301.03
**Special Taxes Billed as of November 1st 2006*:** $ 3.65
**Total Taxes Billed as of November 1st 2006*:** $ 304.68
*NOTE: Tax amounts shown above are subject to change throughout the year. View taxes due for current amount owed.

**Appraisal and Assessment Values**

| Appraisal Value | | | | | |
|---|---|---|---|---|---|
| Year | Class | Land | Improvements | Total | Percent Change |
| 2006 | RESIDENTIAL URBAN | $6600 | $19400 | $26000 | 0% |
| 2005 | RESIDENTIAL URBAN | $6600 | $19400 | $26000 | 3% |
| 2004 | RESIDENTIAL URBAN | $6600 | $18600 | $25200 | 3% |
| 2003 | RESIDENTIAL URBAN | $6600 | $17900 | $24500 | 3% |
| 2002 | RESIDENTIAL URBAN | $8700 | $15100 | $23800 | 3% |
| 2001 | RESIDENTIAL URBAN | $8700 | $14400 | $23100 | 0% |

| Assessment Value | | | | | |
|---|---|---|---|---|---|
| Year | Class | Land | Improvements | Total | Percent Change |
| 2006 | RESIDENTIAL URBAN | $759 | $2231 | $2990 | 0% |
| 2005 | RESIDENTIAL URBAN | $759 | $2231 | $2990 | 3% |
| 2004 | RESIDENTIAL URBAN | $759 | $2139 | $2898 | 3% |
| 2003 | RESIDENTIAL URBAN | $759 | $2058 | $2817 | 3% |
| 2002 | RESIDENTIAL URBAN | $1000 | $1736 | $2736 | 3% |
| 2001 | RESIDENTIAL URBAN | $1000 | $1656 | $2656 | 0% |

Allison, et al. v. United States
05-992-L COFC
Burrell/75.13

**Disclaimer: The value per square foot is the total appraised value divided by the square foot living area. When comparing this figure with other properties please be mindful of differences in physical characteristics (like basement finish, detached structures, and lot size.)**

Thank you for using the Sedgwick County Tax and Appraisal web application. The purpose of this report is to allow Sedgwick County property owners the ability to check both the Tax information and Appraisal value of their property.

If you have questions about your property in regards to the valuation and/or taxes and how to appeal them, please call the Appraiser's Information & Assistance Line at (316) 660-9250

Print this page

Allison, et al. v. United States
05-992-L COFC
Burrell/75.14

SEDGWICK COUNTY, KANSAS
OFFICE OF THE APPRAISER
525 N. MAIN, ROOM 227
WICHITA, KANSAS 67203-3795

SEDGWICK COUNTY KANSAS

VALUATION NOTICE
TAX YEAR 2004
THIS IS NOT A TAX BILL

1-197155

DATE MAILED: 03-01-2004

PARCEL IDENTIFICATION NUMBER: 125-15-0-42-10-002.00-
PROPERTY ADDRESS: C -16134 161702
2630 E MURDOCK WICHITA KS 67214

PROPERTY OWNER:
BURRELL, ELLA M
2630 E MURDOCK
WICHITA KS 67214-4639

TRACT DESCRIPTION:
LOT 1
NUCKOLL'S SUB.

NBHD: 3700 LAND USE: 111 TAX UNIT: 6702

THE APPRAISAL OF YOUR PROPERTY HAS BEEN COMPLETED AS REQUIRED BY KANSAS LAW (K.S.A. 79-1476). This is your official notification of the Appraiser's estimate of value for the property identified above.

**2003**

| Class | Appraised Value | Assessed Value |
|---|---|---|
| R | 24,500 | 2,818 |
| Total | 24,500 | 2,818 |

**2004**

| Class | Appraised Value | Assessed Value |
|---|---|---|
| R | 25,200 | 2,898 |
| Total | 25,200 | 2,898 |

THE APPRAISED VALUE AND CLASS LISTED ABOVE HAS BEEN MULTIPLIED BY THE ASSESSMENT PERCENTAGE LISTED BELOW FOR EACH CLASS TO OBTAIN THE ASSESSED VALUE.

| Class | | Assessment Rate |
|---|---|---|
| R | Real property used for residential purposes including apartments and condominiums | 11.5% |
| A | Land devoted to agricultural use | 30% |
| N | Real property owned and operated by not-for-profit organizations | 12% |
| O | All other urban and rural real property | 30% |
| F | Residence on farm home sites | 11.5% |
| V | Vacant Lots | 12% |
| E | Exempt property | 0% |
| A | Improvements on land devoted to agricultural use | 25% |
| C | Real property used for commercial and industrial purposes | 25% |

## IMPORTANT

Kansas law provides for informal meetings between property owners and the County Appraisal Office to review the appraised value and insure that all information on file is correct. A valuation appeal is not a complaint about higher taxes. It is an attempt to prove that your property's appraised value is either inaccurate or unfair. The tax impact (change in your taxes) cannot be determined until the levies are set by the various taxing jurisdictions later in the year. Please be aware that even though the assessed value of your property may have increased, you may not necessarily experience a similar increase in your real estate taxes. It depends on whether the mill levy adopted by the taxing authorities: (1) remains the same, (2) is decreased, or (3) is increased.

