IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No. 05-992L<br>Judge Thomas C. Wheeler |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFFS' MOTION TO AMEND COMPLAINT TO ADD PARTY PLAINTIFF**

Defendant, the United States of America, through its undersigned counsel, hereby files this Response to Plaintiffs' Motion to Amend Complaint to Add Party Plaintiff.

On May 23, 2006, the Court ordered, inter alia, Plaintiffs' class counsel to "[s]erve the claims book on Defendant's counsel on or before October 2, 2006, the 'opt-in' cut-off date." Now Plaintiffs seek to include an additional property owner to the proposed class, Ms. Ella Burrell, after the opt-in deadline. See Pls.' Mot. to Amend Compl. to Add Party Pl.

Defendant neither supports nor objects to Ms. Burrell being added to the proposed class. At this early stage of the litigation, where the parties are working to resolve informally any disputes concerning qualifying property interests of proposed class members, Defendant does not believe it will be prejudiced by Ms. Burrell being included in the proposed class.[1/] Defendant, however, does not waive its right to oppose the inclusion of any additional property owner who

[1/] Notwithstanding the caption of Plaintiffs' motion, the text of the motion makes clear that Plaintiffs do not seek to add Ms. Burrell as a party representative. Pls.' Mot. to Amend Compl. to Add Party Pl. at 2-4. Rather, it is Defendant's understanding that Ms. Burrell only wishes to opt-in as a member of the proposed class. In the event, however, that Plaintiffs do wish to make Ms. Burrell a party representative, Defendant would object, as Plaintiffs have provided no evidence justifying her qualifications as such.

has failed to meet the Court-imposed opt-in deadline, but seeks to join the class later in the litigation. Additionally, if this Court determines that Ms. Burrell may be added to the proposed class, Defendant reserves the right to challenge the qualifying interest allegedly held by Ms. Burrell.

Dated: December 27, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ HelenAnne Listerman
HELENANNE LISTERMAN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0239
Fax: 202-305-0506
Email: HelenAnne.Listerman@usdoj.gov

*Attorney for Defendant, the United States of America*

Of Counsel:
Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423