# In the United States Court of Federal Claims

No. 05-992L

(Filed: December 28, 2006)

****************************************** *
*
ROBERT AND DIANE ALLISON, individually *
and on behalf of all others similarly situated, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On December 18, 2006, counsel for the Plaintiffs filed with the Court a motion to amend their Complaint to add Ms. Ella Burrell of Wichita, Kansas as a party plaintiff in this case. Defendant has not objected to Plaintiffs' request. Accordingly, the Court GRANTS Plaintiffs' motion.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge