# In the United States Court of Federal Claims

No. 05-992L

(Filed: February 15, 2007)

*************************************** *
*
ROBERT AND DIANE ALLISON, individually *
and on behalf of all others similarly situated, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On February 14, 2007, the Court held a telephonic status conference with counsel for the parties to discuss their progress and future tasks on issues relating to eligibility, liability, and damages. The Court is satisfied that the parties are working diligently and in good faith to resolve this matter voluntarily. Counsel are requested to keep the Court apprised of their progress through the filing of periodic status reports. The first status report shall be filed on or before March 15, 2007, with subsequent reports to be filed every 60 days thereafter. Counsel should notify the undersigned promptly if the Court's assistance is desired.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge