IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, | ) | |
| | ) | No. 05-992L |
| Plaintiffs, | ) | |
| | ) | Judge Thomas C. Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>JOINT STATUS REPORT</u>**

Plaintiffs, Robert and Diane Allison, et al., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated February 15, 2007. In furtherance of their settlement discussions, the parties are continuing their efforts to resolve informally any disputes concerning the eligibility of class members.

As ordered by the Court, the parties will file their next Joint Status Report in 60 days, or not later than May 14, 2007, to address the status of the case.

This motion was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this motion on behalf of both parties.

Dated: March 15, 2007

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ HelenAnne Listerman
HELENANNE LISTERMAN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0239
Fax: 202-305-0506
Email: HelenAnne.Listerman@usdoj.gov

Of Counsel:
Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423