IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, | ) | |
| | ) | No. 05-992L |
| Plaintiffs, | ) | |
| | ) | Judge Thomas C. Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ________________________________________ | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Robert and Diane Allison, et al., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated February 15, 2007.

At present, the parties have no liability issues that have arisen during their settlement discussions that require the assistance of the Court. In the furtherance of their ongoing settlement discussions, the parties believe it would be helpful to those discussions to have some expert-valuation assistance. As such, the parties have reached an agreement for the handling of appraisals for qualifying property interests at issue in this case. Plaintiffs have hired an appraiser, Mr. F. Lee Jones, who is currently appraising the qualifying property interests. Plaintiffs will produce Mr. Jones's final appraisal to Defendant upon its completion, which Plaintiffs estimate will be in approximately 180 days. Within 60 days of receiving this report, Defendant will inform Plaintiffs of any potential challenges to the appraisal in an effort to resolve differences between the parties. If these issues cannot be resolved by the parties, then Defendant will

determine whether it needs to hire an appraiser to challenge Mr. Jones's appraisal report. If Defendant hires an appraiser to rebut Mr. Jones's report, Defendant will notify Plaintiffs promptly, and will provide Plaintiffs with a rebuttal report within a reasonable time. If Defendant does not intend to challenge Mr. Jones's final appraisal report, then the parties will work to reach a settlement based upon Mr. Jones's report.

As ordered by the Court, the parties will file their next Joint Status Report in 60 days, or not later than November 9, 2007, to address the status of the case.

This motion was jointly prepared by counsel for the parties. Counsel for Defendant has authorized the undersigned to file this motion on behalf of both parties.

Dated: September 7, 2007

Respectfully submitted,

/s/ Deborah B. McIlhenny

DEBORAH B. McILHENNY
Hutton & Hutton Law Firm, LLC
P.O.B. 638
8100 E. 22nd Street North, Building 1200
Wichita, KS 67226
316.688.1166 telephone
316.686.1077 fax
debs.mcilhenny@huttonlaw.com