IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERT AND DIANE ALLISON, *et al.*, ]
] Case No.: 05-992-L
Plaintiffs, ] Judge Thomas C. Wheeler
]
v. ]
]
THE UNITED STATES OF AMERICA, ]
]
Defendant. ]
]

**JOINT STATUS REPORT**

Plaintiffs, Robert and Diane Allison, *et al.*, and Defendant, The United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated 15 February 2007.

At present the parties have no liability issues that have arisen during their settlement discussions that require any assistance of the Court. To further settlement discussions, Plaintiffs have hired an appraiser, Mr. F. Lee Jones, and are following the appraisal process set forth in their Joint Status Report of 7 September 2007.

As the Court has ordered, the parties will file their next Joint Status Report in 60 days, or not later than 8 January 2008.

The parties jointly prepared this report. Counsel for Defendant has authorized the undersigned to file this report of behalf of both parties.

Dated: 8 November 2007

Respectfully submitted,

/s/ Deborah B. McIlhenny
DEBORAH B. McILHENNY (admitted 10.01.03)
MARK B. HUTTON (admitted 10.17.90)
Hutton & Hutton Law Firm, LLC

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

P.O.B. 638
8100 E. 22nd Street North, Building 1200
Wichita, KS 67226
316.688.1166 telephone
316.686.1077 fax
debs.mcilhenny@huttonlaw.com

*With*

Larry D. Toomey, KS #11959
Terry C. Pilgreen, KS # 09306
O'Rourke Title Building, 2nd Floor
229 E. William Street
Wichita, KS 67202
316.264.3700 telephone
316.264.3898 fax

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com