IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT AND DIANE ALLISON, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 05-992L |
| v. | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kathleen Doster as attorney for the United States. Service of all papers by U.S. Mail should be addressed as follows:

Kathleen Doster
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663, Washington, D.C. 20044-0663
Telephone: 202-305-0481
FAX: 202-305-0506
Email: kathleen.doster@usdoj.gov

Overnight and hand deliveries should be addressed to:

Kathleen Doster
United States Department of Justice
Natural Resources Section, ENRD
601 D St., N.W., Rm. 3530
Washington, D.C. 20004

Dated: January 4, 2008

Respectfully Submitted,

s/ Kathleen Doster
KATHLEEN DOSTER
Environmental & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0481
Fax: 202-305-0506