IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERT AND DIANE ALLISON, *et al.*, ]
] Case No.: 05-992-L
Plaintiffs, ] Judge Thomas C. Wheeler
]
v. ]
]
THE UNITED STATES OF AMERICA, ]
]
Defendant. ]
]

**JOINT STATUS REPORT**

Plaintiffs, Robert and Diane Allison, *et al*., and Defendant, The United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated 15 February 2007. Plaintiffs have hired Mr. F. Lee Jones and are seeking appraisals from him for the qualifying property interests in this case to further the Parties' settlement discussions. The Parties are following the appraisal process set forth in their Joint Status Report dated 7 September 2007.

As the Court has ordered, the Parties will file their next Joint Status Report in 60 days, or not later than 05 September 2008.

The Parties jointly prepared this report. Counsel for Plaintiff has authorized the undersigned to file this report of behalf of both parties.

Dated: 07 July 2008

Respectfully submitted,

/s Kathleen Doster

KATHLEEN DOSTER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044
(202) 305-0481 (phone)

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

(202) 305-0506 (fax)
kathleen.doster@usdoj.gov

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com