A Guide to the Appeal Process in Kansas is available free of charge in your County Appraiser's Office.

Allison, et al. v. United States
05-992-L COFC
Burrell/75.15

FFICE OF THE APPRAISER
525 N. MAIN, ROOM 227
WICHITA, KANSAS 67203-3795

TAX YEAR 2003
THIS IS NOT A TAX BILL.

1-200653

E MAILED: 02-28-2003

CEL IDENTIFICATION NUMBER: 125-15-0-42-10-002.00-
PERTY ADDRESS: C -16134 161702
2630 E MURDOCK WICHITA KS 67214

PERTY OWNER:

BURRELL, ELLA M
2630 E MURDOCK
WICHITA KS 67214-4639

TRACT DESCRIPTION:
LOT 1
NUCKOLL'S SUB.

D: 3700 LAND USE: 111 TAX UNIT: 6702

APPRAISAL OF YOUR PROPERTY HAS BEEN COMPLETED AS REQUIRED BY KANSAS LAW (K.S.A. 79-1476). is your official notification of the Appraiser's estimate of value for the property tified above.

**2002**

| s | Appraised Value | Assessed Value |
|---|---|---|
| | 23,800 | 2,738 |
| l | 23,800 | 2,738 |

**2003**

| Class | Appraised Value | Assessed Value |
|---|---|---|
| R | 24,500 | 2,818 |
| Total | 24,500 | 2,818 |

APPRAISED VALUE AND CLASS LISTED ABOVE HAS BEEN MULTIPLIED BY THE ASSESSMENT PERCENTAGE D BELOW FOR EACH CLASS TO OBTAIN THE ASSESSED VALUE.

| | Assessment Rate | Class | Assessment Rate |
|---|---|---|---|
| | Real property used for residential purposes including apartments and condominiums ..........11.5% | F | Residence on farm home sites....11.5% |
| | Land devoted to agricultural use ......30% | V | Vacant Lots......................12% |
| | | E | Exempt property..................0% |
| | Real property owned and operated by not-for-profit organizations..12% | A | Improvements on land devoted to agricultural use......25% |
| | All other urban and rural real property.........30% | C | Real property used for commercial and industrial purposes...........25% |

# IMPORTANT

s law provides for informal meetings between property owners and the County Appraisal e to review the appraised value and insure that all information on file is correct. A tion appeal is not a complaint about higher taxes. It is an attempt to prove that your rty's appraised value is either inaccurate or unfair. The tax impact (change in your ) cannot be determined until the levies are set by the various taxing jurisdictions in the year. Please be aware that even though the assessed value of your property ave increased, you may not necessarily experience a similar increase in your real e taxes. It depends on whether the mill levy adopted by the taxing authorities: mains the same, (2) is decreased, or (3) is increased.

de to the Appeal Process in Kansas is available free of charge in your County Appraiser's Office.

Allison, et al. v. United States
05-992-L COFC
Burrell/75.16

Ella Burrell
2630 E Murdock




Allison, et al. v. United States
05-992-L COFC
Burrell/75.17

JOHN T. (JACK) REEVES

OFFICE OF
BAUGHMAN CO.
*Surveyors*
2522 EAST KELLOGG
WICHITA, KANSAS 67211
MURRAY 3-7431

FRED J. DOANE

State of Kansas )
) SS November 19, 1965
County of Sedgwick)

I, John T. Reeves, Surveyor in aforesaid county and state do hereby certify that I did on this 19th day of November, 1965, survey Lot 1, Nuckoll's Sub-division of Reserve A of Mossman's Second Addition to Wichita, Kansas.

On said lot is house No. 2630 with a detached garage which is in the clear of all boundary lines. There are no encroachments on said lot by buildings on the adjacent lots.

The accompanying plat is a true and correct exhibit of said survey for mortgagee title insurance.

John T. Reeves
Surveyor




Allison, et al. v. United States
05-992-L COFC
Burrell/75.18